# EXHIBIT A

windstream_20110523-0728.txt
Subject: Unauthorized Use of Copyrights RE: GB-188e5969-703f-4938-a826-51ede092d590
From: DMCA@DigitalRightsCorp.com
Date: Wed, 23 Mar 2011 15:39:38 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-188e5969-703f-4938-a826-51ede092d590 2011-03-22 02:12:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Boom Boom.m4a  was infringed upon by a computer at IP Address
98.19.159.29 on 2011-03-22 02:12:09.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-188e5969-703f-4938-a826-51ede092d590

2.      Enter this password: EnBghTR

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for John Lee Hooker musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  John Lee Hooker compositions, including but not
limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
Page 1

windstream_20110523-0728.txt

I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-188e5969-703f-4938-a826-51ede092d590

Password: EnBghTR

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-188e5969-703f-4938-a826-51ede092d590.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-22 02:12:09.0

Infringers IP Address: 98.19.159.29

Infringers Port: 47854

Listing of infringement(s) (Title/Filename/Timestamp/Hash): boom boom | Copy of 01 - 01 Boom Boom.m4a | 2011-03-22 02:12:09.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-188e5969-703f-4938-a826-51ede092d590</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-188e5969-703f-4938-a826-51ede092d590</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>

windstream_20110523-0728.txt

```
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-22 02:12:09.0</TimeStamp>
<IP_Address>98.19.159.29</IP_Address>
<Port>47854</Port>
<DNS_Name>98.19.159.29:47854</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-188e5969-703f-4938-a826-51e
de092d590</URL_Base>
<UserName>GB-188e5969-703f-4938-a826-51ede092d590</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-188e5969-703f-4938-a826-51ede092d590" Password="EnBghTR" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-22 02:12:09.0</TimeStamp>
<Title>boom boom</Title>
<Artist>John Lee Hooker</Artist>
<FileName>Copy of 01 - 01 Boom Boom.m4a</FileName>
<FileSize>8368513</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-3af2c526-ae68-475d-844b-e0582d51af19
From: DMCA@DigitalRightsCorp.com
Date: Mon, 28 Mar 2011 07:53:39 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-3af2c526-ae68-475d-844b-e0582d51af19 2011-03-24 11:01:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-03-24 11:01:58.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-3af2c526-ae68-475d-844b-e0582d51af19

2.      Enter this password: NDPLFfK

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3af2c526-ae68-475d-844b-e0582d51af19

Password: NDPLFfK

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-3af2c526-ae68-475d-844b-e0582d51af19.

windstream_20110523-0728.txt

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-24 11:01:58.0

Infringers IP Address: 173.187.159.30

Infringers Port: 16345

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-03-24 11:01:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3af2c526-ae68-475d-844b-e0582d51af19</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3af2c526-ae68-475d-e058
2d51af19</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-24 11:01:58.0</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>16345</Port>
<DNS_Name>173.187.159.30:16345</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3af2c526-ae68-475d-844b-e05
82d51af19</URL_Base>
<UserName>GB-3af2c526-ae68-475d-844b-e0582d51af19</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3af2c526-ae68-475d-844b-e0582d51af19" Password="NDPLFfK" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-24 11:01:58.0</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt


Subject: Unauthorized Use of Copyrights RE: GB-5ad76d44-dd7c-45d8-9026-09f21e05259e
From: DMCA@DigitalRightsCorp.com
Date: Mon, 28 Mar 2011 07:53:39 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-5ad76d44-dd7c-45d8-9026-09f21e05259e 2011-03-24 01:52:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-03-24 01:52:22.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-5ad76d44-dd7c-45d8-9026-09f21e05259e

2.      Enter this password: buUoFeL

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The

windstream_20110523-0728.txt
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-5ad76d44-dd7c-45d8-9026-09f21e05259e

Password: buUoFeL

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-5ad76d44-dd7c-45d8-9026-09f21e05259e.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-24 01:52:22.0

Infringers IP Address: 173.187.159.30

Infringers Port: 16345

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-03-24 01:52:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-5ad76d44-dd7c-45d8-9026-09f21e05259e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-5ad76d44-dd7c-45d8-9026-09f2
1e05259e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>

windstream_20110523-0728.txt

&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES&lt;/Address&gt;
&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream Communications Inc&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-03-24 01:52:22.0&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.187.159.30&lt;/IP_Address&gt;
&lt;Port&gt;16345&lt;/Port&gt;
&lt;DNS_Name&gt;173.187.159.30:16345&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-5ad76d44-dd7c-45d8-9026-09f
21e05259e&lt;/URL_Base&gt;
&lt;UserName&gt;GB-5ad76d44-dd7c-45d8-9026-09f21e05259e&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-5ad76d44-dd7c-45d8-9026-09f21e05259e" Password="buUoFeL" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-03-24 01:52:22.0&lt;/TimeStamp&gt;
&lt;Title&gt;born under a bad sign&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3&lt;/FileName&gt;
&lt;FileSize&gt;4048906&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-875cac1b-f2f8-4a67-9279-f1ac1cf60d1a
From: DMCA@DigitalRightsCorp.com
Date: Mon, 28 Mar 2011 07:53:39 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-875cac1b-f2f8-4a67-9279-f1ac1cf60d1a 2011-03-24 11:01:58.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3 was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-03-24 11:01:58.0 .

      We represent the copyright owner.
      This notice is an offer of settlement.

windstream_20110523-0728.txt

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-875cac1b-f2f8-4a67-9279-f1ac1cf60d1a

2.      Enter this password: ABj1as3

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-875cac1b-f2f8-4a67-9279-f1ac1cf60d1a

Password: ABj1as3

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405

Page 9

windstream_20110523-0728.txt

Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-875cac1b-f2f8-4a67-9279-f1ac1cf60d1a.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-24 11:01:58.0

Infringers IP Address: 173.187.159.30

Infringers Port: 16345

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-03-24 11:01:58.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-875cac1b-f2f8-4a67-9279-f1ac1cf60d1a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-875cac1b-f2f8-4a67-9279-f1ac
1cf60d1a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-24 11:01:58.0</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>16345</Port>
<DNS_Name>173.187.159.30:16345</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-875cac1b-f2f8-4a67-9279-f1a
c1cf60d1a</URL_Base>
<UserName>GB-875cac1b-f2f8-4a67-9279-f1ac1cf60d1a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-875cac1b-f2f8-4a67-9279-f1ac1cf60d1a" Password="ABj1as3" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-24 11:01:58.0</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>

windstream_20110523-0728.txt

```
</Item>
</Content>
</Infringement>
```

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-8ceba844-61c0-49d7-a758-cc834fe47bca
From: DMCA@DigitalRightsCorp.com
Date: Mon, 28 Mar 2011 07:53:39 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-8ceba844-61c0-49d7-a758-cc834fe47bca 2011-03-24 01:52:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-03-24 01:52:22.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8ceba844-61c0-49d7-a758-cc834fe47bca

2.      Enter this password: fBVbZOJ

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
Page 11

windstream_20110523-0728.txt

attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8ceba844-61c0-49d7-a758-cc834fe47bca

Password: fBVbZOJ

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8ceba844-61c0-49d7-a758-cc834fe47bca.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-24 01:52:22.0

Infringers IP Address: 173.187.159.30

Infringers Port: 16345

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-03-24 01:52:22.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8ceba844-61c0-49d7-a758-cc834fe47bca</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8ceba844-61c0-49d7-a758-cc83
4fe47bca</Ref_URL>

windstream_20110523-0728.txt
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-24 01:52:22.0</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>16345</Port>
<DNS_Name>173.187.159.30:16345</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8ceba844-61c0-49d7-a758-cc8
34fe47bca</URL_Base>
<UserName>GB-8ceba844-61c0-49d7-a758-cc834fe47bca</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8ceba844-61c0-49d7-a758-cc834fe47bca" Password="fBVbZOJ" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-24 01:52:22.0</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-f52d0d17-48dd-4568-8a59-12114f613297
From: DMCA@DigitalRightsCorp.com
Date: Mon, 28 Mar 2011 07:53:39 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-f52d0d17-48dd-4568-8a59-12114f613297 2011-03-24 01:52:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a computer at IP Address 173.187.159.30 on 2011-03-24 01:52:22.0 .

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.    Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-f52d0d17-48dd-4568-8a59-12114f613297

2.    Enter this password: tRwCv4D

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-f52d0d17-48dd-4568-8a59-12114f613297

Password: tRwCv4D

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-f52d0d17-48dd-4568-8a59-12114f613297.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-24 01:52:22.0

Infringers IP Address: 173.187.159.30

Infringers Port: 16345

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-03-24 01:52:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-f52d0d17-48dd-4568-8a59-12114f613297</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-f52d0d17-48dd-4568-8a59-1211
4f613297</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-24 01:52:22.0</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>16345</Port>
<DNS_Name>173.187.159.30:16345</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-f52d0d17-48dd-4568-8a59-121
14f613297</URL_Base>
<UserName>GB-f52d0d17-48dd-4568-8a59-12114f613297</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-f52d0d17-48dd-4568-8a59-12114f613297" Password="tRwCv4D" />
</Source>
<Content>
<Item>

windstream_20110523-0728.txt
<TimeStamp>2011-03-24 01:52:22.0</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-876e36fe-78f6-4c9f-82cd-5bf4eb771964
From: DMCA@DigitalRightsCorp.com
Date: Mon, 28 Mar 2011 07:53:40 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-876e36fe-78f6-4c9f-82cd-5bf4eb771964 2011-03-25 12:34:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-03-25 12:34:29.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-876e36fe-78f6-4c9f-82cd-5bf4eb771964

2.      Enter this password: TmVHjDp

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently

windstream_20110523-0728.txt

cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-876e36fe-78f6-4c9f-82cd-5bf4eb771964

Password: TmVHjDp

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-876e36fe-78f6-4c9f-82cd-5bf4eb771964.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-25 12:34:29.0

Infringers IP Address: 173.187.159.30

Infringers Port: 16345

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 | 2011-03-25 12:34:29.0 | SHA1 |

  --Start ACNS XML

windstream_20110523-0728.txt

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-876e36fe-78f6-4c9f-82cd-5bf4eb771964</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-876e36fe-78f6-4c9f-82cd-5bf4
eb771964</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-25 12:34:29.0</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>16345</Port>
<DNS_Name>173.187.159.30:16345</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-876e36fe-78f6-4c9f-82cd-5bf
4eb771964</URL_Base>
<UserName>GB-876e36fe-78f6-4c9f-82cd-5bf4eb771964</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-876e36fe-78f6-4c9f-82cd-5bf4eb771964" Password="TmVHjDp" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-25 12:34:29.0</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-94d75f68-bb0d-4056-a244-e050d7148410
From: DMCA@DigitalRightsCorp.com
Date: Mon, 28 Mar 2011 07:53:40 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-94d75f68-bb0d-4056-a244-e050d7148410 2011-03-26 03:54:52.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

windstream_20110523-0728.txt

This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a computer at IP Address 173.187.159.30 on 2011-03-26 03:54:52.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-94d75f68-bb0d-4056-a244-e050d7148410

2.      Enter this password: OS16L03

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-94d75f68-bb0d-4056-a244-e050d7148410

windstream_20110523-0728.txt

Password: OS16L03

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-94d75f68-bb0d-4056-a244-e050d7148410.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-26 03:54:52.0

Infringers IP Address: 173.187.159.30

Infringers Port: 16345

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-03-26 03:54:52.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-94d75f68-bb0d-4056-a244-e050d7148410</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-94d75f68-bb0d-4056-a244-e050
d7148410</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-26 03:54:52.0</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>16345</Port>
<DNS_Name>173.187.159.30:16345</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-94d75f68-bb0d-4056-a244-e05
0d7148410</URL_Base>
<UserName>GB-94d75f68-bb0d-4056-a244-e050d7148410</UserName>

                                windstream_20110523-0728.txt
<Number_Files>1</Number_Files>
<Login Username="GB-94d75f68-bb0d-4056-a244-e050d7148410" Password="OS16L03" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-26 03:54:52.0</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-5ddac037-0894-42d6-a0c6-09fccd5b4143
From: DMCA@DigitalRightsCorp.com
Date: Wed, 30 Mar 2011 20:40:59 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-5ddac037-0894-42d6-a0c6-09fccd5b4143 2011-03-29 07:23:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Kansas City.mp3  was infringed upon by a computer at IP
Address 173.188.185.194 on 2011-03-29 07:23:35.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-5ddac037-0894-42d6-a0c6-09fccd5b4143

2.      Enter this password: EfqiraH

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive

windstream_20110523-0728.txt
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-5ddac037-0894-42d6-a0c6-09fccd5b4143

Password: EfqiraH

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-5ddac037-0894-42d6-a0c6-09fccd5b4143.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-29 07:23:35.0

Infringers IP Address: 173.188.185.194

Infringers Port: 6204

Listing of infringement(s) (Title/Filename/Timestamp/Hash): kansas city | Copy of 01
Page 22

```
                        windstream_20110523-0728.txt
- Albert King - Kansas City.mp3 | 2011-03-29 07:23:35.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-5ddac037-0894-42d6-a0c6-09fccd5b4143</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-5ddac037-0894-42d6-a0c6-09fc
cd5b4143</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-29 07:23:35.0</TimeStamp>
<IP_Address>173.188.185.194</IP_Address>
<Port>6204</Port>
<DNS_Name>173.188.185.194:6204</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-5ddac037-0894-42d6-a0c6-09f
ccd5b4143</URL_Base>
<UserName>GB-5ddac037-0894-42d6-a0c6-09fccd5b4143</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-5ddac037-0894-42d6-a0c6-09fccd5b4143" Password="EfqiraH" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-29 07:23:35.0</TimeStamp>
<Title>kansas city</Title>
<Artist>Albert King</Artist>
<FileName>Copy of O1 - Albert King - Kansas City.mp3</FileName>
<FileSize>3748543</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML




Subject: Unauthorized Use of Copyrights RE: GB-9be691db-32b5-4029-82e7-dc548ddcd4fb
From: DMCA@DigitalRightsCorp.com
Date: Wed, 30 Mar 2011 20:40:59 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-9be691db-32b5-4029-82e7-dc548ddcd4fb 2011-03-29 03:11:31.0
```

windstream_20110523-0728.txt

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Kansas City.mp3  was infringed upon by a computer at IP
Address 173.188.185.194 on 2011-03-29 03:11:31.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-9be691db-32b5-4029-82e7-dc548ddcd4fb

2.      Enter this password: FE2r7dz

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser

windstream_20110523-0728.txt
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-9be691db-32b5-4029-82e7-dc548ddcd4fb

Password: FE2r7dz

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-9be691db-32b5-4029-82e7-dc548ddcd4fb.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-29 03:11:31.0

Infringers IP Address: 173.188.185.194

Infringers Port: 6204

Listing of infringement(s) (Title/Filename/Timestamp/Hash): kansas city | Copy of 01
- Albert King - Kansas City.mp3 | 2011-03-29 03:11:31.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-9be691db-32b5-4029-82e7-dc548ddcd4fb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-9be691db-32b5-4029-82e7-dc54
8ddcd4fb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-29 03:11:31.0</TimeStamp>
<IP_Address>173.188.185.194</IP_Address>
<Port>6204</Port>
<DNS_Name>173.188.185.194:6204</DNS_Name>
<Type>Limewire</Type>

windstream_20110523-0728.txt

<URL_Base>https://secure.digitalrightscorp.com/settle/GB-9be691db-32b5-4029-82e7-dc5
48ddcd4fb</URL_Base>
<UserName>GB-9be691db-32b5-4029-82e7-dc548ddcd4fb</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-9be691db-32b5-4029-82e7-dc548ddcd4fb" Password="FE2r7dz" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-29 03:11:31.0</TimeStamp>
<Title>kansas city</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Kansas City.mp3</FileName>
<FileSize>3748543</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-843ca28f-5033-40e9-9bae-fd3d7d4d43d5
From: DMCA@DigitalRightsCorp.com
Date: Thu, 31 Mar 2011 20:49:39 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-843ca28f-5033-40e9-9bae-fd3d7d4d43d5 2011-03-30 01:56:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Boom Boom.m4a  was infringed upon by a computer at IP Address
98.19.159.145 on 2011-03-30 01:56:40.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-843ca28f-5033-40e9-9bae-fd3d7d4d43d5

2.      Enter this password: JKqwk6Q

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for John Lee Hooker musical compositions,
including the musical compositions listed below. It has come to our attention that
Page 26

windstream_20110523-0728.txt

Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitues copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of John Lee Hooker compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-843ca28f-5033-40e9-9bae-fd3d7d4d43d5

Password: JKqwk6Q

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-843ca28f-5033-40e9-9bae-fd3d7d4d43d5.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-03-30 01:56:40.0 GMT

Infringers IP Address: 98.19.159.145

windstream_20110523-0728.txt

Infringers Port: 47854

Listing of infringement(s) (Title/Filename/Timestamp/Hash): boom boom | Copy of 01 -
01 Boom Boom.m4a | 2011-03-30 01:56:40.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-843ca28f-5033-40e9-9bae-fd3d7d4d43d5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-843ca28f-5033-40e9-9bae-fd3d
7d4d43d5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-03-30 01:56:40.0 GMT</TimeStamp>
<IP_Address>98.19.159.145</IP_Address>
<Port>47854</Port>
<DNS_Name>98.19.159.145:47854</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-843ca28f-5033-40e9-9bae-fd3
d7d4d43d5</URL_Base>
<UserName>GB-843ca28f-5033-40e9-9bae-fd3d7d4d43d5</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-843ca28f-5033-40e9-9bae-fd3d7d4d43d5" Password="JKqwk6Q" />
</Source>
<Content>
<Item>
<TimeStamp>2011-03-30 01:56:40.0</TimeStamp>
<Title>boom boom</Title>
<Artist>John Lee Hooker</Artist>
<FileName>Copy of 01 - 01 Boom Boom.m4a</FileName>
<FileSize>8368513</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f
From: DMCA@DigitalRightsCorp.com
Date: Mon, 4 Apr 2011 08:18:46 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

windstream_20110523-0728.txt
Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f 2011-04-02 10:19:05.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Nina Simone - House of the Rising Sun.mp3 was infringed upon by a computer
at IP Address 71.31.237.32 on 2011-04-02 10:19:05.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f

2.      Enter this password: ba53AxJ

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Nina Simone musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Nina Simone compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to

windstream_20110523-0728.txt
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f

Password: ba53AxJ

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-02 10:19:05.0 GMT

Infringers IP Address: 71.31.237.32

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): house of the rising sun | Copy of 01 - Nina Simone - House of the Rising Sun.mp3 | 2011-04-02 10:19:05.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-02 10:19:05.0 GMT</TimeStamp>

```
                            windstream_20110523-0728.txt
<IP_Address>71.31.237.32</IP_Address>
<Port>6346</Port>
<DNS_Name>71.31.237.32:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-6394e0e8-f5eb-4f64-8e49-c7a
4e0a2803f</URL_Base>
<UserName>GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-6394e0e8-f5eb-4f64-8e49-c7a4e0a2803f" Password="ba53AxJ" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-02 10:19:05.0 GMT</TimeStamp>
<Title>house of the rising sun</Title>
<Artist>Nina Simone</Artist>
<FileName>Copy of 01 - Nina Simone - House of the Rising Sun.mp3</FileName>
<FileSize>6459392</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-8d81b4a1-492c-4e7e-b290-fd171103fd93
From: DMCA@DigitalRightsCorp.com
Date: Mon, 4 Apr 2011 08:18:46 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-8d81b4a1-492c-4e7e-b290-fd171103fd93 2011-04-02 10:19:05.0

Dear Sir or Madam:

          Your ISP has forwarded you this notice.
          This is not spam.
          Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
          Your ISP service could be suspended if this matter is not resolved.
          You could be liable for up to $150,000 per infringement in civil penalties.

The file nina simone - Ne me quitte pas (If you go away).mp3  was infringed upon by
a computer at IP Address 71.31.237.32 on 2011-04-02 10:19:05.0 .

          We represent the copyright owner.
          This notice is an offer of settlement.
          If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8d81b4a1-492c-4e7e-b290-fd171103fd93

2.        Enter this password: aM3IYJU

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC

windstream_20110523-0728.txt

('TR').

TR is the exclusive owners of copyrights for Nina Simone musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Nina Simone compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8d81b4a1-492c-4e7e-b290-fd171103fd93

Password: aM3IYJU

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-8d81b4a1-492c-4e7e-b290-fd171103fd93.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

windstream_20110523-0728.txt
Timestamp: 2011-04-02 10:19:05.0 GMT

Infringers IP Address: 71.31.237.32

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): ne me quitte pas | Copy of 01 - nina simone - Ne me quitte pas (If you go away).mp3 | 2011-04-02 10:19:05.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8d81b4a1-492c-4e7e-b290-fd171103fd93</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8d81b4a1-492c-4e7e-b290-fd171103fd93</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-02 10:19:05.0 GMT</TimeStamp>
<IP_Address>71.31.237.32</IP_Address>
<Port>6346</Port>
<DNS_Name>71.31.237.32:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8d81b4a1-492c-4e7e-b290-fd171103fd93</URL_Base>
<UserName>GB-8d81b4a1-492c-4e7e-b290-fd171103fd93</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8d81b4a1-492c-4e7e-b290-fd171103fd93" Password="aM3IYJU" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-02 10:19:05.0 GMT</TimeStamp>
<Title>ne me quitte pas</Title>
<Artist>Nina Simone</Artist>
<FileName>Copy of 01 - nina simone - Ne me quitte pas (If you go away).mp3</FileName>
<FileSize>3481024</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt
From: DMCA@DigitalRightsCorp.com
Date: Mon, 4 Apr 2011 12:55:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-5929de21-d100-461d-945e-f8627973d8d5 2011-04-03 10:36:31.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Easy Listening - Piano - Yanni - Nightingale.mp3 was infringed upon by a
computer at IP Address 173.186.204.206 on 2011-04-03 10:36:31.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-5929de21-d100-461d-945e-f8627973d8d5

2.      Enter this password: PdhUfRp

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('TR').

TR is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of TR's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the

windstream_20110523-0728.txt

owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-5929de21-d100-461d-945e-f8627973d8d5

Password: PdhUfRp

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-5929de21-d100-461d-945e-f8627973d8d5.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 10:36:31.0 GMT

Infringers IP Address: 173.186.204.206

Infringers Port: 25674

Listing of infringement(s) (Title/Filename/Timestamp/Hash): nightingale | Copy of 01 - Easy Listening - Piano - Yanni - Nightingale.mp3 | 2011-04-03 10:36:31.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-5929de21-d100-461d-945e-f8627973d8d5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-5929de21-d100-461d-945e-f8627973d8d5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

```
                    windstream_20110523-0728.txt
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 10:36:31.0 GMT</TimeStamp>
<IP_Address>173.186.204.206</IP_Address>
<Port>25674</Port>
<DNS_Name>173.186.204.206:25674</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-5929de21-d100-461d-945e-f86
27973d8d5</URL_Base>
<UserName>GB-5929de21-d100-461d-945e-f8627973d8d5</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-5929de21-d100-461d-945e-f8627973d8d5" Password="PdhUfRp" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 10:36:31.0 GMT</TimeStamp>
<Title>nightingale</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Easy Listening - Piano - Yanni - Nightingale.mp3</FileName>
<FileSize>3896136</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-68dc55d2-1e58-489b-8470-1181e5bd9740
From: DMCA@DigitalRightsCorp.com
Date: Mon, 4 Apr 2011 12:55:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-68dc55d2-1e58-489b-8470-1181e5bd9740 2011-04-03 11:52:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-03 11:52:22.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

windstream_20110523-0728.txt
https://secure.digitalrightscorp.com/settle/GB-68dc55d2-1e58-489b-8470-1181e5bd9740

2.      Enter this password: mP79dqn

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-68dc55d2-1e58-489b-8470-1181e5bd9740

Password: mP79dqn

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-68dc55d2-1e58-489b-8470-1181e5bd9740.

windstream_20110523-0728.txt
If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 11:52:22.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-03 11:52:22.0 | SHA1 |

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-68dc55d2-1e58-489b-8470-1181e5bd9740</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-68dc55d2-1e58-489b-8470-1181
e5bd9740</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 11:52:22.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-68dc55d2-1e58-489b-8470-118
1e5bd9740</URL_Base>
<UserName>GB-68dc55d2-1e58-489b-8470-1181e5bd9740</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-68dc55d2-1e58-489b-8470-1181e5bd9740" Password="mP79dqn" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 11:52:22.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-cf4b4688-a2f5-49eb-95f5-f6a686b56444
From: DMCA@DigitalRightsCorp.com
Date: Mon, 4 Apr 2011 12:55:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-cf4b4688-a2f5-49eb-95f5-f6a686b56444 2011-04-03 11:52:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-03 11:52:22.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-cf4b4688-a2f5-49eb-95f5-f6a686b56444

2.      Enter this password: 7GDt9lO

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-cf4b4688-a2f5-49eb-95f5-f6a686b56444

Password: 7GDt9IO

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-cf4b4688-a2f5-49eb-95f5-f6a686b56444.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 11:52:22.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-03 11:52:22.0 |
SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-cf4b4688-a2f5-49eb-95f5-f6a686b56444</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-cf4b4688-a2f5-49eb-95f5-f6a6
86b56444</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED

windstream_20110523-0728.txt

STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 11:52:22.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-cf4b4688-a2f5-49eb-95f5-f6a
686b56444</URL_Base>
<UserName>GB-cf4b4688-a2f5-49eb-95f5-f6a686b56444</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-cf4b4688-a2f5-49eb-95f5-f6a686b56444" Password="7GDt9I0" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 11:52:22.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-119d6b3d-132a-4ee0-92a4-332957725cba
From: DMCA@DigitalRightsCorp.com
Date: Wed, 6 Apr 2011 20:27:25 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-119d6b3d-132a-4ee0-92a4-332957725cba 2011-04-04 01:54:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-04 01:54:39.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated

windstream_20110523-0728.txt
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-119d6b3d-132a-4ee0-92a4-332957725cba

2.      Enter this password: 4hTBvwc

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-119d6b3d-132a-4ee0-92a4-332957725cba

Password: 4hTBvwc

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-119d6b3d-132a-4ee0-92a4-332957725cba.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-04 01:54:39.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-04-04 01:54:39.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-119d6b3d-132a-4ee0-92a4-332957725cba</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-119d6b3d-132a-4ee0-92a4-3329
57725cba</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 01:54:39.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-119d6b3d-132a-4ee0-92a4-332
957725cba</URL_Base>
<UserName>GB-119d6b3d-132a-4ee0-92a4-332957725cba</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-119d6b3d-132a-4ee0-92a4-332957725cba" Password="4hTBvwc" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-04 01:54:39.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>

windstream_20110523-0728.txt

```
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-4b453f7b-c114-4148-add6-961a7Obd0d62
From: DMCA@DigitalRightsCorp.com
Date: Wed, 6 Apr 2011 20:27:25 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-4b453f7b-c114-4148-add6-961a7Obd0d62 2011-04-04 01:54:38.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-04 01:54:38.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-4b453f7b-c114-4148-add6-961a7Obd0d62

2.      Enter this password: dp7RGB9

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of

windstream_20110523-0728.txt

attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-4b453f7b-c114-4148-add6-961a70bd0d62

Password: dp7RGB9

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-4b453f7b-c114-4148-add6-961a70bd0d62.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-04 01:54:38.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-04 01:54:38.0 |
SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-4b453f7b-c114-4148-add6-961a70bd0d62</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-4b453f7b-c114-4148-add6-961a
70bd0d62</Ref_URL>

windstream_20110523-0728.txt

&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES&lt;/Address&gt;
&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream Communications Inc&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-04-04 01:54:38.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.187.159.30&lt;/IP_Address&gt;
&lt;Port&gt;9551&lt;/Port&gt;
&lt;DNS_Name&gt;173.187.159.30:9551&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-4b453f7b-c114-4148-add6-961
a70bd0d62&lt;/URL_Base&gt;
&lt;UserName&gt;GB-4b453f7b-c114-4148-add6-961a70bd0d62&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-4b453f7b-c114-4148-add6-961a70bd0d62" Password="dp7RGB9" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-04 01:54:38.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;born under a bad sign&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3&lt;/FileName&gt;
&lt;FileSize&gt;4048906&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-5fa09433-45e5-4092-9032-e473e7ea3175
From: DMCA@DigitalRightsCorp.com
Date: Wed, 6 Apr 2011 20:27:25 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-5fa09433-45e5-4092-9032-e473e7ea3175 2011-04-05 11:55:07.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-05 11:55:07.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-5fa09433-45e5-4092-9032-e473e7ea3175

2.      Enter this password: rCUVgWi

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-5fa09433-45e5-4092-9032-e473e7ea3175

Password: rCUVgWi

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt
President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-5fa09433-45e5-4092-9032-e473e7ea3175.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-05 11:55:07.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-05 11:55:07.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-5fa09433-45e5-4092-9032-e473e7ea3175</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-5fa09433-45e5-4092-9032-e473
e7ea3175</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-05 11:55:07.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-5fa09433-45e5-4092-9032-e47
3e7ea3175</URL_Base>
<UserName>GB-5fa09433-45e5-4092-9032-e473e7ea3175</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-5fa09433-45e5-4092-9032-e473e7ea3175" Password="rCUVgWi" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-05 11:55:07.0 GMT</TimeStamp>

windstream_20110523-0728.txt
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-949bce47-c43c-4d07-9ddc-5aca0e6c9ecd
From: DMCA@DigitalRightsCorp.com
Date: Wed, 6 Apr 2011 20:27:25 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-949bce47-c43c-4d07-9ddc-5aca0e6c9ecd 2011-04-05 11:55:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-05 11:55:08.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-949bce47-c43c-4d07-9ddc-5aca0e6c9ecd

2.      Enter this password: NBlCRGv

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not

windstream_20110523-0728.txt

limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-949bce47-c43c-4d07-9ddc-5aca0e6c9ecd

Password: NBlCRGv

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-949bce47-c43c-4d07-9ddc-5aca0e6c9ecd.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-05 11:55:08.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 | 2011-04-05 11:55:08.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>

windstream_20110523-0728.txt

&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;GB-949bce47-c43c-4d07-9ddc-5aca0e6c9ecd&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/GB-949bce47-c43c-4d07-9ddc-5aca
0e6c9ecd&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES&lt;/Address&gt;
&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream Communications Inc&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-04-05 11:55:08.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.187.159.30&lt;/IP_Address&gt;
&lt;Port&gt;9551&lt;/Port&gt;
&lt;DNS_Name&gt;173.187.159.30:9551&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-949bce47-c43c-4d07-9ddc-5ac
a0e6c9ecd&lt;/URL_Base&gt;
&lt;UserName&gt;GB-949bce47-c43c-4d07-9ddc-5aca0e6c9ecd&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-949bce47-c43c-4d07-9ddc-5aca0e6c9ecd" Password="NBICRGv" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-05 11:55:08.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;i&amp;#39;ll play the blues for you&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - I&amp;#39;ll Play The Blues For You.mp3&lt;/FileName&gt;
&lt;FileSize&gt;7026688&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-983577ba-095c-42d8-b249-4e070e174115
From: DMCA@DigitalRightsCorp.com
Date: Wed, 6 Apr 2011 20:27:25 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-983577ba-095c-42d8-b249-4e070e174115 2011-04-04 01:54:39.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.

windstream_20110523-0728.txt

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner. Your ISP service could be suspended if this matter is not resolved. You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-04 01:54:39.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-983577ba-095c-42d8-b249-4e070e174115

2.      Enter this password: QOflHIy

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-983577ba-095c-42d8-b249-4e070e174115

Password: QOflHIy

windstream_20110523-0728.txt

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-983577ba-095c-42d8-b249-4e070e174115.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-04 01:54:39.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-04 01:54:39.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-983577ba-095c-42d8-b249-4e070e174115</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-983577ba-095c-42d8-b249-4e07
0e174115</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 01:54:39.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-983577ba-095c-42d8-b249-4e0
70e174115</URL_Base>
<UserName>GB-983577ba-095c-42d8-b249-4e070e174115</UserName>
<Number_Files>1</Number_Files>

windstream_20110523-0728.txt
<Login Username="GB-983577ba-095c-42d8-b249-4e070e174115" Password="QOfIHly" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-04 01:54:39.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-a9b329f5-e70f-440f-bc44-54c225687e83
From: DMCA@DigitalRightsCorp.com
Date: Wed, 6 Apr 2011 20:27:25 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-a9b329f5-e70f-440f-bc44-54c225687e83 2011-04-05 11:55:07.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-05 11:55:07.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a9b329f5-e70f-440f-bc44-54c225687e83

2.      Enter this password: kLlnoeD

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

windstream_20110523-0728.txt

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a9b329f5-e70f-440f-bc44-54c225687e83

Password: kLlnoeD

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a9b329f5-e70f-440f-bc44-54c225687e83.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-05 11:55:07.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and

windstream_20110523-0728.txt
2).mp3 | 2011-04-05 11:55:07.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a9b329f5-e70f-440f-bc44-54c225687e83</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a9b329f5-e70f-440f-bc44-54c2
25687e83</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-05 11:55:07.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a9b329f5-e70f-440f-bc44-54c
225687e83</URL_Base>
<UserName>GB-a9b329f5-e70f-440f-bc44-54c225687e83</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a9b329f5-e70f-440f-bc44-54c225687e83" Password="kLInoeD" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-05 11:55:07.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-16619733-eac8-4ba4-b694-a6e61858c25a
From: DMCA@DigitalRightsCorp.com
Date: Fri, 8 Apr 2011 07:24:00 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

windstream_20110523-0728.txt
Reference#:  GB-16619733-eac8-4ba4-b694-a6e61858c25a  2011-04-06 08:50:16.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-06 08:50:16.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-16619733-eac8-4ba4-b694-a6e61858c25a

2.      Enter this password: Cs4R9KG

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

windstream_20110523-0728.txt

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-16619733-eac8-4ba4-b694-a6e61858c25a

Password: Cs4R9KG

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-16619733-eac8-4ba4-b694-a6e61858c25a.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 08:50:16.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-06 08:50:16.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-16619733-eac8-4ba4-b694-a6e61858c25a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-16619733-eac8-4ba4-b694-a6e6
1858c25a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 08:50:16.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>

windstream_20110523-0728.txt

&lt;DNS_Name&gt;173.187.159.30:9551&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-16619733-eac8-4ba4-b694-a6e
61858c25a&lt;/URL_Base&gt;
&lt;UserName&gt;GB-16619733-eac8-4ba4-b694-a6e61858c25a&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-16619733-eac8-4ba4-b694-a6e61858c25a" Password="Cs4R9KG" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-06 08:50:16.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;born under a bad sign&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3&lt;/FileName&gt;
&lt;FileSize&gt;4048906&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-2dbaa5da-4352-4323-b0e5-741dd687c827
From: DMCA@DigitalRightsCorp.com
Date: Fri, 8 Apr 2011 07:24:00 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-2dbaa5da-4352-4323-b0e5-741dd687c827 2011-04-06 08:50:16.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-06 08:50:16.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-2dbaa5da-4352-4323-b0e5-741dd687c827

2.      Enter this password: wKDmYRE

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

windstream_20110523-0728.txt

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-2dbaa5da-4352-4323-b0e5-741dd687c827

Password: wKDmYRE

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-2dbaa5da-4352-4323-b0e5-741dd687c827.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 08:50:16.0 GMT

windstream_20110523-0728.txt
Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-06 08:50:16.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-2dbaa5da-4352-4323-b0e5-741dd687c827</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-2dbaa5da-4352-4323-b0e5-741d
d687c827</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 08:50:16.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-2dbaa5da-4352-4323-b0e5-741
dd687c827</URL_Base>
<UserName>GB-2dbaa5da-4352-4323-b0e5-741dd687c827</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-2dbaa5da-4352-4323-b0e5-741dd687c827" Password="wKDmYRE" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 08:50:16.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-a6f2c361-53c3-4444-bf15-552ce01dc679
From: DMCA@DigitalRightsCorp.com
Date: Fri, 8 Apr 2011 21:24:45 -0700 (PDT)
To: abuse@windstream.net

windstream_20110523-0728.txt

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-a6f2c361-53c3-4444-bf15-552ce01dc679 2011-04-06 08:50:16.0

Dear Sir or Madam:

> Your ISP has forwarded you this notice.
> This is not spam.
> Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
> Your ISP service could be suspended if this matter is not resolved.
> You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-06 08:50:16.0 .

> We represent the copyright owner.
> This notice is an offer of settlement.
> If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a6f2c361-53c3-4444-bf15-552ce01dc679

2.      Enter this password: kLagImT

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly

windstream_20110523-0728.txt
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a6f2c361-53c3-4444-bf15-552ce01dc679

Password: kLagImT

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a6f2c361-53c3-4444-bf15-552ce01dc679.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 08:50:16.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-04-06 08:50:16.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a6f2c361-53c3-4444-bf15-552ce01dc679</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a6f2c361-53c3-4444-bf15-552ce01dc679</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>

windstream_20110523-0728.txt

```
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 08:50:16.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a6f2c361-53c3-4444-bf15-552
ce01dc679</URL_Base>
<UserName>GB-a6f2c361-53c3-4444-bf15-552ce01dc679</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a6f2c361-53c3-4444-bf15-552ce01dc679" Password="kLagImT" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 08:50:16.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-46504ed3-6265-45e3-952a-dddd875fb57e
From: DMCA@DigitalRightsCorp.com
Date: Fri, 8 Apr 2011 21:24:46 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-46504ed3-6265-45e3-952a-dddd875fb57e 2011-04-07 01:39:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-07 01:39:32.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-46504ed3-6265-45e3-952a-dddd875fb57e

windstream_20110523-0728.txt

2.        Enter this password: KmON2TI

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-46504ed3-6265-45e3-952a-dddd875fb57e

Password: KmON2TI

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-46504ed3-6265-45e3-952a-dddd875fb57e.

If you need immediate assistance or if you have general questions please call the

windstream_20110523-0728.txt
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-07 01:39:32.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 | 2011-04-07 01:39:32.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-46504ed3-6265-45e3-952a-dddd875fb57e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-46504ed3-6265-45e3-952a-dddd
875fb57e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-07 01:39:32.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-46504ed3-6265-45e3-952a-ddd
d875fb57e</URL_Base>
<UserName>GB-46504ed3-6265-45e3-952a-dddd875fb57e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-46504ed3-6265-45e3-952a-dddd875fb57e" Password="KmON2Tl" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-07 01:39:32.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

windstream_20110523-0728.txt


Subject: Unauthorized Use of Copyrights RE: GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f
From: DMCA@DigitalRightsCorp.com
Date: Fri, 8 Apr 2011 21:24:46 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f 2011-04-07 01:39:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-07 01:39:32.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f

2.      Enter this password: OSDBk7C

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f

Password: OSDBk7C

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-07 01:39:32.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-07 01:39:32.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>

windstream_20110523-0728.txt
```
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-07 01:39:32.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-7c50a3db-7abc-4fcc-a969-4cd
c70600f1f</URL_Base>
<UserName>GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-7c50a3db-7abc-4fcc-a969-4cdc70600f1f" Password="OSDBk7C" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-07 01:39:32.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-c2b33e47-2c5f-4085-a950-500c45dbe296
From: DMCA@DigitalRightsCorp.com
Date: Fri, 8 Apr 2011 21:24:46 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-c2b33e47-2c5f-4085-a950-500c45dbe296 2011-04-07 01:39:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-07 01:39:32.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release

windstream_20110523-0728.txt
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-c2b33e47-2c5f-4085-a950-500c45dbe296

2.      Enter this password: bNYShkX

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-c2b33e47-2c5f-4085-a950-500c45dbe296

Password: bNYShkX

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt
** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-c2b33e47-2c5f-4085-a950-500c45dbe296.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-07 01:39:32.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-04-07 01:39:32.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-c2b33e47-2c5f-4085-a950-500c45dbe296</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-c2b33e47-2c5f-4085-a950-500c
45dbe296</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-07 01:39:32.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-c2b33e47-2c5f-4085-a950-500
c45dbe296</URL_Base>
<UserName>GB-c2b33e47-2c5f-4085-a950-500c45dbe296</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-c2b33e47-2c5f-4085-a950-500c45dbe296" Password="bNYShkX" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-07 01:39:32.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>

windstream_20110523-0728.txt
```
</Content>
</Infringement>
```
  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:17 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb 2011-04-01 05:00:04.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3 was infringed upon by a computer at IP
Address 173.191.42.163 on 2011-04-01 05:00:04.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb

2.      Enter this password: rgcKOSb

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of

windstream_20110523-0728.txt

attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb

Password: rgcKOSb

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-01 05:00:04.0 GMT

Infringers IP Address: 173.191.42.163

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-01 05:00:04.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb</Ref_URL>
<Status>Pending</Status>

windstream_20110523-0728.txt
```
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-01 05:00:04.0 GMT</TimeStamp>
<IP_Address>173.191.42.163</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.42.163:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3ae61db0-3089-4d6a-aa78-6fd
961d245fb</URL_Base>
<UserName>GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3ae61db0-3089-4d6a-aa78-6fd961d245fb" Password="rgcKOSb" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-01 05:00:04.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-8eae0fde-46c2-4570-8d6b-692c08f7d4dd
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:17 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-8eae0fde-46c2-4570-8d6b-692c08f7d4dd 2011-04-01 04:27:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Air Supply - Even The Nights Are Better.mp3  was infringed upon by a
computer at IP Address 173.213.187.37 on 2011-04-01 04:27:59.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8eae0fde-46c2-4570-8d6b-692c08f7d4dd

2.      Enter this password:  8BwImM4

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8eae0fde-46c2-4570-8d6b-692c08f7d4dd

Password:  8BwImM4

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt
President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8eae0fde-46c2-4570-8d6b-692c08f7d4dd.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-01 04:27:59.0 GMT

Infringers IP Address: 173.213.187.37

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are
better | Copy of 01 - Air Supply - Even The Nights Are Better.mp3 | 2011-04-01
04:27:59.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8eae0fde-46c2-4570-8d6b-692c08f7d4dd</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8eae0fde-46c2-4570-8d6b-692c
08f7d4dd</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-01 04:27:59.0 GMT</TimeStamp>
<IP_Address>173.213.187.37</IP_Address>
<Port>6346</Port>
<DNS_Name>173.213.187.37:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8eae0fde-46c2-4570-8d6b-692
c08f7d4dd</URL_Base>
<UserName>GB-8eae0fde-46c2-4570-8d6b-692c08f7d4dd</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8eae0fde-46c2-4570-8d6b-692c08f7d4dd" Password="8BwImM4" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-01 04:27:59.0 GMT</TimeStamp>

```
                        windstream_20110523-0728.txt
<Title>even the nights are better</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Even The Nights Are Better.mp3</FileName>
<FileSize>3757453</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-cbf39e0b-1912-4d14-be9c-45a87243390a
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:17 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-cbf39e0b-1912-4d14-be9c-45a87243390a 2011-04-01 05:00:05.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address
173.191.42.163 on 2011-04-01 05:00:05.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-cbf39e0b-1912-4d14-be9c-45a87243390a

2.      Enter this password: 7ydDeWf

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently

windstream_20110523-0728.txt

cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-cbf39e0b-1912-4d14-be9c-45a87243390a

Password: 7ydDeWf

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-cbf39e0b-1912-4d14-be9c-45a87243390a.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-01 05:00:05.0 GMT

Infringers IP Address: 173.191.42.163

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 - Air Supply - Here I Am.mp3 | 2011-04-01 05:00:05.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>

windstream_20110523-0728.txt

```
<Infringement>
<Case>
<ID>GB-cbf39e0b-1912-4d14-be9c-45a87243390a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-cbf39e0b-1912-4d14-be9c-45a8
7243390a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-01 05:00:05.0 GMT</TimeStamp>
<IP_Address>173.191.42.163</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.42.163:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-cbf39e0b-1912-4d14-be9c-45a
87243390a</URL_Base>
<UserName>GB-cbf39e0b-1912-4d14-be9c-45a87243390a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-cbf39e0b-1912-4d14-be9c-45a87243390a" Password="7ydDeWf" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-01 05:00:05.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-d551c4b9-fe91-45c2-a169-50e101442819
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:17 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d551c4b9-fe91-45c2-a169-50e101442819 2011-04-01 04:27:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

windstream_20110523-0728.txt

This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
173.213.187.37 on 2011-04-01 04:27:59.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d551c4b9-fe91-45c2-a169-50e101442819

2.      Enter this password: 6a2vmMS

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d551c4b9-fe91-45c2-a169-50e101442819

windstream_20110523-0728.txt

Password: 6a2vmMS

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d551c4b9-fe91-45c2-a169-50e101442819.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-01 04:27:59.0 GMT

Infringers IP Address: 173.213.187.37

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-01 04:27:59.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d551c4b9-fe91-45c2-a169-50e101442819</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d551c4b9-fe91-45c2-a169-50e1
01442819</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-01 04:27:59.0 GMT</TimeStamp>
<IP_Address>173.213.187.37</IP_Address>
<Port>6346</Port>
<DNS_Name>173.213.187.37:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d551c4b9-fe91-45c2-a169-50e
101442819</URL_Base>

windstream_20110523-0728.txt
<UserName>GB-d551c4b9-fe91-45c2-a169-50e101442819</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d551c4b9-fe91-45c2-a169-50e101442819" Password="6a2vmMS" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-01 04:27:59.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832316</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:17 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74 2011-04-01 05:00:05.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
173.191.42.163 on 2011-04-01 05:00:05.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74

2.      Enter this password: kPOv1o7

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,

windstream_20110523-0728.txt

including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74

Password: kPOv1o7

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-01 05:00:05.0 GMT

Infringers IP Address: 173.191.42.163

windstream_20110523-0728.txt

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-01 05:00:05.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-01 05:00:05.0 GMT</TimeStamp>
<IP_Address>173.191.42.163</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.42.163:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74</URL_Base>
<UserName>GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-ee9f2350-7496-4c88-9466-6b95ddc3ba74" Password="kPOv1o7" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-01 05:00:05.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-409f2a80-e7f1-434f-8053-290dd10d4941
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:18 -0700 (PDT)
To: abuse@windstream.net

windstream_20110523-0728.txt

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-409f2a80-e7f1-434f-8053-290dd10d4941 2011-04-02 05:06:32.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    This is not spam.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Even The Nights Are Better.mp3  was infringed upon by a computer at IP Address 173.213.187.37 on 2011-04-02 05:06:32.0 .

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.       Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-409f2a80-e7f1-434f-8053-290dd10d4941

2.       Enter this password: LrdD864

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR

windstream_20110523-0728.txt

believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-409f2a80-e7f1-434f-8053-290dd10d4941

Password: LrdD864

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-409f2a80-e7f1-434f-8053-290dd10d4941.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-02 05:06:32.0 GMT

Infringers IP Address: 173.213.187.37

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are
better | Copy of 01 - Air Supply - Even The Nights Are Better.mp3 | 2011-04-02
05:06:32.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-409f2a80-e7f1-434f-8053-290dd10d4941</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-409f2a80-e7f1-434f-8053-290d
d10d4941</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>

windstream_20110523-0728.txt

&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-04-02 05:06:32.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.213.187.37&lt;/IP_Address&gt;
&lt;Port&gt;6346&lt;/Port&gt;
&lt;DNS_Name&gt;173.213.187.37:6346&lt;/DNS_Name&gt;
&lt;Type&gt;Shareaza&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-409f2a80-e7f1-434f-8053-290
dd10d4941&lt;/URL_Base&gt;
&lt;UserName&gt;GB-409f2a80-e7f1-434f-8053-290dd10d4941&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-409f2a80-e7f1-434f-8053-290dd10d4941" Password="LrdD864" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-02 05:06:32.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;even the nights are better&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Even The Nights Are Better.mp3&lt;/FileName&gt;
&lt;FileSize&gt;3757453&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-502d186a-ee6b-45b8-b10e-8d30f95078bd
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:18 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-502d186a-ee6b-45b8-b10e-8d30f95078bd 2011-04-02 05:06:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
173.213.187.37 on 2011-04-02 05:06:32.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-502d186a-ee6b-45b8-b10e-8d30f95078bd

2.          Enter this password: mGMRqJW

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-502d186a-ee6b-45b8-b10e-8d30f95078bd

Password: mGMRqJW

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-502d186a-ee6b-45b8-b10e-8d30f95078bd.

windstream_20110523-0728.txt

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-02 05:06:32.0 GMT

Infringers IP Address: 173.213.187.37

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-02 05:06:32.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-502d186a-ee6b-45b8-b10e-8d30f95078bd</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-502d186a-ee6b-45b8-b10e-8d30f95078bd</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-02 05:06:32.0 GMT</TimeStamp>
<IP_Address>173.213.187.37</IP_Address>
<Port>6346</Port>
<DNS_Name>173.213.187.37:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-502d186a-ee6b-45b8-b10e-8d30f95078bd</URL_Base>
<UserName>GB-502d186a-ee6b-45b8-b10e-8d30f95078bd</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-502d186a-ee6b-45b8-b10e-8d30f95078bd" Password="mGMRqJW" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-02 05:06:32.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832316</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

windstream_20110523-0728.txt

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-36582c77-3875-4f17-9fe8-7e63e6468972
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:21 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-36582c77-3875-4f17-9fe8-7e63e6468972 2011-04-02 06:32:26.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
75.88.69.94 on 2011-04-02 06:32:26.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-36582c77-3875-4f17-9fe8-7e63e6468972

2.      Enter this password: qNspAE6

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream - Lincoln is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of TR's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted

windstream_20110523-0728.txt

from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-36582c77-3875-4f17-9fe8-7e63e6468972

Password: qNspAE6

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-36582c77-3875-4f17-9fe8-7e63e6468972.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-02 06:32:26.0 GMT

Infringers IP Address: 75.88.69.94

Infringers Port: 34288

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-02 06:32:26.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-36582c77-3875-4f17-9fe8-7e63e6468972</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-36582c77-3875-4f17-9fe8-7e63
e6468972</Ref_URL>
<Status>Pending</Status>
</Case>

windstream_20110523-0728.txt

&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES&lt;/Address&gt;
&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream - Lincoln&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-04-02 06:32:26.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;75.88.69.94&lt;/IP_Address&gt;
&lt;Port&gt;34288&lt;/Port&gt;
&lt;DNS_Name&gt;75.88.69.94:34288&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-36582c77-3875-4f17-9fe8-7e6
3e6468972&lt;/URL_Base&gt;
&lt;UserName&gt;GB-36582c77-3875-4f17-9fe8-7e63e6468972&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-36582c77-3875-4f17-9fe8-7e63e6468972" Password="qNspAE6" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-02 06:32:26.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;making love out of nothing at all&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3&lt;/FileName&gt;
&lt;FileSize&gt;4836540&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-74b3826c-861b-4079-a2a3-7f95c7bac2ac
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:21 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-74b3826c-861b-4079-a2a3-7f95c7bac2ac 2011-04-02 06:32:26.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Air Supply - Im All Out of Love.mp3  was infringed upon by a computer at IP Address 75.88.69.94 on 2011-04-02 06:32:26.0 .

          We represent the copyright owner.
          This notice is an offer of settlement.
          If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-74b3826c-861b-4079-a2a3-7f95c7bac2ac

2.        Enter this password: roDGgL7

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream - Lincoln is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-74b3826c-861b-4079-a2a3-7f95c7bac2ac

Password: roDGgL7

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-74b3826c-861b-4079-a2a3-7f95c7bac2ac.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-02 06:32:26.0 GMT

Infringers IP Address: 75.88.69.94

Infringers Port: 34288

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - Im All Out of Love.mp3 | 2011-04-02 06:32:26.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-74b3826c-861b-4079-a2a3-7f95c7bac2ac</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-74b3826c-861b-4079-a2a3-7f95
c7bac2ac</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream - Lincoln</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-02 06:32:26.0 GMT</TimeStamp>
<IP_Address>75.88.69.94</IP_Address>
<Port>34288</Port>
<DNS_Name>75.88.69.94:34288</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-74b3826c-861b-4079-a2a3-7f9
5c7bac2ac</URL_Base>
<UserName>GB-74b3826c-861b-4079-a2a3-7f95c7bac2ac</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-74b3826c-861b-4079-a2a3-7f95c7bac2ac" Password="roDGgL7" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-02 06:32:26.0 GMT</TimeStamp>
<Title>all out of love</Title>
Page 94

windstream_20110523-0728.txt
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Im All Out of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-47a77e0f-9a1d-40f0-b139-c9c67e66caa4
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:22 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-47a77e0f-9a1d-40f0-b139-c9c67e66caa4 2011-04-03 08:18:38.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Im All Out of Love.mp3  was infringed upon by a computer at IP
Address 75.88.69.94 on 2011-04-03 08:18:38.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-47a77e0f-9a1d-40f0-b139-c9c67e66caa4

2.      Enter this password: W5GR43C

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream - Lincoln is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of TR's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not

windstream_20110523-0728.txt

limited to downloading, uploading, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-47a77e0f-9a1d-40f0-b139-c9c67e66caa4

Password: W5GR43C

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-47a77e0f-9a1d-40f0-b139-c9c67e66caa4.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 08:18:38.0 GMT

Infringers IP Address: 75.88.69.94

Infringers Port: 34288

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - Im All Out of Love.mp3 | 2011-04-03 08:18:38.0 | SHA1 |

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
```

```
                        windstream_20110523-0728.txt
<Case>
<ID>GB-47a77e0f-9a1d-40f0-b139-c9c67e66caa4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-47a77e0f-9a1d-40f0-b139-c9c6
7e66caa4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream - Lincoln</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 08:18:38.0 GMT</TimeStamp>
<IP_Address>75.88.69.94</IP_Address>
<Port>34288</Port>
<DNS_Name>75.88.69.94:34288</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-47a77e0f-9a1d-40f0-b139-c9c
67e66caa4</URL_Base>
<UserName>GB-47a77e0f-9a1d-40f0-b139-c9c67e66caa4</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-47a77e0f-9a1d-40f0-b139-c9c67e66caa4" Password="W5GR43C" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 08:18:38.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Im All Out of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-e9d1e9a5-383e-4212-a6b6-6bfb99c8933f
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:22 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-e9d1e9a5-383e-4212-a6b6-6bfb99c8933f 2011-04-03 08:18:38.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.

windstream_20110523-0728.txt
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
75.88.69.94 on 2011-04-03 08:18:38.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e9d1e9a5-383e-4212-a6b6-6bfb99c8933f

2.      Enter this password: AHjhDyM

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream - Lincoln is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of TR's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e9d1e9a5-383e-4212-a6b6-6bfb99c8933f

windstream_20110523-0728.txt

Password: AHjhDyM

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e9d1e9a5-383e-4212-a6b6-6bfb99c8933f.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 08:18:38.0 GMT

Infringers IP Address: 75.88.69.94

Infringers Port: 34288

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-03 08:18:38.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e9d1e9a5-383e-4212-a6b6-6bfb99c8933f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e9d1e9a5-383e-4212-a6b6-6bfb
99c8933f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream - Lincoln</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 08:18:38.0 GMT</TimeStamp>
<IP_Address>75.88.69.94</IP_Address>
<Port>34288</Port>
<DNS_Name>75.88.69.94:34288</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e9d1e9a5-383e-4212-a6b6-6bf
b99c8933f</URL_Base>
<UserName>GB-e9d1e9a5-383e-4212-a6b6-6bfb99c8933f</UserName>

windstream_20110523-0728.txt
<Number_Files>1</Number_Files>
<Login Username="GB-e9d1e9a5-383e-4212-a6b6-6bfb99c8933f" Password="AHjhDyM" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 08:18:38.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4836540</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-229553a9-4a5e-4afb-8c2a-4ead42c01ce3
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:23 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-229553a9-4a5e-4afb-8c2a-4ead42c01ce3 2011-04-03 08:37:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Oldies - Air Supply - Making Love Out of Nothing At All.mp3  was infringed
upon by a computer at IP Address 69.66.232.108 on 2011-04-03 08:37:02.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-229553a9-4a5e-4afb-8c2a-4ead42c01ce3

2.      Enter this password: yWE6usi

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed

windstream_20110523-0728.txt

below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-229553a9-4a5e-4afb-8c2a-4ead42c01ce3

Password: yWE6usi

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-229553a9-4a5e-4afb-8c2a-4ead42c01ce3.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 08:37:02.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

windstream_20110523-0728.txt

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3 | 2011-04-03 08:37:02.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-229553a9-4a5e-4afb-8c2a-4ead42c01ce3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-229553a9-4a5e-4afb-8c2a-4ead
42c01ce3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 08:37:02.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-229553a9-4a5e-4afb-8c2a-4ea
d42c01ce3</URL_Base>
<UserName>GB-229553a9-4a5e-4afb-8c2a-4ead42c01ce3</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-229553a9-4a5e-4afb-8c2a-4ead42c01ce3" Password="yWE6usi" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 08:37:02.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3</FileName>
<FileSize>4836540</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:23 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***
                              Page 102

windstream_20110523-0728.txt

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0 2011-04-03 08:37:02.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3 was infringed upon by a computer at IP Address 69.66.232.108 on 2011-04-03 08:37:02.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0

2.      Enter this password: O1M5aAY

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

windstream_20110523-0728.txt

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0

Password: 01M5aAY

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 08:37:02.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-03 08:37:02.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>

windstream_20110523-0728.txt
```
<TimeStamp>2011-04-03 08:37:02.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-5beb01fa-109a-4cb0-94b1-eb2
739db7bb0</URL_Base>
<UserName>GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-5beb01fa-109a-4cb0-94b1-eb2739db7bb0" Password="01M5aAY" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 08:37:02.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-d4b48075-2d44-4912-9ae7-cd8ea6b35987
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:23 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d4b48075-2d44-4912-9ae7-cd8ea6b35987 2011-04-03 08:37:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Sweet Dreams.mp3  was infringed upon by a computer at IP
Address 69.66.232.108 on 2011-04-03 08:37:02.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d4b48075-2d44-4912-9ae7-cd8ea6b35987

2.      Enter this password: 7chSIZb

windstream_20110523-0728.txt

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d4b48075-2d44-4912-9ae7-cd8ea6b35987

Password: 7chSlZb

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d4b48075-2d44-4912-9ae7-cd8ea6b35987.

If you need immediate assistance or if you have general questions please call the number listed above.

windstream_20110523-0728.txt
Infringement Source: Limewire

Timestamp: 2011-04-03 08:37:02.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet dreams | Copy of
01 - Air Supply - Sweet Dreams.mp3 | 2011-04-03 08:37:02.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d4b48075-2d44-4912-9ae7-cd8ea6b35987</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d4b48075-2d44-4912-9ae7-cd8e
a6b35987</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 08:37:02.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d4b48075-2d44-4912-9ae7-cd8
ea6b35987</URL_Base>
<UserName>GB-d4b48075-2d44-4912-9ae7-cd8ea6b35987</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d4b48075-2d44-4912-9ae7-cd8ea6b35987" Password="7chSIZb" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 08:37:02.0 GMT</TimeStamp>
<Title>sweet dreams</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Sweet Dreams.mp3</FileName>
<FileSize>5137264</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt
From: DMCA@DigitalRightsCorp.com
Date: Tue, 12 Apr 2011 16:07:23 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-e0771249-71b6-4de4-811b-999333b0fadb 2011-04-03 08:39:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Even The Nights Are Better.mp3  was infringed upon by a
computer at IP Address 173.213.187.37 on 2011-04-03 08:39:08.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e0771249-71b6-4de4-811b-999333b0fadb

2.      Enter this password: vuVxlBe

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('TR').

TR is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.

windstream_20110523-0728.txt

I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e0771249-71b6-4de4-811b-999333b0fadb

Password: vuVxlBe

Very truly yours,

Christopher Sabec

President

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e0771249-71b6-4de4-811b-999333b0fadb.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-03 08:39:08.0 GMT

Infringers IP Address: 173.213.187.37

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are better | Copy of 01 - Air Supply - Even The Nights Are Better.mp3 | 2011-04-03 08:39:08.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e0771249-71b6-4de4-811b-999333b0fadb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e0771249-71b6-4de4-999333b0fadb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>

windstream_20110523-0728.txt

```
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 08:39:08.0 GMT</TimeStamp>
<IP_Address>173.213.187.37</IP_Address>
<Port>6346</Port>
<DNS_Name>173.213.187.37:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e0771249-71b6-4de4-811b-999
333b0fadb</URL_Base>
<UserName>GB-e0771249-71b6-4de4-811b-999333b0fadb</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e0771249-71b6-4de4-811b-999333b0fadb" Password="vuVxlBe" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 08:39:08.0 GMT</TimeStamp>
<Title>even the nights are better</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Even The Nights Are Better.mp3</FileName>
<FileSize>3757453</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-3e6476da-8943-4781-9247-6c4f57cda1ce
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:48 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-3e6476da-8943-4781-9247-6c4f57cda1ce 2011-04-03 08:39:08.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3 was infringed upon by a computer at IP Address 173.213.187.37 on 2011-04-03 08:39:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release

windstream_20110523-0728.txt
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3e6476da-8943-4781-9247-6c4f57cda1ce

2.      Enter this password: Tlvr8aY

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3e6476da-8943-4781-9247-6c4f57cda1ce

Password: Tlvr8aY

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

Page 111

windstream_20110523-0728.txt
** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3e6476da-8943-4781-9247-6c4f57cda1ce.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-03 08:39:08.0 GMT

Infringers IP Address: 173.213.187.37

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-03 08:39:08.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3e6476da-8943-4781-9247-6c4f57cda1ce</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3e6476da-8943-4781-9247-6c4f
57cda1ce</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 08:39:08.0 GMT</TimeStamp>
<IP_Address>173.213.187.37</IP_Address>
<Port>6346</Port>
<DNS_Name>173.213.187.37:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3e6476da-8943-4781-9247-6c4
f57cda1ce</URL_Base>
<UserName>GB-3e6476da-8943-4781-9247-6c4f57cda1ce</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3e6476da-8943-4781-9247-6c4f57cda1ce" Password="Tlvr8aY" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 08:39:08.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832316</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>

windstream_20110523-0728.txt
```
</Content>
</Infringement>
```

  --End ACNS XML




Subject: Unauthorized Use of Copyrights RE: GB-3d4cc233-91f1-4bf7-aae0-9705f50a8775
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-3d4cc233-91f1-4bf7-aae0-9705f50a8775 2011-04-03 10:37:12.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address
173.191.46.140 on 2011-04-03 10:37:12.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3d4cc233-91f1-4bf7-aae0-9705f50a8775

2.      Enter this password: dAsKGpr

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of

windstream_20110523-0728.txt

attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3d4cc233-91f1-4bf7-aae0-9705f50a8775

Password: dAsKGpr

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3d4cc233-91f1-4bf7-aae0-9705f50a8775.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 10:37:12.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-03 10:37:12.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3d4cc233-91f1-4bf7-aae0-9705f50a8775</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3d4cc233-91f1-4bf7-aae0-9705
f50a8775</Ref_URL>
<Status>Pending</Status>

```
                         windstream_20110523-0728.txt
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 10:37:12.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3d4cc233-91f1-4bf7-aae0-970
5f50a8775</URL_Base>
<UserName>GB-3d4cc233-91f1-4bf7-aae0-9705f50a8775</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3d4cc233-91f1-4bf7-aae0-9705f50a8775" Password="dAsKGpr" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 10:37:12.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-8080b1a8-50d5-4149-961f-710765f1a245
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-8080b1a8-50d5-4149-961f-710765f1a245 2011-04-03 10:37:12.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt
The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 173.191.46.140 on 2011-04-03 10:37:12.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8080b1a8-50d5-4149-961f-710765f1a245

2.      Enter this password: vEHOKDV

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8080b1a8-50d5-4149-961f-710765f1a245

Password: vEHOKDV

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8080b1a8-50d5-4149-961f-710765f1a245.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 10:37:12.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-03 10:37:12.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8080b1a8-50d5-4149-961f-710765f1a245</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8080b1a8-50d5-4149-961f-7107
65f1a245</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 10:37:12.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8080b1a8-50d5-4149-961f-710
765f1a245</URL_Base>
<UserName>GB-8080b1a8-50d5-4149-961f-710765f1a245</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8080b1a8-50d5-4149-961f-710765f1a245" Password="vEHOKDV" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 10:37:12.0 GMT</TimeStamp>
<Title>all out of love</Title>

windstream_20110523-0728.txt

```
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-d6afab78-c278-4fc4-b861-c2abf3c864d5
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d6afab78-c278-4fc4-b861-c2abf3c864d5 2011-04-03 10:37:12.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
173.191.46.140 on 2011-04-03 10:37:12.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d6afab78-c278-4fc4-b861-c2abf3c864d5

2.        Enter this password: iYrdOnb

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently

windstream_20110523-0728.txt

cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d6afab78-c278-4fc4-b861-c2abf3c864d5

Password: iYrdOnb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d6afab78-c278-4fc4-b861-c2abf3c864d5.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 10:37:12.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-03 10:37:12.0 | SHA1 |

 --Start ACNS XML

```
                              windstream_20110523-0728.txt
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d6afab78-c278-4fc4-b861-c2abf3c864d5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d6afab78-c278-4fc4-b861-c2ab
f3c864d5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 10:37:12.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d6afab78-c278-4fc4-b861-c2a
bf3c864d5</URL_Base>
<UserName>GB-d6afab78-c278-4fc4-b861-c2abf3c864d5</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d6afab78-c278-4fc4-b861-c2abf3c864d5" Password="iYrdOnb" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 10:37:12.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>


  --End ACNS XML




Subject: Unauthorized Use of Copyrights RE: GB-1372a887-8bf1-4b83-a5ea-533c038bda69
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-1372a887-8bf1-4b83-a5ea-533c038bda69 2011-04-03 10:45:39.0 GMT

Dear Sir or Madam:
```

windstream_20110523-0728.txt

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address
69.66.135.64 on 2011-04-03 10:45:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.    Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1372a887-8bf1-4b83-a5ea-533c038bda69

2.    Enter this password: bu73C2k

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

windstream_20110523-0728.txt
https://secure.digitalrightscorp.com/settle/GB-1372a887-8bf1-4b83-a5ea-533c038bda69

Password: bu73C2k

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-1372a887-8bf1-4b83-a5ea-533c038bda69.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 10:45:39.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-03 10:45:39.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-1372a887-8bf1-4b83-a5ea-533c038bda69</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1372a887-8bf1-4b83-a5ea-533c
038bda69</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 10:45:39.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-1372a887-8bf1-4b83-a5ea-533
c038bda69</URL_Base>
```

windstream_20110523-0728.txt

&lt;UserName&gt;GB-1372a887-8bf1-4b83-a5ea-533c038bda69&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-1372a887-8bf1-4b83-a5ea-533c038bda69" Password="bu73C2k" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-03 10:45:39.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;here i am&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Here I Am.mp3&lt;/FileName&gt;
&lt;FileSize&gt;3572425&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-153d3293-6547-4b6e-bfc1-72f648a6fbd2
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-153d3293-6547-4b6e-bfc1-72f648a6fbd2 2011-04-03 10:45:39.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Every Woman In the World.mp3 was infringed upon by a computer
at IP Address 69.66.135.64 on 2011-04-03 10:45:39.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-153d3293-6547-4b6e-bfc1-72f648a6fbd2

2.      Enter this password: kv1ytKN

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed

windstream_20110523-0728.txt
below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-153d3293-6547-4b6e-bfc1-72f648a6fbd2

Password: kv1ytKN

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-153d3293-6547-4b6e-bfc1-72f648a6fbd2.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 10:45:39.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Page 124

windstream_20110523-0728.txt

Listing of infringement(s) (Title/Filename/Timestamp/Hash): every woman in the world
| Copy of 01 - Air Supply - Every Woman In the World.mp3 | 2011-04-03 10:45:39.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-153d3293-6547-4b6e-bfc1-72f648a6fbd2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-153d3293-6547-4b6e-bfc1-72f6
48a6fbd2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 10:45:39.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-153d3293-6547-4b6e-bfc1-72f
648a6fbd2</URL_Base>
<UserName>GB-153d3293-6547-4b6e-bfc1-72f648a6fbd2</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-153d3293-6547-4b6e-bfc1-72f648a6fbd2" Password="kv1ytKN" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 10:45:39.0 GMT</TimeStamp>
<Title>every woman in the world</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Every Woman In the World.mp3</FileName>
<FileSize>3356870</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

windstream_20110523-0728.txt

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9 2011-04-03 10:45:39.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Even The Nights Are Better.mp3 was infringed upon by a computer at IP Address 69.66.135.64 on 2011-04-03 10:45:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9

2.      Enter this password: 2kKOcGB

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

windstream_20110523-0728.txt

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9

Password: 2kKOcGB

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 10:45:39.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are better | Copy of 01 - Air Supply - Even The Nights Are Better.mp3 | 2011-04-03 10:45:39.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>

windstream_20110523-0728.txt

&lt;TimeStamp&gt;2011-04-03 10:45:39.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;69.66.135.64&lt;/IP_Address&gt;
&lt;Port&gt;13064&lt;/Port&gt;
&lt;DNS_Name&gt;69.66.135.64:13064&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-1a01a675-ef63-44a6-bd4f-dfd
e831ab9a9&lt;/URL_Base&gt;
&lt;UserName&gt;GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-1a01a675-ef63-44a6-bd4f-dfde831ab9a9" Password="2kKOcGB" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-03 10:45:39.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;even the nights are better&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Even The Nights Are Better.mp3&lt;/FileName&gt;
&lt;FileSize&gt;3757453&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-23eb4426-e10b-4210-9699-99a0228ec290
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-23eb4426-e10b-4210-9699-99a0228ec290 2011-04-03 10:45:39.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost in Love.mp3  was infringed upon by a computer at IP
Address 69.66.135.64 on 2011-04-03 10:45:39.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-23eb4426-e10b-4210-9699-99a0228ec290

2.      Enter this password: c0rudwb

windstream_20110523-0728.txt

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-23eb4426-e10b-4210-9699-99a0228ec290

Password: cOrudwb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-23eb4426-e10b-4210-9699-99a0228ec290.

If you need immediate assistance or if you have general questions please call the number listed above.

windstream_20110523-0728.txt
Infringement Source: Limewire

Timestamp: 2011-04-03 10:45:39.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost in Love.mp3 | 2011-04-03 10:45:39.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-23eb4426-e10b-4210-9699-99a0228ec290</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-23eb4426-e10b-4210-9699-99a0
228ec290</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 10:45:39.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-23eb4426-e10b-4210-9699-99a
0228ec290</URL_Base>
<UserName>GB-23eb4426-e10b-4210-9699-99a0228ec290</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-23eb4426-e10b-4210-9699-99a0228ec290" Password="cOrudwb" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 10:45:39.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost in Love.mp3</FileName>
<FileSize>5602551</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-a5206b65-fe6f-4c6b-8512-febe9e066f0a

windstream_20110523-0728.txt

From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-a5206b65-fe6f-4c6b-8512-febe9e066f0a 2011-04-03 10:45:39.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
69.66.135.64 on 2011-04-03 10:45:39.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a5206b65-fe6f-4c6b-8512-febe9e066f0a

2.      Enter this password: xOvSsOk

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of

windstream_20110523-0728.txt
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a5206b65-fe6f-4c6b-8512-febe9e066f0a

Password: xOvSsOk

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a5206b65-fe6f-4c6b-8512-febe9e066f0a.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-03 10:45:39.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-03 10:45:39.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a5206b65-fe6f-4c6b-8512-febe9e066f0a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a5206b65-fe6f-4c6b-8512-febe
9e066f0a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>

windstream_20110523-0728.txt

<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 10:45:39.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a5206b65-fe6f-4c6b-8512-feb
e9e066f0a</URL_Base>
<UserName>GB-a5206b65-fe6f-4c6b-8512-febe9e066f0a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a5206b65-fe6f-4c6b-8512-febe9e066f0a" Password="x0vSs0k" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 10:45:39.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-2cfef106-4b04-4ed7-8184-7570fd20391c
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-2cfef106-4b04-4ed7-8184-7570fd20391c 2011-04-03 11:05:27.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3 was infringed upon by a computer at IP Address
173.189.42.127 on 2011-04-03 11:05:27.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
                        Page 133

windstream_20110523-0728.txt
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-2cfef106-4b04-4ed7-8184-7570fd20391c

2.      Enter this password: 73qII5U

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-2cfef106-4b04-4ed7-8184-7570fd20391c

Password: 73qII5U

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405

windstream_20110523-0728.txt
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-2cfef106-4b04-4ed7-8184-7570fd20391c.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-03 11:05:27.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-03 11:05:27.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-2cfef106-4b04-4ed7-8184-7570fd20391c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-2cfef106-4b04-4ed7-8184-7570
fd20391c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 11:05:27.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-2cfef106-4b04-4ed7-8184-757
0fd20391c</URL_Base>
<UserName>GB-2cfef106-4b04-4ed7-8184-7570fd20391c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-2cfef106-4b04-4ed7-8184-7570fd20391c" Password="73qlI5U" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 11:05:27.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832316</FileSize>

windstream_20110523-0728.txt

```
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd 2011-04-03 11:05:27.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address
173.189.42.127 on 2011-04-03 11:05:27.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd

2.      Enter this password: tgUZXwP

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

windstream_20110523-0728.txt

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd

Password: tgUZXwP

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-03 11:05:27.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 - Air Supply - Here I Am.mp3 | 2011-04-03 11:05:27.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-33c7c2e4-78d7-46bb-97e2-b692

windstream_20110523-0728.txt

89f442fd</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 11:05:27.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd</URL_Base>
<UserName>GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-33c7c2e4-78d7-46bb-97e2-b69289f442fd" Password="tgUZXwP" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 11:05:27.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-598f8dfd-3510-467a-ad45-053363d07459
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-598f8dfd-3510-467a-ad45-053363d07459 2011-04-04 12:25:40.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.

windstream_20110523-0728.txt
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Even The Nights Are Better.mp3  was infringed upon by a
computer at IP Address 173.213.187.37 on 2011-04-04 12:25:40.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-598f8dfd-3510-467a-ad45-053363d07459

2.      Enter this password: fK9suqQ

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-598f8dfd-3510-467a-ad45-053363d07459

Password: fK9suqQ

Very truly yours,

windstream_20110523-0728.txt

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-598f8dfd-3510-467a-ad45-053363d07459.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-04 12:25:40.0 GMT

Infringers IP Address: 173.213.187.37

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are
better | Copy of 01 - Air Supply - Even The Nights Are Better.mp3 | 2011-04-04
12:25:40.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-598f8dfd-3510-467a-ad45-053363d07459</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-598f8dfd-3510-467a-ad45-0533
63d07459</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 12:25:40.0 GMT</TimeStamp>
<IP_Address>173.213.187.37</IP_Address>
<Port>6346</Port>
<DNS_Name>173.213.187.37:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-598f8dfd-3510-467a-ad45-053
363d07459</URL_Base>
<UserName>GB-598f8dfd-3510-467a-ad45-053363d07459</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-598f8dfd-3510-467a-ad45-053363d07459" Password="fK9suqQ" />
</Source>
<Content>

```
                       windstream_20110523-0728.txt
<Item>
<TimeStamp>2011-04-04 12:25:40.0 GMT</TimeStamp>
<Title>even the nights are better</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Even The Nights Are Better.mp3</FileName>
<FileSize>3757453</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-65051bb6-7826-4db8-9362-44be124ef1d7
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-65051bb6-7826-4db8-9362-44be124ef1d7 2011-04-03 11:05:27.0 GMT

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       This is not spam.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Every Woman In The World.mp3  was infringed upon by a computer at IP Address 173.189.42.127 on 2011-04-03 11:05:27.0 GMT.

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.     Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-65051bb6-7826-4db8-9362-44be124ef1d7

2.     Enter this password: IOgKTM9

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement

windstream_20110523-0728.txt

under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-65051bb6-7826-4db8-9362-44be124ef1d7

Password: lOgKTM9

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-65051bb6-7826-4db8-9362-44be124ef1d7.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-03 11:05:27.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): every woman in the world | Copy of 01 - Air Supply - Every Woman In The World.mp3 | 2011-04-03 11:05:27.0 | SHA1 |

windstream_20110523-0728.txt

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-65051bb6-7826-4db8-9362-44be124ef1d7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-65051bb6-7826-44be
124ef1d7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 11:05:27.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-65051bb6-7826-4db8-9362-44b
e124ef1d7</URL_Base>
<UserName>GB-65051bb6-7826-4db8-9362-44be124ef1d7</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-65051bb6-7826-4db8-9362-44be124ef1d7" Password="IOgKTM9" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 11:05:27.0 GMT</TimeStamp>
<Title>every woman in the world</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Every Woman In The World.mp3</FileName>
<FileSize>3352774</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-d3f6f14b-3111-4fab-a0ae-33518dde23ba
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d3f6f14b-3111-4fab-a0ae-33518dde23ba 2011-04-03 11:05:27.0 GMT

windstream_20110523-0728.txt

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost In Love.mp3  was infringed upon by a computer at IP
Address 173.189.42.127 on 2011-04-03 11:05:27.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d3f6f14b-3111-4fab-a0ae-33518dde23ba

2.      Enter this password: MoDgEjm

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-d3f6f14b-3111-4fab-a0ae-33518dde23ba

Password: MoDgEjm

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d3f6f14b-3111-4fab-a0ae-33518dde23ba.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-03 11:05:27.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost In Love.mp3 | 2011-04-03 11:05:27.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d3f6f14b-3111-4fab-a0ae-33518dde23ba</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d3f6f14b-3111-4fab-a0ae-3351
8dde23ba</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-03 11:05:27.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d3f6f14b-3111-4fab-a0ae-335
```

windstream_20110523-0728.txt

18dde23ba</URL_Base>
<UserName>GB-d3f6f14b-3111-4fab-a0ae-33518dde23ba</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d3f6f14b-3111-4fab-a0ae-33518dde23ba" Password="MoDgEjm" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-03 11:05:27.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost In Love.mp3</FileName>
<FileSize>5602423</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-f43fe93c-9854-4ebe-bbdc-31fd4d5f3650
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-f43fe93c-9854-4ebe-bbdc-31fd4d5f3650 2011-04-04 12:25:40.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
173.213.187.37 on 2011-04-04 12:25:40.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-f43fe93c-9854-4ebe-bbdc-31fd4d5f3650

2.      Enter this password: ubRseQV

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,

windstream_20110523-0728.txt

including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-f43fe93c-9854-4ebe-bbdc-31fd4d5f3650

Password: ubRseQV

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-f43fe93c-9854-4ebe-bbdc-31fd4d5f3650.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-04 12:25:40.0 GMT

Infringers IP Address: 173.213.187.37

windstream_20110523-0728.txt

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-04 12:25:40.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-f43fe93c-9854-4ebe-bbdc-31fd4d5f3650</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-f43fe93c-9854-4ebe-bbdc-31fd
4d5f3650</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 12:25:40.0 GMT</TimeStamp>
<IP_Address>173.213.187.37</IP_Address>
<Port>6346</Port>
<DNS_Name>173.213.187.37:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-f43fe93c-9854-4ebe-bbdc-31f
d4d5f3650</URL_Base>
<UserName>GB-f43fe93c-9854-4ebe-bbdc-31fd4d5f3650</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-f43fe93c-9854-4ebe-bbdc-31fd4d5f3650" Password="ubRseQV" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-04 12:25:40.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832316</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-296f053e-53f9-4d7f-9e3c-712caa66066e
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:52 -0700 (PDT)
To: abuse@windstream.net

windstream_20110523-0728.txt

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-296f053e-53f9-4d7f-9e3c-712caa66066e 2011-04-04 12:56:58.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address 173.189.42.127 on 2011-04-04 12:56:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-296f053e-53f9-4d7f-9e3c-712caa66066e

2.      Enter this password: egQifvz

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to

windstream_20110523-0728.txt

monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-296f053e-53f9-4d7f-9e3c-712caa66066e

Password: egQifvz

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-296f053e-53f9-4d7f-9e3c-712caa66066e.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-04 12:56:58.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-04 12:56:58.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-296f053e-53f9-4d7f-9e3c-712caa66066e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-296f053e-53f9-4d7f-9e3c-712c
aa66066e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

windstream_20110523-0728.txt
```
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 12:56:58.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-296f053e-53f9-4d7f-9e3c-712
caa66066e</URL_Base>
<UserName>GB-296f053e-53f9-4d7f-9e3c-712caa66066e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-296f053e-53f9-4d7f-9e3c-712caa66066e" Password="egQifvz" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-04 12:56:58.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832316</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-30bd66d6-360b-4c2f-b731-aa190ecab00c
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-30bd66d6-360b-4c2f-b731-aa190ecab00c 2011-04-04 12:56:58.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address
173.189.42.127 on 2011-04-04 12:56:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

windstream_20110523-0728.txt
1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-30bd66d6-360b-4c2f-b731-aa190ecab00c

2.      Enter this password: wlbIZaV

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-30bd66d6-360b-4c2f-b731-aa190ecab00c

Password: wlbIZaV

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
                              Page 152

windstream_20110523-0728.txt
GB-30bd66d6-360b-4c2f-b731-aa190ecab00c.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-04 12:56:58.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-04 12:56:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-30bd66d6-360b-4c2f-b731-aa190ecab00c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-30bd66d6-360b-4c2f-b731-aa19
0ecab00c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 12:56:58.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-30bd66d6-360b-4c2f-b731-aa1
90ecab00c</URL_Base>
<UserName>GB-30bd66d6-360b-4c2f-b731-aa190ecab00c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-30bd66d6-360b-4c2f-b731-aa190ecab00c" Password="wIbIZaV" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-04 12:56:58.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-7065d59a-de6e-4200-a57d-fceee9750a18
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-7065d59a-de6e-4200-a57d-fceee9750a18 2011-04-04 12:56:58.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Every Woman In The World.mp3  was infringed upon by a computer
at IP Address 173.189.42.127 on 2011-04-04 12:56:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-7065d59a-de6e-4200-a57d-fceee9750a18

2.      Enter this password: g8xa9nl

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of

windstream_20110523-0728.txt
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-7065d59a-de6e-4200-a57d-fceee9750a18

Password: g8xa9nl

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-7065d59a-de6e-4200-a57d-fceee9750a18.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-04 12:56:58.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): every woman in the world
| Copy of 01 - Air Supply - Every Woman In The World.mp3 | 2011-04-04 12:56:58.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-7065d59a-de6e-4200-a57d-fceee9750a18</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-7065d59a-de6e-4200-a57d-fceee9750a18</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>

windstream_20110523-0728.txt

&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES&lt;/Address&gt;
&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream Communications Inc&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-04-04 12:56:58.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.189.42.127&lt;/IP_Address&gt;
&lt;Port&gt;6346&lt;/Port&gt;
&lt;DNS_Name&gt;173.189.42.127:6346&lt;/DNS_Name&gt;
&lt;Type&gt;Shareaza&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-7065d59a-de6e-4200-a57d-fce
ee9750a18&lt;/URL_Base&gt;
&lt;UserName&gt;GB-7065d59a-de6e-4200-a57d-fceee9750a18&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-7065d59a-de6e-4200-a57d-fceee9750a18" Password="g8xa9nl" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-04 12:56:58.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;every woman in the world&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Every Woman In The World.mp3&lt;/FileName&gt;
&lt;FileSize&gt;3352774&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-d604ed08-74e3-4cee-9091-0a450f44f9f3
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d604ed08-74e3-4cee-9091-0a450f44f9f3 2011-04-04 12:56:58.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost In Love.mp3 was infringed upon by a computer at IP
Address 173.189.42.127 on 2011-04-04 12:56:58.0 GMT.

windstream_20110523-0728.txt

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.       Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d604ed08-74e3-4cee-9091-0a450f44f9f3

2.       Enter this password: 8UyLF9Y

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d604ed08-74e3-4cee-9091-0a450f44f9f3

Password: 8UyLF9Y

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.

windstream_20110523-0728.txt
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d604ed08-74e3-4cee-9091-0a450f44f9f3.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-04 12:56:58.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost In Love.mp3 | 2011-04-04 12:56:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d604ed08-74e3-4cee-9091-0a450f44f9f3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d604ed08-74e3-4cee-9091-0a45
0f44f9f3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 12:56:58.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d604ed08-74e3-4cee-9091-0a4
50f44f9f3</URL_Base>
<UserName>GB-d604ed08-74e3-4cee-9091-0a450f44f9f3</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d604ed08-74e3-4cee-9091-0a450f44f9f3" Password="8UyLF9Y" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-04 12:56:58.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost In Love.mp3</FileName>
<FileSize>5602423</FileSize>

windstream_20110523-0728.txt
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-f16e4e38-cc8f-487c-ac63-9ab27ea03a82
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-f16e4e38-cc8f-487c-ac63-9ab27ea03a82 2011-04-04 12:56:58.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Even the Nights Are Better.wma  was infringed upon by a computer at IP
Address 173.189.42.127 on 2011-04-04 12:56:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-f16e4e38-cc8f-487c-ac63-9ab27ea03a82

2.      Enter this password: qbdnf3W

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

windstream_20110523-0728.txt

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-f16e4e38-cc8f-487c-ac63-9ab27ea03a82

Password: qbdnf3W

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-f16e4e38-cc8f-487c-ac63-9ab27ea03a82.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-04 12:56:58.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are better | Copy of 01 - 02 Even the Nights Are Better.wma | 2011-04-04 12:56:58.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-f16e4e38-cc8f-487c-ac63-9ab27ea03a82</ID>

Page 160

windstream_20110523-0728.txt

<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-f16e4e38-cc8f-487c-ac63-9ab2
7ea03a82</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 12:56:58.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-f16e4e38-cc8f-487c-ac63-9ab
27ea03a82</URL_Base>
<UserName>GB-f16e4e38-cc8f-487c-ac63-9ab27ea03a82</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-f16e4e38-cc8f-487c-ac63-9ab27ea03a82" Password="qbdnf3W" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-04 12:56:58.0 GMT</TimeStamp>
<Title>even the nights are better</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - 02 Even the Nights Are Better.wma</FileName>
<FileSize>3848382</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-2cd996a4-0f49-4686-91bb-a53d8d61face
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-2cd996a4-0f49-4686-91bb-a53d8d61face 2011-04-04 07:08:32.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.

windstream_20110523-0728.txt

Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 173.191.46.140 on 2011-04-04 07:08:32.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-2cd996a4-0f49-4686-91bb-a53d8d61face

2.      Enter this password: wcSvP4q

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-2cd996a4-0f49-4686-91bb-a53d8d61face

Password: wcSvP4q

Very truly yours,

windstream_20110523-0728.txt

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-2cd996a4-0f49-4686-91bb-a53d8d61face.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-04 07:08:32.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-04 07:08:32.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-2cd996a4-0f49-4686-91bb-a53d8d61face</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-2cd996a4-0f49-4686-91bb-a53d
8d61face</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 07:08:32.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-2cd996a4-0f49-4686-91bb-a53
d8d61face</URL_Base>
<UserName>GB-2cd996a4-0f49-4686-91bb-a53d8d61face</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-2cd996a4-0f49-4686-91bb-a53d8d61face" Password="wcSvP4q" />
</Source>
<Content>

windstream_20110523-0728.txt

```
<Item>
<TimeStamp>2011-04-04 07:08:32.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-6abadc2d-4867-4b8c-88dd-360002dca630
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-6abadc2d-4867-4b8c-88dd-360002dca630 2011-04-04 07:08:32.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address 173.191.46.140 on 2011-04-04 07:08:32.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-6abadc2d-4867-4b8c-88dd-360002dca630

2.      Enter this password: EqHto6l

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitues copyright infringement

windstream_20110523-0728.txt

under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-6abadc2d-4867-4b8c-88dd-360002dca630

Password: EqHto6I

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-6abadc2d-4867-4b8c-88dd-360002dca630.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-04 07:08:32.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 - Air Supply - Here I Am.mp3 | 2011-04-04 07:08:32.0 | SHA1 |

  --Start ACNS XML

Page 165

windstream_20110523-0728.txt

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-6abadc2d-4867-4b8c-88dd-360002dca630</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-6abadc2d-4867-4b8c-88dd-3600
02dca630</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 07:08:32.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-6abadc2d-4867-4b8c-88dd-360
002dca630</URL_Base>
<UserName>GB-6abadc2d-4867-4b8c-88dd-360002dca630</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-6abadc2d-4867-4b8c-88dd-360002dca630" Password="EqHto6I" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-04 07:08:32.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-fa3bdd1b-9553-4953-b8cd-6b1b765c0ba4
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-fa3bdd1b-9553-4953-b8cd-6b1b765c0ba4 2011-04-04 07:08:32.0 GMT

Dear Sir or Madam:

windstream_20110523-0728.txt

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address 173.191.46.140 on 2011-04-04 07:08:32.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.     Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-fa3bdd1b-9553-4953-b8cd-6b1b765c0ba4

2.     Enter this password: Y8nw9ij

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-fa3bdd1b-9553-4953-b8cd-6b1b765c0ba4

Password: Y8nw9ij

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-fa3bdd1b-9553-4953-b8cd-6b1b765c0ba4.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-04 07:08:32.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-04 07:08:32.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-fa3bdd1b-9553-4953-b8cd-6b1b765c0ba4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-fa3bdd1b-9553-4953-b8cd-6b1b
765c0ba4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-04 07:08:32.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>

windstream_20110523-0728.txt

&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-fa3bdd1b-9553-4953-b8cd-6b1
b765cOba4&lt;/URL_Base&gt;
&lt;UserName&gt;GB-fa3bdd1b-9553-4953-b8cd-6b1b765cOba4&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-fa3bdd1b-9553-4953-b8cd-6b1b765cOba4" Password="Y8nw9ij" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-04 07:08:32.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;making love out of nothing at all&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&amp;#39;s music).mp3&lt;/FileName&gt;
&lt;FileSize&gt;4832444&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-3fb6e99b-1dcd-4fde-8a4b-8950e23ca7fc
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:54 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-3fb6e99b-1dcd-4fde-8a4b-8950e23ca7fc 2011-04-05 11:10:42.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 69.66.232.108 on 2011-04-05 11:10:42.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3fb6e99b-1dcd-4fde-8a4b-8950e23ca7fc

2.      Enter this password: V4HEYud

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

windstream_20110523-0728.txt

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3fb6e99b-1dcd-4fde-8a4b-8950e23ca7fc

Password: V4HEYud

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3fb6e99b-1dcd-4fde-8a4b-8950e23ca7fc.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-05 11:10:42.0 GMT

```
                          windstream_20110523-0728.txt
Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-05 11:10:42.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3fb6e99b-1dcd-4fde-8a4b-8950e23ca7fc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3fb6e99b-1dcd-4fde-8a4b-8950
e23ca7fc</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-05 11:10:42.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3fb6e99b-1dcd-4fde-8a4b-895
0e23ca7fc</URL_Base>
<UserName>GB-3fb6e99b-1dcd-4fde-8a4b-8950e23ca7fc</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3fb6e99b-1dcd-4fde-8a4b-8950e23ca7fc" Password="V4HEYud" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-05 11:10:42.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:54 -0700 (PDT)
To: abuse@windstream.net
```

windstream_20110523-0728.txt
**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427 2011-04-05 11:10:42.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Oldies - Air Supply - Making Love Out of Nothing At All.mp3 was infringed upon by a computer at IP Address 69.66.232.108 on 2011-04-05 11:10:42.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427

2.      Enter this password: IkZWyeY

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly

windstream_20110523-0728.txt
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427

Password: IkZWyeY

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-05 11:10:42.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3 | 2011-04-05 11:10:42.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>

windstream_20110523-0728.txt

```
</Service_Provider>
<Source>
<TimeStamp>2011-04-05 11:10:42.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-4cdf76b3-83cb-4a47-a4a5-a44
42f249427</URL_Base>
<UserName>GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-4cdf76b3-83cb-4a47-a4a5-a4442f249427" Password="IkZWyeY" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-05 11:10:42.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3</FileName>
<FileSize>4836540</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-51e2eeb7-5685-4c65-b74b-9f6520ea1f24
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:54 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-51e2eeb7-5685-4c65-b74b-9f6520ea1f24 2011-04-05 11:10:42.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Sweet Dreams.mp3  was infringed upon by a computer at IP
Address 69.66.232.108 on 2011-04-05 11:10:42.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

windstream_20110523-0728.txt
https://secure.digitalrightscorp.com/settle/GB-51e2eeb7-5685-4c65-b74b-9f6520ea1f24

2.      Enter this password: RvwSl9t

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-51e2eeb7-5685-4c65-b74b-9f6520ea1f24

Password: RvwSl9t

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-51e2eeb7-5685-4c65-b74b-9f6520ea1f24.

windstream_20110523-0728.txt
If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-05 11:10:42.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet dreams | Copy of
01 - Air Supply - Sweet Dreams.mp3 | 2011-04-05 11:10:42.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-51e2eeb7-5685-4c65-b74b-9f6520ea1f24</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-51e2eeb7-5685-4c65-b74b-9f65
20ea1f24</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-05 11:10:42.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-51e2eeb7-5685-4c65-b74b-9f6
520ea1f24</URL_Base>
<UserName>GB-51e2eeb7-5685-4c65-b74b-9f6520ea1f24</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-51e2eeb7-5685-4c65-b74b-9f6520ea1f24" Password="RvwSl9t" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-05 11:10:42.0 GMT</TimeStamp>
<Title>sweet dreams</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Sweet Dreams.mp3</FileName>
<FileSize>5137264</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-134c663f-1d4a-4c71-968b-14ce65412b6c
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-134c663f-1d4a-4c71-968b-14ce65412b6c 2011-04-06 01:52:25.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file All Out Of Love.mp3 was infringed upon by a computer at IP Address 173.184.20.203 on 2011-04-06 01:52:25.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-134c663f-1d4a-4c71-968b-14ce65412b6c

2.      Enter this password: hb1UOAg

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-134c663f-1d4a-4c71-968b-14ce65412b6c

Password: hb1UOAg

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-134c663f-1d4a-4c71-968b-14ce65412b6c.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-06 01:52:25.0 GMT

Infringers IP Address: 173.184.20.203

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - All Out Of Love.mp3 | 2011-04-06 01:52:25.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-134c663f-1d4a-4c71-968b-14ce65412b6c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-134c663f-1d4a-4c71-968b-14ce
65412b6c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>

windstream_20110523-0728.txt

```
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 01:52:25.0 GMT</TimeStamp>
<IP_Address>173.184.20.203</IP_Address>
<Port>6346</Port>
<DNS_Name>173.184.20.203:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-134c663f-1d4a-4c71-968b-14c
e65412b6c</URL_Base>
<UserName>GB-134c663f-1d4a-4c71-968b-14ce65412b6c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-134c663f-1d4a-4c71-968b-14ce65412b6c" Password="hb1UOAg" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 01:52:25.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - All Out Of Love.mp3</FileName>
<FileSize>3878912</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-2eb76a80-e2da-4237-af12-0995e4fb05e6
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-2eb76a80-e2da-4237-af12-0995e4fb05e6 2011-04-06 01:52:48.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Every Woman In The World.mp3  was infringed upon by a computer
at IP Address 173.189.42.127 on 2011-04-06 01:52:48.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
                              Page 179

windstream_20110523-0728.txt
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-2eb76a80-e2da-4237-af12-0995e4fb05e6

2.      Enter this password: jZOIqrN

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-2eb76a80-e2da-4237-af12-0995e4fb05e6

Password: jZOIqrN

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150
                              Page 180

windstream_20110523-0728.txt

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-2eb76a80-e2da-4237-af12-0995e4fb05e6.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-06 01:52:48.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): every woman in the world
| Copy of 01 - Air Supply - Every Woman In The World.mp3 | 2011-04-06 01:52:48.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-2eb76a80-e2da-4237-af12-0995e4fb05e6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-2eb76a80-e2da-4237-af12-0995
e4fb05e6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-2eb76a80-e2da-4237-af12-099
5e4fb05e6</URL_Base>
<UserName>GB-2eb76a80-e2da-4237-af12-0995e4fb05e6</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-2eb76a80-e2da-4237-af12-0995e4fb05e6" Password="jZOIqrN" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<Title>every woman in the world</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Every Woman In The World.mp3</FileName>
<FileSize>3352774</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>

windstream_20110523-0728.txt
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-58044346-e075-4a5c-b94c-ac61ced0f364
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-58044346-e075-4a5c-b94c-ac61ced0f364 2011-04-06 01:52:25.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file I Can&#39;t Live If Living Is Without You.mp3  was infringed upon by a
computer at IP Address 173.184.20.203 on 2011-04-06 01:52:25.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-58044346-e075-4a5c-b94c-ac61ced0f364

2.      Enter this password: C4hypan

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of

windstream_20110523-0728.txt

attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-58044346-e075-4a5c-b94c-ac61ced0f364

Password: C4hypan

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-58044346-e075-4a5c-b94c-ac61ced0f364.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-06 01:52:25.0 GMT

Infringers IP Address: 173.184.20.203

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01
- I Can&#39;t Live If Living Is Without You.mp3 | 2011-04-06 01:52:25.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-58044346-e075-4a5c-b94c-ac61ced0f364</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-58044346-e075-4a5c-b94c-ac61
ced0f364</Ref_URL>
<Status>Pending</Status>

windstream_20110523-0728.txt
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 01:52:25.0 GMT</TimeStamp>
<IP_Address>173.184.20.203</IP_Address>
<Port>6346</Port>
<DNS_Name>173.184.20.203:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-58044346-e075-4a5c-b94c-ac61ced0f364</URL_Base>
<UserName>GB-58044346-e075-4a5c-b94c-ac61ced0f364</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-58044346-e075-4a5c-b94c-ac61ced0f364" Password="C4hypan" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 01:52:25.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - I Can&#39;t Live If Living Is Without You.mp3</FileName>
<FileSize>4564992</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-7b18ddf9-9967-4dd7-b1bc-0525fd0e6bd4
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-7b18ddf9-9967-4dd7-b1bc-0525fd0e6bd4 2011-04-06 01:52:25.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file I&#39;m So Lost Without You.mp3  was infringed upon by a computer at IP Address 173.184.20.203 on 2011-04-06 01:52:25.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-7b18ddf9-9967-4dd7-b1bc-0525fd0e6bd4

2.      Enter this password: yzVeTMG

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-7b18ddf9-9967-4dd7-b1bc-0525fd0e6bd4

Password: yzVeTMG

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-7b18ddf9-9967-4dd7-b1bc-0525fd0e6bd4.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-06 01:52:25.0 GMT

Infringers IP Address: 173.184.20.203

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01
- I&#39;m So Lost Without You.mp3 | 2011-04-06 01:52:25.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-7b18ddf9-9967-4dd7-b1bc-0525fd0e6bd4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-7b18ddf9-9967-4dd7-b1bc-0525
fd0e6bd4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 01:52:25.0 GMT</TimeStamp>
<IP_Address>173.184.20.203</IP_Address>
<Port>6346</Port>
<DNS_Name>173.184.20.203:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-7b18ddf9-9967-4dd7-b1bc-052
5fd0e6bd4</URL_Base>
<UserName>GB-7b18ddf9-9967-4dd7-b1bc-0525fd0e6bd4</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-7b18ddf9-9967-4dd7-b1bc-0525fd0e6bd4" Password="yzVeTMG" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 01:52:25.0 GMT</TimeStamp>
<Title>without you</Title>

windstream_20110523-0728.txt
```
<Artist>air supply</Artist>
<FileName>Copy of 01 - I&#39;m So Lost Without You.mp3</FileName>
<FileSize>3899392</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

   --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-7e0553ac-bc58-446d-9c37-9a68c3b01e61
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-7e0553ac-bc58-446d-9c37-9a68c3b01e61 2011-04-06 02:02:29.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
173.191.46.140 on 2011-04-06 02:02:29.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-7e0553ac-bc58-446d-9c37-9a68c3b01e61

2.      Enter this password: wSNrUYa

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently

windstream_20110523-0728.txt

cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-7e0553ac-bc58-446d-9c37-9a68c3b01e61

Password: wSNrUYa

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-7e0553ac-bc58-446d-9c37-9a68c3b01e61.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 02:02:29.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-06 02:02:29.0 | SHA1 |

  --Start ACNS XML

```
                          windstream_20110523-0728.txt
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-7e0553ac-bc58-446d-9c37-9a68c3b01e61</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-7e0553ac-bc58-446d-9c37-9a68
c3b01e61</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 02:02:29.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-7e0553ac-bc58-446d-9c37-9a6
8c3b01e61</URL_Base>
<UserName>GB-7e0553ac-bc58-446d-9c37-9a68c3b01e61</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-7e0553ac-bc58-446d-9c37-9a68c3b01e61" Password="wSNrUYa" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 02:02:29.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-98b7bdcf-6009-4780-97b0-5d5c2e6d9598
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-98b7bdcf-6009-4780-97b0-5d5c2e6d9598 2011-04-06 01:52:48.0 GMT

Dear Sir or Madam:

windstream_20110523-0728.txt

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
173.189.42.127 on 2011-04-06 01:52:48.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-98b7bdcf-6009-4780-97b0-5d5c2e6d9598

2.      Enter this password:  aRx4QGD

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

Page 190

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-98b7bdcf-6009-4780-97b0-5d5c2e6d9598

Password: aRx4QGD

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-98b7bdcf-6009-4780-97b0-5d5c2e6d9598.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-06 01:52:48.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-06 01:52:48.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-98b7bdcf-6009-4780-97b0-5d5c2e6d9598</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-98b7bdcf-6009-4780-97b0-5d5c
2e6d9598</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>

windstream_20110523-0728.txt
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-98b7bdcf-6009-4780-97b0-5d5
c2e6d9598</URL_Base>
<UserName>GB-98b7bdcf-6009-4780-97b0-5d5c2e6d9598</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-98b7bdcf-6009-4780-97b0-5d5c2e6d9598" Password="aRx4QGD" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832316</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML



Subject: Unauthorized Use of Copyrights RE: GB-9b556957-89fb-4b2c-8dd7-aff8d3d8096a
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-9b556957-89fb-4b2c-8dd7-aff8d3d8096a 2011-04-06 01:52:48.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Even the Nights Are Better.wma  was infringed upon by a computer at IP
Address 173.189.42.127 on 2011-04-06 01:52:48.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-9b556957-89fb-4b2c-8dd7-aff8d3d8096a

2.      Enter this password: CBIR8NY

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

windstream_20110523-0728.txt

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-9b556957-89fb-4b2c-8dd7-aff8d3d8096a

Password: CBIR8NY

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-9b556957-89fb-4b2c-8dd7-aff8d3d8096a.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-06 01:52:48.0 GMT

windstream_20110523-0728.txt
Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are
better | Copy of 01 - 02 Even the Nights Are Better.wma | 2011-04-06 01:52:48.0 |
SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-9b556957-89fb-4b2c-8dd7-aff8d3d8096a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-9b556957-89fb-4b2c-8dd7-aff8
d3d8096a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-9b556957-89fb-4b2c-8dd7-aff
8d3d8096a</URL_Base>
<UserName>GB-9b556957-89fb-4b2c-8dd7-aff8d3d8096a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-9b556957-89fb-4b2c-8dd7-aff8d3d8096a" Password="CBIR8NY" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<Title>even the nights are better</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - 02 Even the Nights Are Better.wma</FileName>
<FileSize>3848382</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-abf72f31-8cd3-4181-8fb8-8a189d364574
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

windstream_20110523-0728.txt

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-abf72f31-8cd3-4181-8fb8-8a189d364574 2011-04-06 01:52:48.0 GMT

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost In Love.mp3 was infringed upon by a computer at IP Address 173.189.42.127 on 2011-04-06 01:52:48.0 GMT.

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-abf72f31-8cd3-4181-8fb8-8a189d364574

2.      Enter this password: VU8Nj70

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB

Page 195

windstream_20110523-0728.txt
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-abf72f31-8cd3-4181-8fb8-8a189d364574

Password: VU8Nj70

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-abf72f31-8cd3-4181-8fb8-8a189d364574.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-06 01:52:48.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost In Love.mp3 | 2011-04-06 01:52:48.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-abf72f31-8cd3-4181-8fb8-8a189d364574</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-abf72f31-8cd3-4181-8fb8-8a18
9d364574</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>

windstream_20110523-0728.txt

</Service_Provider>
<Source>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-abf72f31-8cd3-4181-8fb8-8a189d364574</URL_Base>
<UserName>GB-abf72f31-8cd3-4181-8fb8-8a189d364574</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-abf72f31-8cd3-4181-8fb8-8a189d364574" Password="VU8Nj70" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost In Love.mp3</FileName>
<FileSize>5602423</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-cd6afbf4-b70d-409f-b6f5-8fa4a9196e45
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-cd6afbf4-b70d-409f-b6f5-8fa4a9196e45 2011-04-06 02:02:29.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address
173.191.46.140 on 2011-04-06 02:02:29.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-cd6afbf4-b70d-409f-b6f5-8fa4a9196e45

windstream_20110523-0728.txt

2.      Enter this password:  8qlHdQ9

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-cd6afbf4-b70d-409f-b6f5-8fa4a9196e45

Password: 8qlHdQ9

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-cd6afbf4-b70d-409f-b6f5-8fa4a9196e45.

If you need immediate assistance or if you have general questions please call the

windstream_20110523-0728.txt

number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 02:02:29.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-06 02:02:29.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-cd6afbf4-b70d-409f-b6f5-8fa4a9196e45</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-cd6afbf4-b70d-409f-b6f5-8fa4
a9196e45</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 02:02:29.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-cd6afbf4-b70d-409f-b6f5-8fa
4a9196e45</URL_Base>
<UserName>GB-cd6afbf4-b70d-409f-b6f5-8fa4a9196e45</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-cd6afbf4-b70d-409f-b6f5-8fa4a9196e45" Password="8qlHdQ9" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 02:02:29.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-d48b06df-c8ea-4d20-b71e-57b6b2307dae
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d48b06df-c8ea-4d20-b71e-57b6b2307dae 2011-04-06 02:02:29.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3 was infringed upon by a computer at IP
Address 173.191.46.140 on 2011-04-06 02:02:29.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d48b06df-c8ea-4d20-b71e-57b6b2307dae

2.      Enter this password: RU91gdb

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

Page 200

windstream_20110523-0728.txt
We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d48b06df-c8ea-4d20-b71e-57b6b2307dae

Password: RU91gdb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d48b06df-c8ea-4d20-b71e-57b6b2307dae.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 02:02:29.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-06 02:02:29.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d48b06df-c8ea-4d20-b71e-57b6b2307dae</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d48b06df-c8ea-4d20-b71e-57b6
b2307dae</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>

windstream_20110523-0728.txt
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 02:02:29.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d48b06df-c8ea-4d20-b71e-57b
6b2307dae</URL_Base>
<UserName>GB-d48b06df-c8ea-4d20-b71e-57b6b2307dae</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d48b06df-c8ea-4d20-b71e-57b6b2307dae" Password="RU91gdb" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 02:02:29.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-f37e9292-072c-455d-a56d-159126201490
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-f37e9292-072c-455d-a56d-159126201490 2011-04-06 01:52:48.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address
173.189.42.127 on 2011-04-06 01:52:48.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release

windstream_20110523-0728.txt

from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-f37e9292-072c-455d-a56d-159126201490

2.      Enter this password: 1Dj6YJy

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-f37e9292-072c-455d-a56d-159126201490

Password: 1Dj6YJy

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt
** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-f37e9292-072c-455d-a56d-159126201490.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-06 01:52:48.0 GMT

Infringers IP Address: 173.189.42.127

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-06 01:52:48.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-f37e9292-072c-455d-a56d-159126201490</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-f37e9292-072c-455d-a56d-1591
26201490</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<IP_Address>173.189.42.127</IP_Address>
<Port>6346</Port>
<DNS_Name>173.189.42.127:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-f37e9292-072c-455d-a56d-159
126201490</URL_Base>
<UserName>GB-f37e9292-072c-455d-a56d-159126201490</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-f37e9292-072c-455d-a56d-159126201490" Password="1Dj6YJy" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 01:52:48.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

windstream_20110523-0728.txt

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-1361df40-43a2-44ff-913f-94407ba4aecf
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-1361df40-43a2-44ff-913f-94407ba4aecf 2011-04-06 06:59:59.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
173.191.46.140 on 2011-04-06 06:59:59.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1361df40-43a2-44ff-913f-94407ba4aecf

2.      Enter this password: HtnSx6Q

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a

windstream_20110523-0728.txt

result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-1361df40-43a2-44ff-913f-94407ba4aecf

Password: HtnSx6Q

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-1361df40-43a2-44ff-913f-94407ba4aecf.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 06:59:59.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-06 06:59:59.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-1361df40-43a2-44ff-913f-94407ba4aecf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1361df40-43a2-44ff-913f-94407ba4aecf</Ref_URL>
<Status>Pending</Status>

```
                    windstream_20110523-0728.txt
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 06:59:59.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-1361df40-43a2-44ff-913f-944
07ba4aecf</URL_Base>
<UserName>GB-1361df40-43a2-44ff-913f-94407ba4aecf</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-1361df40-43a2-44ff-913f-94407ba4aecf" Password="HtnSx6Q" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 06:59:59.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-78190c52-8c34-4ae0-9360-8689dcc1bcd3
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-78190c52-8c34-4ae0-9360-8689dcc1bcd3 2011-04-06 06:59:59.0 GMT

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address 173.191.46.140 on 2011-04-06 06:59:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-78190c52-8c34-4ae0-9360-8689dcc1bcd3

2.      Enter this password: luJzl4D

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-78190c52-8c34-4ae0-9360-8689dcc1bcd3

Password: luJzl4D

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-78190c52-8c34-4ae0-9360-8689dcc1bcd3.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 06:59:59.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-06 06:59:59.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-78190c52-8c34-4ae0-9360-8689dcc1bcd3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-78190c52-8c34-4ae0-8689
dcc1bcd3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-06 06:59:59.0 GMT</TimeStamp>
<IP_Address>173.191.46.140</IP_Address>
<Port>33596</Port>
<DNS_Name>173.191.46.140:33596</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-78190c52-8c34-4ae0-9360-868
9dcc1bcd3</URL_Base>
<UserName>GB-78190c52-8c34-4ae0-9360-8689dcc1bcd3</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-78190c52-8c34-4ae0-9360-8689dcc1bcd3" Password="IuJzI4D" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-06 06:59:59.0 GMT</TimeStamp>

windstream_20110523-0728.txt
```
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-a54c2a4f-963f-43f4-a750-73b72540b5eb
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:17:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-a54c2a4f-963f-43f4-a750-73b72540b5eb 2011-04-06 06:59:59.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 173.191.46.140 on 2011-04-06 06:59:59.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a54c2a4f-963f-43f4-a750-73b72540b5eb

2.        Enter this password: UCV32OK

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently

windstream_20110523-0728.txt

cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a54c2a4f-963f-43f4-a750-73b72540b5eb

Password: UCV32OK

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a54c2a4f-963f-43f4-a750-73b72540b5eb.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-06 06:59:59.0 GMT

Infringers IP Address: 173.191.46.140

Infringers Port: 33596

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-06 06:59:59.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
                              Page 211

windstream_20110523-0728.txt

&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;GB-a54c2a4f-963f-43f4-a750-73b72540b5eb&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/GB-a54c2a4f-963f-43f4-a750-73b7
2540b5eb&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES&lt;/Address&gt;
&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream Communications Inc&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-04-06 06:59:59.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.191.46.140&lt;/IP_Address&gt;
&lt;Port&gt;33596&lt;/Port&gt;
&lt;DNS_Name&gt;173.191.46.140:33596&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-a54c2a4f-963f-43f4-a750-73b
72540b5eb&lt;/URL_Base&gt;
&lt;UserName&gt;GB-a54c2a4f-963f-43f4-a750-73b72540b5eb&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-a54c2a4f-963f-43f4-a750-73b72540b5eb" Password="UCV32OK" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-06 06:59:59.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;all out of love&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - All Out Of Love.mp3&lt;/FileName&gt;
&lt;FileSize&gt;3876848&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-a1cd3222-a544-4d5a-895a-4e2883fb20c9
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-a1cd3222-a544-4d5a-895a-4e2883fb20c9 2011-04-07 01:08:05.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

windstream_20110523-0728.txt

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.

Your ISP service could be suspended if this matter is not resolved.

You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out of Love.mp3 was infringed upon by a computer at IP Address 173.187.137.214 on 2011-04-07 01:08:05.0 GMT.

We represent the copyright owner.

This notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a1cd3222-a544-4d5a-895a-4e2883fb20c9

2.      Enter this password: edTKxpW

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a1cd3222-a544-4d5a-895a-4e2883fb20c9

windstream_20110523-0728.txt

Password: edTKxpW

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a1cd3222-a544-4d5a-895a-4e2883fb20c9.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-07 01:08:05.0 GMT

Infringers IP Address: 173.187.137.214

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out of Love.mp3 | 2011-04-07 01:08:05.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a1cd3222-a544-4d5a-895a-4e2883fb20c9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a1cd3222-a544-4d5a-895a-4e28
83fb20c9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-07 01:08:05.0 GMT</TimeStamp>
<IP_Address>173.187.137.214</IP_Address>
<Port>6346</Port>
<DNS_Name>173.187.137.214:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a1cd3222-a544-4d5a-895a-4e2
883fb20c9</URL_Base>
<UserName>GB-a1cd3222-a544-4d5a-895a-4e2883fb20c9</UserName>
<Number_Files>1</Number_Files>

windstream_20110523-0728.txt
<Login Username="GB-a1cd3222-a544-4d5a-895a-4e2883fb20c9" Password="edTKxpW" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-07 01:08:05.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>5822464</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2 2011-04-08 06:15:05.0 GMT

Dear Sir or Madam:

          Your ISP has forwarded you this notice.
          This is not spam.
          Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
          Your ISP service could be suspended if this matter is not resolved.
          You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-08 06:15:05.0 GMT.

          We represent the copyright owner.
          This notice is an offer of settlement.
          If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2

2.        Enter this password: fOVGNgo

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

windstream_20110523-0728.txt

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2

Password: fOVGNgo

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-08 06:15:05.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-08 06:15:05.0 |

windstream_20110523-0728.txt

SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-08 06:15:05.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2</URL_Base>
<UserName>GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-41dca3a0-a89e-4249-b2b5-cd5d3090f1e2" Password="f0VGNgo" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-08 06:15:05.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-461842ae-883d-49fb-a05a-732e7857f4e7
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-461842ae-883d-49fb-a05a-732e7857f4e7 2011-04-08 06:15:05.0 GMT

windstream_20110523-0728.txt

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-08 06:15:05.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-461842ae-883d-49fb-a05a-732e7857f4e7

2.      Enter this password: JdWGHFX

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser

windstream_20110523-0728.txt
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-461842ae-883d-49fb-a05a-732e7857f4e7

Password: JdWGHFX

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-461842ae-883d-49fb-a05a-732e7857f4e7.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-08 06:15:05.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-08 06:15:05.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-461842ae-883d-49fb-a05a-732e7857f4e7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-461842ae-883d-49fb-a05a-732e
7857f4e7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-08 06:15:05.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>

```
                        windstream_20110523-0728.txt
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-461842ae-883d-49fb-a05a-732
e7857f4e7</URL_Base>
<UserName>GB-461842ae-883d-49fb-a05a-732e7857f4e7</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-461842ae-883d-49fb-a05a-732e7857f4e7" Password="JdWGHFX" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-08 06:15:05.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of O1 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-ae755505-2ba5-4ec1-8394-0321876d5c9e
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-ae755505-2ba5-4ec1-8394-0321876d5c9e  2011-04-08 06:15:05.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-08 06:15:05.0
GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-ae755505-2ba5-4ec1-8394-0321876d5c9e

2.      Enter this password: LNTWUKq

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

windstream_20110523-0728.txt

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-ae755505-2ba5-4ec1-8394-0321876d5c9e

Password: LNTWUKq

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-ae755505-2ba5-4ec1-8394-0321876d5c9e.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-08 06:15:05.0 GMT

windstream_20110523-0728.txt
Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-04-08 06:15:05.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-ae755505-2ba5-4ec1-8394-0321876d5c9e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-ae755505-2ba5-4ec1-8394-0321
876d5c9e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-08 06:15:05.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-ae755505-2ba5-4ec1-8394-032
1876d5c9e</URL_Base>
<UserName>GB-ae755505-2ba5-4ec1-8394-0321876d5c9e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-ae755505-2ba5-4ec1-8394-0321876d5c9e" Password="LNTWUKq" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-08 06:15:05.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-1d10bc24-597f-432c-9558-59332460ffee
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:57 -0700 (PDT)

windstream_20110523-0728.txt

To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-1d10bc24-597f-432c-9558-593324600ffee 2011-04-09 04:33:06.0 GMT

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-09 04:33:06.0 GMT.

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.     Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1d10bc24-597f-432c-9558-593324600ffee

2.     Enter this password: YvE5xqF

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR

windstream_20110523-0728.txt
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-1d10bc24-597f-432c-9558-59332460ffee

Password: YvE5xqF

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-1d10bc24-597f-432c-9558-59332460ffee.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 04:33:06.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-09 04:33:06.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-1d10bc24-597f-432c-9558-59332460ffee</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1d10bc24-597f-432c-9558-5933
2460ffee</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>

Page 224

```
                        windstream_20110523-0728.txt
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 04:33:06.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-1d10bc24-597f-432c-9558-593
32460ffee</URL_Base>
<UserName>GB-1d10bc24-597f-432c-9558-59332460ffee</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-1d10bc24-597f-432c-9558-59332460ffee" Password="YvE5xqF" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 04:33:06.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-3f4c4d97-1008-4d49-ade5-ab6a035fae6c
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-3f4c4d97-1008-4d49-ade5-ab6a035fae6c 2011-04-09 04:10:51.0 GMT

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     This is not spam.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3 was infringed upon by a computer at IP Address 69.66.135.64 on 2011-04-09 04:10:51.0 GMT.

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.     Click on this link or copy and paste into your browser:

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-3f4c4d97-1008-4d49-ade5-ab6a035fae6c

2.      Enter this password: d3ib4xH

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3f4c4d97-1008-4d49-ade5-ab6a035fae6c

Password: d3ib4xH

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3f4c4d97-1008-4d49-ade5-ab6a035fae6c.

windstream_20110523-0728.txt

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 04:10:51.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-09 04:10:51.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3f4c4d97-1008-4d49-ade5-ab6a035fae6c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3f4c4d97-1008-4d49-ade5-ab6a
035fae6c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3f4c4d97-1008-4d49-ade5-ab6
a035fae6c</URL_Base>
<UserName>GB-3f4c4d97-1008-4d49-ade5-ab6a035fae6c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3f4c4d97-1008-4d49-ade5-ab6a035fae6c" Password="d3ib4xH" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

windstream_20110523-0728.txt

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-5a37afde-321d-40d5-aea9-298ec5f7135c
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-5a37afde-321d-40d5-aea9-298ec5f7135c 2011-04-09 04:10:51.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address 69.66.135.64 on 2011-04-09 04:10:51.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-5a37afde-321d-40d5-aea9-298ec5f7135c

2.        Enter this password: G6oMfty

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts

windstream_20110523-0728.txt

or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-5a37afde-321d-40d5-aea9-298ec5f7135c

Password: G6oMfty

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-5a37afde-321d-40d5-aea9-298ec5f7135c.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 04:10:51.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 - Air Supply - Here I Am.mp3 | 2011-04-09 04:10:51.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-5a37afde-321d-40d5-aea9-298ec5f7135c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-5a37afde-321d-40d5-aea9-298ec5f7135c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>

```
                        windstream_20110523-0728.txt
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-5a37afde-321d-40d5-aea9-298
ec5f7135c</URL_Base>
<UserName>GB-5a37afde-321d-40d5-aea9-298ec5f7135c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-5a37afde-321d-40d5-aea9-298ec5f7135c" Password="G6oMfty" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-8eee39cc-8e16-4c80-82e4-11f74158b662
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-8eee39cc-8e16-4c80-82e4-11f74158b662 2011-04-09 04:10:51.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost in Love.mp3 was infringed upon by a computer at IP
Address 69.66.135.64 on 2011-04-09 04:10:51.0 GMT.

windstream_20110523-0728.txt

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8eee39cc-8e16-4c80-82e4-11f74158b662

2.      Enter this password: V6pJEcn

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8eee39cc-8e16-4c80-82e4-11f74158b662

Password: V6pJEcn

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.

windstream_20110523-0728.txt
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8eee39cc-8e16-4c80-82e4-11f74158b662.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 04:10:51.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost in Love.mp3 | 2011-04-09 04:10:51.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8eee39cc-8e16-4c80-82e4-11f74158b662</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8eee39cc-8e16-4c80-82e4-11f7
4158b662</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8eee39cc-8e16-4c80-82e4-11f
74158b662</URL_Base>
<UserName>GB-8eee39cc-8e16-4c80-82e4-11f74158b662</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8eee39cc-8e16-4c80-82e4-11f74158b662" Password="V6pJEcn" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost in Love.mp3</FileName>
<FileSize>5602551</FileSize>

windstream_20110523-0728.txt
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-a817abc9-3534-47bc-8c7e-55a9f245f918
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-a817abc9-3534-47bc-8c7e-55a9f245f918 2011-04-09 04:33:06.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-09 04:33:06.0
GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a817abc9-3534-47bc-8c7e-55a9f245f918

2.      Enter this password: YZGaEce

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

windstream_20110523-0728.txt

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a817abc9-3534-47bc-8c7e-55a9f245f918

Password: YZGaEce

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-a817abc9-3534-47bc-8c7e-55a9f245f918.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 04:33:06.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-04-09 04:33:06.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a817abc9-3534-47bc-8c7e-55a9f245f918</ID>

windstream_20110523-0728.txt
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a817abc9-3534-47bc-8c7e-55a9f245f918</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 04:33:06.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a817abc9-3534-47bc-8c7e-55a9f245f918</URL_Base>
<UserName>GB-a817abc9-3534-47bc-8c7e-55a9f245f918</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a817abc9-3534-47bc-8c7e-55a9f245f918" Password="YZGaEce" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 04:33:06.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-be1ba964-941f-4527-af28-879fb98c8a5e
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-be1ba964-941f-4527-af28-879fb98c8a5e 2011-04-09 04:33:06.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.

windstream_20110523-0728.txt
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3 was infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-09 04:33:06.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-be1ba964-941f-4527-af28-879fb98c8a5e

2.      Enter this password: PYpwECg

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-be1ba964-941f-4527-af28-879fb98c8a5e

Password: PYpwECg

Very truly yours,

windstream_20110523-0728.txt

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-be1ba964-941f-4527-af28-879fb98c8a5e.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 04:33:06.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-09 04:33:06.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-be1ba964-941f-4527-af28-879fb98c8a5e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-be1ba964-941f-4527-af28-879f
b98c8a5e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 04:33:06.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-be1ba964-941f-4527-af28-879
fb98c8a5e</URL_Base>
<UserName>GB-be1ba964-941f-4527-af28-879fb98c8a5e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-be1ba964-941f-4527-af28-879fb98c8a5e" Password="PYpwECg" />
</Source>

windstream_20110523-0728.txt
<Content>
<Item>
<TimeStamp>2011-04-09 04:33:06.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a 2011-04-09 04:10:51.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Every Woman In the World.mp3  was infringed upon by a computer
at IP Address 69.66.135.64 on 2011-04-09 04:10:51.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a

2.      Enter this password: xZz3Ym1

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

windstream_20110523-0728.txt

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a

Password: xZz3Ym1

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 04:10:51.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): every woman in the world | Copy of 01 - Air Supply - Every Woman In the World.mp3 | 2011-04-09 04:10:51.0 | SHA1 |

windstream_20110523-0728.txt

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a</URL_Base>
<UserName>GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-c9408a9e-c97a-4b19-a066-acbf2fe54f4a" Password="xZz3Ym1" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<Title>every woman in the world</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Every Woman In the World.mp3</FileName>
<FileSize>3356870</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-d9685d57-1a35-4c1f-9ef9-af270d2da5eb
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:34:57 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-d9685d57-1a35-4c1f-9ef9-af270d2da5eb 2011-04-09 04:10:51.0 GMT

windstream_20110523-0728.txt

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Even The Nights Are Better.mp3  was infringed upon by a
computer at IP Address 69.66.135.64 on 2011-04-09 04:10:51.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d9685d57-1a35-4c1f-9ef9-af270d2da5eb

2.        Enter this password: SPyUaen

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser

windstream_20110523-0728.txt
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d9685d57-1a35-4c1f-9ef9-af270d2da5eb

Password: SPyUaen

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d9685d57-1a35-4c1f-9ef9-af270d2da5eb.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 04:10:51.0 GMT

Infringers IP Address: 69.66.135.64

Infringers Port: 13064

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are
better | Copy of 01 - Air Supply - Even The Nights Are Better.mp3 | 2011-04-09
04:10:51.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d9685d57-1a35-4c1f-9ef9-af270d2da5eb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d9685d57-1a35-4c1f-9ef9-af27
0d2da5eb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 04:10:51.0 GMT</TimeStamp>
<IP_Address>69.66.135.64</IP_Address>
<Port>13064</Port>
<DNS_Name>69.66.135.64:13064</DNS_Name>

windstream_20110523-0728.txt

&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-d9685d57-1a35-4c1f-9ef9-af2
70d2da5eb&lt;/URL_Base&gt;
&lt;UserName&gt;GB-d9685d57-1a35-4c1f-9ef9-af270d2da5eb&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-d9685d57-1a35-4c1f-9ef9-af270d2da5eb" Password="SPyUaen" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-09 04:10:51.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;even the nights are better&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Even The Nights Are Better.mp3&lt;/FileName&gt;
&lt;FileSize&gt;3757453&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-02a21612-91af-44a8-935c-1f305bfbac3b
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:00 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-02a21612-91af-44a8-935c-1f305bfbac3b 2011-04-11 02:41:31.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out of Love.mp3  was infringed upon by a computer at IP
Address 173.187.137.214 on 2011-04-11 02:41:31.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-02a21612-91af-44a8-935c-1f305bfbac3b

2.      Enter this password: Oem3DbF

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

windstream_20110523-0728.txt

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-02a21612-91af-44a8-935c-1f305bfbac3b

Password: Oem3DbF

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-02a21612-91af-44a8-935c-1f305bfbac3b.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-11 02:41:31.0 GMT

```
                         windstream_20110523-0728.txt
Infringers IP Address: 173.187.137.214

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out of Love.mp3 | 2011-04-11 02:41:31.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-02a21612-91af-44a8-935c-1f305bfbac3b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-02a21612-91af-44a8-935c-1f30
5bfbac3b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-11 02:41:31.0 GMT</TimeStamp>
<IP_Address>173.187.137.214</IP_Address>
<Port>6346</Port>
<DNS_Name>173.187.137.214:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-02a21612-91af-44a8-935c-1f3
05bfbac3b</URL_Base>
<UserName>GB-02a21612-91af-44a8-935c-1f305bfbac3b</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-02a21612-91af-44a8-935c-1f305bfbac3b" Password="Oem3DbF" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-11 02:41:31.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out of Love.mp3</FileName>
<FileSize>5822464</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:01 -0700 (PDT)
To: abuse@windstream.net
```

windstream_20110523-0728.txt
**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a 2011-04-10 10:02:46.0 GMT

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-10 10:02:46.0
GMT.

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a

2.      Enter this password: rRJMhBX

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly

windstream_20110523-0728.txt
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a

Password: rRJMhBX

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-10 10:02:46.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-04-10 10:02:46.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>

windstream_20110523-0728.txt

```
</Service_Provider>
<Source>
<TimeStamp>2011-04-10 10:02:46.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-090b8fae-99f3-4d0f-a7f5-2b9
b0d88a15a</URL_Base>
<UserName>GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-090b8fae-99f3-4d0f-a7f5-2b9b0d88a15a" Password="rRJMhBX" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-10 10:02:46.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-20bb4db9-57b5-4fc4-a790-6fc0f96eb054
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:01 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-20bb4db9-57b5-4fc4-a790-6fc0f96eb054 2011-04-10 10:02:46.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-10 10:02:46.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-20bb4db9-57b5-4fc4-a790-6fc0f96eb054

windstream_20110523-0728.txt

2.       Enter this password: eXzHO1s

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-20bb4db9-57b5-4fc4-a790-6fc0f96eb054

Password: eXzHO1s

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-20bb4db9-57b5-4fc4-a790-6fc0f96eb054.

If you need immediate assistance or if you have general questions please call the

windstream_20110523-0728.txt
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-10 10:02:46.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-10 10:02:46.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-20bb4db9-57b5-4fc4-a790-6fc0f96eb054</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-20bb4db9-57b5-4fc0
f96eb054</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-10 10:02:46.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-20bb4db9-57b5-4fc4-a790-6fc
0f96eb054</URL_Base>
<UserName>GB-20bb4db9-57b5-4fc4-a790-6fc0f96eb054</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-20bb4db9-57b5-4fc4-a790-6fc0f96eb054" Password="eXzH01s" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-10 10:02:46.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:01 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628 2011-04-11 09:19:05.0 GMT

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-11 09:19:05.0
GMT.

      We represent the copyright owner.
This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.     Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628

2.     Enter this password: wi4sWc5

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628

Password: wi4sWc5

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-11 09:19:05.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-04-11 09:19:05.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED

windstream_20110523-0728.txt

STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-11 09:19:05.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-4e3c231b-d93d-4e58-8d64-f10
1ce4ef628</URL_Base>
<UserName>GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-4e3c231b-d93d-4e58-8d64-f101ce4ef628" Password="wi4sWc5" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-11 09:19:05.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-6603da2f-8279-4b8a-ac63-1976df91abc0
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:01 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-6603da2f-8279-4b8a-ac63-1976df91abc0 2011-04-11 09:19:05.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-11 09:19:05.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.

windstream_20110523-0728.txt

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-6603da2f-8279-4b8a-ac63-1976df91abc0

2.      Enter this password: ECfFe2u

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-6603da2f-8279-4b8a-ac63-1976df91abc0

Password: ECfFe2u

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405

Page 254

windstream_20110523-0728.txt

Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-6603da2f-8279-4b8a-ac63-1976df91abc0.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-11 09:19:05.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-11 09:19:05.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-6603da2f-8279-4b8a-ac63-1976df91abc0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-6603da2f-8279-4b8a-ac63-1976
df91abc0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-11 09:19:05.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-6603da2f-8279-4b8a-ac63-197
6df91abc0</URL_Base>
<UserName>GB-6603da2f-8279-4b8a-ac63-1976df91abc0</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-6603da2f-8279-4b8a-ac63-1976df91abc0" Password="ECfFe2u" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-11 09:19:05.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>

windstream_20110523-0728.txt

```
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-d9c80c20-3c40-438c-aa8e-48628b5ca77c
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:01 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-d9c80c20-3c40-438c-aa8e-48628b5ca77c 2011-04-11 09:19:05.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-11 09:19:05.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d9c80c20-3c40-438c-aa8e-48628b5ca77c

2.      Enter this password: KB1eOTq

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of

windstream_20110523-0728.txt

attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d9c80c20-3c40-438c-aa8e-48628b5ca77c

Password: KB1eOTq

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d9c80c20-3c40-438c-aa8e-48628b5ca77c.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-11 09:19:05.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-11 09:19:05.0 |
SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d9c80c20-3c40-438c-aa8e-48628b5ca77c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d9c80c20-3c40-438c-aa8e-4862
8b5ca77c</Ref_URL>

Page 257

windstream_20110523-0728.txt

<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-11 09:19:05.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d9c80c20-3c40-438c-aa8e-486
28b5ca77c</URL_Base>
<UserName>GB-d9c80c20-3c40-438c-aa8e-48628b5ca77c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d9c80c20-3c40-438c-aa8e-48628b5ca77c" Password="KB1eOTq" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-11 09:19:05.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-e7618409-4a23-4854-a74e-70fda17fe0fe
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:01 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-e7618409-4a23-4854-a74e-70fda17fe0fe 2011-04-10 10:02:46.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-10 10:02:46.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e7618409-4a23-4854-a74e-70fda17fe0fe

2.      Enter this password: e1AQxuG

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e7618409-4a23-4854-a74e-70fda17fe0fe

Password: e1AQxuG

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e7618409-4a23-4854-a74e-70fda17fe0fe.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-10 10:02:46.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-10 10:02:46.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e7618409-4a23-4854-a74e-70fda17fe0fe</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e7618409-4a23-4854-a74e-70fd
a17fe0fe</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-10 10:02:46.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e7618409-4a23-4854-a74e-70f
da17fe0fe</URL_Base>
<UserName>GB-e7618409-4a23-4854-a74e-70fda17fe0fe</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e7618409-4a23-4854-a74e-70fda17fe0fe" Password="e1AQxuG" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-10 10:02:46.0 GMT</TimeStamp>

```
                        windstream_20110523-0728.txt
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-003f624d-7994-4f82-abdf-37c511253f36
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:02 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-003f624d-7994-4f82-abdf-37c511253f36 2011-04-12 03:45:34.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-12 03:45:34.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-003f624d-7994-4f82-abdf-37c511253f36

2.      Enter this password: bLVCI3w

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not

windstream_20110523-0728.txt
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-003f624d-7994-4f82-abdf-37c511253f36

Password: bLVCI3w

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-003f624d-7994-4f82-abdf-37c511253f36.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-12 03:45:34.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-12 03:45:34.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>

windstream_20110523-0728.txt

```
<Infringement>
<Case>
<ID>GB-003f624d-7994-4f82-abdf-37c511253f36</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-003f624d-7994-4f82-abdf-37c5
11253f36</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-12 03:45:34.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-003f624d-7994-4f82-abdf-37c
511253f36</URL_Base>
<UserName>GB-003f624d-7994-4f82-abdf-37c511253f36</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-003f624d-7994-4f82-abdf-37c511253f36" Password="bLVCI3w" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-12 03:45:34.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-8118633b-2cb0-4bed-80f7-f91dab303e15
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:02 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-8118633b-2cb0-4bed-80f7-f91dab303e15 2011-04-12 03:45:34.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.

windstream_20110523-0728.txt
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-12 03:45:34.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8118633b-2cb0-4bed-80f7-f91dab303e15

2.      Enter this password: NVqb0af

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8118633b-2cb0-4bed-80f7-f91dab303e15

Password: NVqb0af

windstream_20110523-0728.txt

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8118633b-2cb0-4bed-80f7-f91dab303e15.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-12 03:45:34.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-12 03:45:34.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8118633b-2cb0-4bed-80f7-f91dab303e15</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8118633b-2cb0-4bed-80f7-f91d
ab303e15</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-12 03:45:34.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8118633b-2cb0-4bed-80f7-f91
dab303e15</URL_Base>
<UserName>GB-8118633b-2cb0-4bed-80f7-f91dab303e15</UserName>
<Number_Files>1</Number_Files>

windstream_20110523-0728.txt
<Login Username="GB-8118633b-2cb0-4bed-80f7-f91dab303e15" Password="NVqb0af" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-12 03:45:34.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-94903bdc-143a-4e30-a53b-40fb5411f8a1
From: DMCA@DigitalRightsCorp.com
Date: Thu, 14 Apr 2011 19:35:02 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-94903bdc-143a-4e30-a53b-40fb5411f8a1 2011-04-12 03:45:34.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-12 03:45:34.0
GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-94903bdc-143a-4e30-a53b-40fb5411f8a1

2.      Enter this password: JRw2ABQ

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive

windstream_20110523-0728.txt
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-94903bdc-143a-4e30-a53b-40fb5411f8a1

Password: JRw2ABQ

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-94903bdc-143a-4e30-a53b-40fb5411f8a1.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-12 03:45:34.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues

```
                        windstream_20110523-0728.txt
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-04-12 03:45:34.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-94903bdc-143a-4e30-a53b-40fb5411f8a1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-94903bdc-143a-4e30-a53b-40fb
5411f8a1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-12 03:45:34.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-94903bdc-143a-4e30-a53b-40f
b5411f8a1</URL_Base>
<UserName>GB-94903bdc-143a-4e30-a53b-40fb5411f8a1</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-94903bdc-143a-4e30-a53b-40fb5411f8a1" Password="JRw2ABQ" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-12 03:45:34.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML



Subject: Unauthorized Use of Copyrights RE: GB-1f79c9f0-7038-44c3-addf-25d028fc293e
From: DMCA@DigitalRightsCorp.com
Date: Fri, 15 Apr 2011 22:41:45 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.
                        Page 268
```

windstream_20110523-0728.txt

Reference#: GB-1f79c9f0-7038-44c3-addf-25d028fc293e 2011-04-09 12:43:44.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni - Forbidden Dreams.mp3 was infringed upon by a computer at IP Address 98.17.167.144 on 2011-04-09 12:43:44.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1f79c9f0-7038-44c3-addf-25d028fc293e

2.      Enter this password: RSJQow4

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Yanni compositions, including but not limited to those items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

windstream_20110523-0728.txt

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-1f79c9f0-7038-44c3-addf-25d028fc293e

Password: RSJQow4

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-1f79c9f0-7038-44c3-addf-25d028fc293e.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 12:43:44.0 GMT

Infringers IP Address: 98.17.167.144

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): forbidden dreams | Copy of 01 - Yanni - Forbidden Dreams.mp3 | 2011-04-09 12:43:44.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-1f79c9f0-7038-44c3-addf-25d028fc293e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1f79c9f0-7038-44c3-addf-25d028fc293e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 12:43:44.0 GMT</TimeStamp>
<IP_Address>98.17.167.144</IP_Address>
<Port>27759</Port>

                                windstream_20110523-0728.txt
<DNS_Name>98.17.167.144:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-1f79c9f0-7038-44c3-addf-25d
028fc293e</URL_Base>
<UserName>GB-1f79c9f0-7038-44c3-addf-25d028fc293e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-1f79c9f0-7038-44c3-addf-25d028fc293e" Password="RSJQow4" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 12:43:44.0 GMT</TimeStamp>
<Title>forbidden dreams</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni - Forbidden Dreams.mp3</FileName>
<FileSize>4900992</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-30459d8e-3416-4657-adf4-c756d98548d0
From: DMCA@DigitalRightsCorp.com
Date: Fri, 15 Apr 2011 22:41:45 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-30459d8e-3416-4657-adf4-c756d98548d0 2011-04-09 01:10:00.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Easy Listening - Piano - Yanni - Nightingale.mp3  was infringed upon by a
computer at IP Address 173.186.204.206 on 2011-04-09 01:10:00.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-30459d8e-3416-4657-adf4-c756d98548d0

2.      Enter this password: G4lnuvc

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

windstream_20110523-0728.txt

23rd is the exclusive owners of copyrights for Yanni musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Yanni compositions, including but not limited to those items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-30459d8e-3416-4657-adf4-c756d98548d0

Password: G4lnuvc

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-30459d8e-3416-4657-adf4-c756d98548d0.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 01:10:00.0 GMT

```
                          windstream_20110523-0728.txt
Infringers IP Address: 173.186.204.206

Infringers Port: 25674

Listing of infringement(s) (Title/Filename/Timestamp/Hash): nightingale | Copy of 01
- Easy Listening - Piano - Yanni - Nightingale.mp3 | 2011-04-09 01:10:00.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-30459d8e-3416-4657-adf4-c756d98548d0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-30459d8e-3416-4657-adf4-c756
d98548d0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 01:10:00.0 GMT</TimeStamp>
<IP_Address>173.186.204.206</IP_Address>
<Port>25674</Port>
<DNS_Name>173.186.204.206:25674</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-30459d8e-3416-4657-adf4-c75
6d98548d0</URL_Base>
<UserName>GB-30459d8e-3416-4657-adf4-c756d98548d0</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-30459d8e-3416-4657-adf4-c756d98548d0" Password="G4Inuvc" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 01:10:00.0 GMT</TimeStamp>
<Title>nightingale</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Easy Listening - Piano - Yanni - Nightingale.mp3</FileName>
<FileSize>3896136</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-3161923b-33b6-4f12-afd4-91b00715ec0d
From: DMCA@DigitalRightsCorp.com
Date: Fri, 15 Apr 2011 22:41:45 -0700 (PDT)
To: abuse@windstream.net
```

windstream_20110523-0728.txt
**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-3161923b-33b6-4f12-afd4-91b00715ec0d 2011-04-09 12:43:44.0 GMT

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni - The Rain Must Fall.mp3 was infringed upon by a computer at IP
Address 98.17.167.144 on 2011-04-09 12:43:44.0 GMT.

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3161923b-33b6-4f12-afd4-91b00715ec0d

2.      Enter this password: RoJzrHE

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

windstream_20110523-0728.txt

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3161923b-33b6-4f12-afd4-91b00715ec0d

Password: RoJzrHE

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3161923b-33b6-4f12-afd4-91b00715ec0d.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 12:43:44.0 GMT

Infringers IP Address: 98.17.167.144

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): the rain must fall |
Copy of 01 - Yanni - The Rain Must Fall.mp3 | 2011-04-09 12:43:44.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3161923b-33b6-4f12-afd4-91b00715ec0d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3161923b-33b6-4f12-afd4-91b0
0715ec0d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>

windstream_20110523-0728.txt

&lt;TimeStamp&gt;2011-04-09 12:43:44.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;98.17.167.144&lt;/IP_Address&gt;
&lt;Port&gt;27759&lt;/Port&gt;
&lt;DNS_Name&gt;98.17.167.144:27759&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-3161923b-33b6-4f12-afd4-91b00715ec0d&lt;/URL_Base&gt;
&lt;UserName&gt;GB-3161923b-33b6-4f12-afd4-91b00715ec0d&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-3161923b-33b6-4f12-afd4-91b00715ec0d" Password="RoJzrHE" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-09 12:43:44.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;the rain must fall&lt;/Title&gt;
&lt;Artist&gt;Yanni&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Yanni - The Rain Must Fall.mp3&lt;/FileName&gt;
&lt;FileSize&gt;7111068&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-958889b0-e6d8-491a-a021-e4e699588fa9
From: DMCA@DigitalRightsCorp.com
Date: Fri, 15 Apr 2011 22:41:45 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-958889b0-e6d8-491a-a021-e4e699588fa9 2011-04-09 12:43:44.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni and Kenny G - Forbidden Dreams.mp3  was infringed upon by a computer
at IP Address 98.17.167.144 on 2011-04-09 12:43:44.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-958889b0-e6d8-491a-a021-e4e699588fa9

2.      Enter this password: Gcpiytl

windstream_20110523-0728.txt
Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-958889b0-e6d8-491a-a021-e4e699588fa9

Password: Gcpiytl

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-958889b0-e6d8-491a-a021-e4e699588fa9.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

windstream_20110523-0728.txt

Timestamp: 2011-04-09 12:43:44.0 GMT

Infringers IP Address: 98.17.167.144

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): forbidden dreams | Copy
of 01 - Yanni and Kenny G - Forbidden Dreams.mp3 | 2011-04-09 12:43:44.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-958889b0-e6d8-491a-a021-e4e699588fa9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-958889b0-e6d8-491a-a021-e4e6
99588fa9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 12:43:44.0 GMT</TimeStamp>
<IP_Address>98.17.167.144</IP_Address>
<Port>27759</Port>
<DNS_Name>98.17.167.144:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-958889b0-e6d8-491a-a021-e4e
699588fa9</URL_Base>
<UserName>GB-958889b0-e6d8-491a-a021-e4e699588fa9</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-958889b0-e6d8-491a-a021-e4e699588fa9" Password="Gcpiytl" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 12:43:44.0 GMT</TimeStamp>
<Title>forbidden dreams</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni and Kenny G - Forbidden Dreams.mp3</FileName>
<FileSize>4905088</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e
From: DMCA@DigitalRightsCorp.com

windstream_20110523-0728.txt

Date: Fri, 15 Apr 2011 22:41:45 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e 2011-04-09 12:43:44.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni &amp; Enya - Dance With A Stranger.mp3  was infringed upon by a
computer at IP Address 98.17.167.144 on 2011-04-09 12:43:44.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e

2.      Enter this password: DzoT8sV

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
Page 279

windstream_20110523-0728.txt

monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e

Password: DzoT8sV

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 12:43:44.0 GMT

Infringers IP Address: 98.17.167.144

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): dance with a stranger | Copy of 01 - Yanni &amp; Enya - Dance With A Stranger.mp3 | 2011-04-09 12:43:44.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

windstream_20110523-0728.txt
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 12:43:44.0 GMT</TimeStamp>
<IP_Address>98.17.167.144</IP_Address>
<Port>27759</Port>
<DNS_Name>98.17.167.144:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a05cdfe5-caeb-4336-bd54-a1b
d1425cf3e</URL_Base>
<UserName>GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a05cdfe5-caeb-4336-bd54-a1bd1425cf3e" Password="DzoT8sV" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 12:43:44.0 GMT</TimeStamp>
<Title>dance with a stranger</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni &amp; Enya - Dance With A Stranger.mp3</FileName>
<FileSize>6541780</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-dbf36154-2e0c-490c-9df9-eae919c65ee5
From: DMCA@DigitalRightsCorp.com
Date: Fri, 15 Apr 2011 22:41:45 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-dbf36154-2e0c-490c-9df9-eae919c65ee5 2011-04-09 12:43:44.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni - Reflections Of Passion.mp3  was infringed upon by a computer at IP
Address 98.17.167.144 on 2011-04-09 12:43:44.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

windstream_20110523-0728.txt
https://secure.digitalrightscorp.com/settle/GB-dbf36154-2e0c-490c-9df9-eae919c65ee5

2.      Enter this password: K5jWJVM

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-dbf36154-2e0c-490c-9df9-eae919c65ee5

Password: K5jWJVM

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-dbf36154-2e0c-490c-9df9-eae919c65ee5.

windstream_20110523-0728.txt
If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-09 12:43:44.0 GMT

Infringers IP Address: 98.17.167.144

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): reflections of passion |
Copy of 01 - Yanni - Reflections Of Passion.mp3 | 2011-04-09 12:43:44.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-dbf36154-2e0c-490c-9df9-eae919c65ee5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-dbf36154-2e0c-490c-9df9-eae9
19c65ee5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-09 12:43:44.0 GMT</TimeStamp>
<IP_Address>98.17.167.144</IP_Address>
<Port>27759</Port>
<DNS_Name>98.17.167.144:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-dbf36154-2e0c-490c-9df9-eae
919c65ee5</URL_Base>
<UserName>GB-dbf36154-2e0c-490c-9df9-eae919c65ee5</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-dbf36154-2e0c-490c-9df9-eae919c65ee5" Password="K5jWJVM" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-09 12:43:44.0 GMT</TimeStamp>
<Title>reflections of passion</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni - Reflections Of Passion.mp3</FileName>
<FileSize>4791784</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt


Subject: Unauthorized Use of Copyrights RE: GB-0df8c141-ea16-4e25-a456-b0d553e47b7e
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:45 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-0df8c141-ea16-4e25-a456-b0d553e47b7e 2011-04-13 09:41:09.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this notice is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-13 09:41:09.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-0df8c141-ea16-4e25-a456-b0d553e47b7e

2.      Enter this password: ZkIDnVe

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-0df8c141-ea16-4e25-a456-b0d553e47b7e

Password: ZkIDnVe

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-0df8c141-ea16-4e25-a456-b0d553e47b7e.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-13 09:41:09.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-13 09:41:09.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-0df8c141-ea16-4e25-a456-b0d553e47b7e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-0df8c141-ea16-4e25-a456-b0d553e47b7e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>

windstream_20110523-0728.txt
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-13 09:41:09.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-0df8c141-ea16-4e25-a456-b0d
553e47b7e</URL_Base>
<UserName>GB-0df8c141-ea16-4e25-a456-b0d553e47b7e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-0df8c141-ea16-4e25-a456-b0d553e47b7e" Password="ZkIDnVe" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-13 09:41:09.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-3c294974-0b7e-4118-8dbe-4e6e473e9aee
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:45 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-3c294974-0b7e-4118-8dbe-4e6e473e9aee 2011-04-13 09:41:09.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-13 09:41:09.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release

windstream_20110523-0728.txt
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3c294974-0b7e-4118-8dbe-4e6e473e9aee

2.      Enter this password: bjBmsy4

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3c294974-0b7e-4118-8dbe-4e6e473e9aee

Password: bjBmsy4

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt
** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3c294974-0b7e-4118-8dbe-4e6e473e9aee.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-13 09:41:09.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-13 09:41:09.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3c294974-0b7e-4118-8dbe-4e6e473e9aee</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3c294974-0b7e-4118-8dbe-4e6e
473e9aee</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-13 09:41:09.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3c294974-0b7e-4118-8dbe-4e6e
473e9aee</URL_Base>
<UserName>GB-3c294974-0b7e-4118-8dbe-4e6e473e9aee</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3c294974-0b7e-4118-8dbe-4e6e473e9aee" Password="bjBmsy4" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-13 09:41:09.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>

windstream_20110523-0728.txt

</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:45 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe 2011-04-13 09:41:09.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-13 09:41:09.0
GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe

2.      Enter this password: TYVJII2

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a

windstream_20110523-0728.txt
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe

Password: TYVJII2

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-13 09:41:09.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-04-13 09:41:09.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-733f69ef-f4e0-4567-bb11-fcd1
f0a2c8fe</Ref_URL>
<Status>Pending</Status>

windstream_20110523-0728.txt
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-13 09:41:09.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe</URL_Base>
<UserName>GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-733f69ef-f4e0-4567-bb11-fcd1f0a2c8fe" Password="TYVJII2" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-13 09:41:09.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-3b0fd564-1aa8-4983-8d51-514c8e5a1334
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:48 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-3b0fd564-1aa8-4983-8d51-514c8e5a1334 2011-04-14 10:33:56.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-14 10:33:56.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3b0fd564-1aa8-4983-8d51-514c8e5a1334

2.      Enter this password: E6mjJIM

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3b0fd564-1aa8-4983-8d51-514c8e5a1334

Password: E6mjJIM

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3b0fd564-1aa8-4983-8d51-514c8e5a1334.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-14 10:33:56.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-14 10:33:56.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3b0fd564-1aa8-4983-8d51-514c8e5a1334</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3b0fd564-1aa8-4983-8d51-514c
8e5a1334</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-14 10:33:56.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3b0fd564-1aa8-4983-8d51-514
c8e5a1334</URL_Base>
<UserName>GB-3b0fd564-1aa8-4983-8d51-514c8e5a1334</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3b0fd564-1aa8-4983-8d51-514c8e5a1334" Password="E6mjJIM" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-14 10:33:56.0 GMT</TimeStamp>
Page 293

windstream_20110523-0728.txt
&lt;Title&gt;i&amp;#39;ll play the blues for you&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - I&amp;#39;ll Play The Blues For You.mp3&lt;/FileName&gt;
&lt;FileSize&gt;7026688&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-527c3226-0eff-4afa-b8a6-7e26cb86c72c
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:48 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-527c3226-0eff-4afa-b8a6-7e26cb86c72c 2011-04-14 10:33:56.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-14 10:33:56.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-527c3226-0eff-4afa-b8a6-7e26cb86c72c

2.      Enter this password: MXxqZpD

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
Page 294

windstream_20110523-0728.txt

limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-527c3226-0eff-4afa-b8a6-7e26cb86c72c

Password: MXxqZpD

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-527c3226-0eff-4afa-b8a6-7e26cb86c72c.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-14 10:33:56.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-14 10:33:56.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>

Page 295

windstream_20110523-0728.txt

&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;GB-527c3226-0eff-4afa-b8a6-7e26cb86c72c&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/GB-527c3226-0eff-4afa-b8a6-7e26
cb86c72c&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES&lt;/Address&gt;
&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream Communications Inc&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-04-14 10:33:56.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.187.159.30&lt;/IP_Address&gt;
&lt;Port&gt;9551&lt;/Port&gt;
&lt;DNS_Name&gt;173.187.159.30:9551&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-527c3226-0eff-4afa-b8a6-7e2
6cb86c72c&lt;/URL_Base&gt;
&lt;UserName&gt;GB-527c3226-0eff-4afa-b8a6-7e26cb86c72c&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-527c3226-0eff-4afa-b8a6-7e26cb86c72c" Password="MXxqZpD" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-14 10:33:56.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;born under a bad sign&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3&lt;/FileName&gt;
&lt;FileSize&gt;4048906&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-6a612130-826b-488c-b55f-48beb146fcd1
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:48 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-6a612130-826b-488c-b55f-48beb146fcd1 2011-04-14 10:33:56.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.

windstream_20110523-0728.txt
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-14 10:33:56.0
GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-6a612130-826b-488c-b55f-48beb146fcd1

2.      Enter this password: rWP7aF3

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-6a612130-826b-488c-b55f-48beb146fcd1

windstream_20110523-0728.txt

Password: rWP7aF3

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-6a612130-826b-488c-b55f-48beb146fcd1.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-14 10:33:56.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-04-14 10:33:56.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-6a612130-826b-488c-b55f-48beb146fcd1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-6a612130-826b-488c-b55f-48be
b146fcd1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-14 10:33:56.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-6a612130-826b-488c-b55f-48b
eb146fcd1</URL_Base>
<UserName>GB-6a612130-826b-488c-b55f-48beb146fcd1</UserName>

windstream_20110523-0728.txt

```
<Number_Files>1</Number_Files>
<Login Username="GB-6a612130-826b-488c-b55f-48beb146fcd1" Password="rWP7aF3" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-14 10:33:56.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-45b09fa4-5d0f-4d3f-a78e-7db785a6edb9
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-45b09fa4-5d0f-4d3f-a78e-7db785a6edb9 2011-04-15 09:51:30.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 69.66.232.108 on 2011-04-15 09:51:30.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-45b09fa4-5d0f-4d3f-a78e-7db785a6edb9

2.      Enter this password: Mi9oDb4

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed

windstream_20110523-0728.txt
below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-45b09fa4-5d0f-4d3f-a78e-7db785a6edb9

Password: Mi9oDb4

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-45b09fa4-5d0f-4d3f-a78e-7db785a6edb9.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-15 09:51:30.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

windstream_20110523-0728.txt

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-15 09:51:30.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-45b09fa4-5d0f-4d3f-a78e-7db785a6edb9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-45b09fa4-5d0f-4d3f-a78e-7db7
85a6edb9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-15 09:51:30.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-45b09fa4-5d0f-4d3f-a78e-7db
785a6edb9</URL_Base>
<UserName>GB-45b09fa4-5d0f-4d3f-a78e-7db785a6edb9</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-45b09fa4-5d0f-4d3f-a78e-7db785a6edb9" Password="Mi9oDb4" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-15 09:51:30.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-58fe26dc-0c76-49e4-b9e1-3b2c93584096
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes

windstream_20110523-0728.txt
and Bear In Kiva Music

Reference#: GB-58fe26dc-0c76-49e4-b9e1-3b2c93584096 2011-04-15 09:51:30.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Sweet Dreams.mp3 was infringed upon by a computer at IP
Address 69.66.232.108 on 2011-04-15 09:51:30.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-58fe26dc-0c76-49e4-b9e1-3b2c93584096

2.      Enter this password: Jat1B8r

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to

windstream_20110523-0728.txt
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-58fe26dc-0c76-49e4-b9e1-3b2c93584096

Password: Jat1B8r

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-58fe26dc-0c76-49e4-b9e1-3b2c93584096.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-15 09:51:30.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet dreams | Copy of
01 - Air Supply - Sweet Dreams.mp3 | 2011-04-15 09:51:30.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-58fe26dc-0c76-49e4-b9e1-3b2c93584096</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-58fe26dc-0c76-49e4-b9e1-3b2c
93584096</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-15 09:51:30.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>

windstream_20110523-0728.txt

```
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-58fe26dc-0c76-49e4-b9e1-3b2
c93584096</URL_Base>
<UserName>GB-58fe26dc-0c76-49e4-b9e1-3b2c93584096</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-58fe26dc-0c76-49e4-b9e1-3b2c93584096" Password="Jat1B8r" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-15_09:51:30.0 GMT</TimeStamp>
<Title>sweet dreams</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Sweet Dreams.mp3</FileName>
<FileSize>5137264</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-be1b04ef-c14b-4024-938c-6308b642cbe1
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-be1b04ef-c14b-4024-938c-6308b642cbe1 2011-04-15 09:51:30.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Oldies - Air Supply - Making Love Out of Nothing At All.mp3  was infringed upon by a computer at IP Address 69.66.232.108 on 2011-04-15 09:51:30.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-be1b04ef-c14b-4024-938c-6308b642cbe1

2.      Enter this password: OR5zQWg

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From

windstream_20110523-0728.txt
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-be1b04ef-c14b-4024-938c-6308b642cbe1

Password: OR5zQWg

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-be1b04ef-c14b-4024-938c-6308b642cbe1.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

windstream_20110523-0728.txt
Timestamp: 2011-04-15 09:51:30.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3 | 2011-04-15 09:51:30.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-be1b04ef-c14b-4024-938c-6308b642cbe1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-be1b04ef-c14b-4024-938c-6308
b642cbe1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-15 09:51:30.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-be1b04ef-c14b-4024-938c-630
8b642cbe1</URL_Base>
<UserName>GB-be1b04ef-c14b-4024-938c-6308b642cbe1</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-be1b04ef-c14b-4024-938c-6308b642cbe1" Password="OR5zQWg" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-15 09:51:30.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3</FileName>
<FileSize>4836540</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

windstream_20110523-0728.txt
From: DMCA@DigitalRightsCorp.com
Date: Mon, 18 Apr 2011 17:06:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-b5f86bb2-850c-4917-90af-858341134ad1 2011-04-16 07:32:34.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Nina Simone - Blues For Mama.mp3  was infringed upon by a computer at IP
Address 162.40.202.90 on 2011-04-16 07:32:34.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-b5f86bb2-850c-4917-90af-858341134ad1

2.      Enter this password: 2MRkDEH

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Nina Simone musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Nina Simone compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the

windstream_20110523-0728.txt
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-b5f86bb2-850c-4917-90af-858341134ad1

Password: 2MRkDEH

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-b5f86bb2-850c-4917-90af-858341134ad1.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-16 07:32:34.0 GMT

Infringers IP Address: 162.40.202.90

Infringers Port: 15855

Listing of infringement(s) (Title/Filename/Timestamp/Hash): blues | Copy of 01 -
Nina Simone - Blues For Mama.mp3 | 2011-04-16 07:32:34.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-b5f86bb2-850c-4917-90af-858341134ad1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-b5f86bb2-850c-4917-90af-8583
41134ad1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

windstream_20110523-0728.txt
```
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-16 07:32:34.0 GMT</TimeStamp>
<IP_Address>162.40.202.90</IP_Address>
<Port>15855</Port>
<DNS_Name>162.40.202.90:15855</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-b5f86bb2-850c-4917-90af-858
341134ad1</URL_Base>
<UserName>GB-b5f86bb2-850c-4917-90af-858341134ad1</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-b5f86bb2-850c-4917-90af-858341134ad1" Password="2MRkDEH" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-16 07:32:34.0 GMT</TimeStamp>
<Title>blues</Title>
<Artist>Nina Simone</Artist>
<FileName>Copy of 01 - Nina Simone - Blues For Mama.mp3</FileName>
<FileSize>2570240</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-e802dc0d-b4a1-4468-8327-d6eeb422a8da
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:42 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-e802dc0d-b4a1-4468-8327-d6eeb422a8da 2011-04-17 08:59:20.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 Making Love Out of Nothing at All.mp3  was infringed upon by a computer
at IP Address 75.90.134.31 on 2011-04-17 08:59:20.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:
                              Page 309

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-e802dc0d-b4a1-4468-8327-d6eeb422a8da

2.      Enter this password: f81EASa

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e802dc0d-b4a1-4468-8327-d6eeb422a8da

Password: f81EASa

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e802dc0d-b4a1-4468-8327-d6eeb422a8da.

windstream_20110523-0728.txt

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-17 08:59:20.0 GMT

Infringers IP Address: 75.90.134.31

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - 06 Making Love Out of Nothing at All.mp3 | 2011-04-17
08:59:20.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e802dc0d-b4a1-4468-8327-d6eeb422a8da</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e802dc0d-b4a1-4468-8327-d6ee
b422a8da</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-17 08:59:20.0 GMT</TimeStamp>
<IP_Address>75.90.134.31</IP_Address>
<Port>6346</Port>
<DNS_Name>75.90.134.31:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e802dc0d-b4a1-4468-8327-d6e
eb422a8da</URL_Base>
<UserName>GB-e802dc0d-b4a1-4468-8327-d6eeb422a8da</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e802dc0d-b4a1-4468-8327-d6eeb422a8da" Password="f81EASa" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-17 08:59:20.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - 06 Making Love Out of Nothing at All.mp3</FileName>
<FileSize>4554880</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-25c21ff9-18b4-4181-b410-db9796ca5025
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:43 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-25c21ff9-18b4-4181-b410-db9796ca5025 2011-04-18 04:12:41.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - I Can&#39;t Live If Living Is Without You.mp3  was infringed
upon by a computer at IP Address 98.23.141.108 on 2011-04-18 04:12:41.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-25c21ff9-18b4-4181-b410-db9796ca5025

2.      Enter this password: ApGQz3y

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of

windstream_20110523-0728.txt
NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-25c21ff9-18b4-4181-b410-db9796ca5025

Password: ApGQz3y

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-25c21ff9-18b4-4181-b410-db9796ca5025.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-18 04:12:41.0 GMT

Infringers IP Address: 98.23.141.108

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01 - Air Supply - I Can&#39;t Live If Living Is Without You.mp3 | 2011-04-18 04:12:41.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-25c21ff9-18b4-4181-b410-db9796ca5025</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-25c21ff9-18b4-4181-b410-db9796ca5025</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>

Page 313

windstream_20110523-0728.txt
```
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-18 04:12:41.0 GMT</TimeStamp>
<IP_Address>98.23.141.108</IP_Address>
<Port>6346</Port>
<DNS_Name>98.23.141.108:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-25c21ff9-18b4-4181-b410-db9
796ca5025</URL_Base>
<UserName>GB-25c21ff9-18b4-b410-db9796ca5025</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-25c21ff9-18b4-4181-b410-db9796ca5025" Password="ApGQz3y" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-18 04:12:41.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - I Can&#39;t Live If Living Is Without
You.mp3</FileName>
<FileSize>4563387</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-2ee813a2-9677-4437-9f09-0173420ef283
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:43 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-2ee813a2-9677-4437-9f09-0173420ef283 2011-04-18 04:12:41.0 GMT

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     This is not spam.
     Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lonely is the Night.mp3 was infringed upon by a computer at
IP Address 98.23.141.108 on 2011-04-18 04:12:41.0 GMT.

windstream_20110523-0728.txt

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-2ee813a2-9677-4437-9f09-0173420ef283

2.      Enter this password: hOH54Gt

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-2ee813a2-9677-4437-9f09-0173420ef283

Password: hOH54Gt

Very truly yours,

Christopher Sabec

CEO

windstream_20110523-0728.txt
Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-2ee813a2-9677-4437-9f09-0173420ef283.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-18 04:12:41.0 GMT

Infringers IP Address: 98.23.141.108

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lonely is the night |
Copy of 01 - Air Supply - Lonely is the Night.mp3 | 2011-04-18 04:12:41.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-2ee813a2-9677-4437-9f09-0173420ef283</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-2ee813a2-9677-4437-9f09-0173
420ef283</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-18 04:12:41.0 GMT</TimeStamp>
<IP_Address>98.23.141.108</IP_Address>
<Port>6346</Port>
<DNS_Name>98.23.141.108:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-2ee813a2-9677-4437-9f09-017
3420ef283</URL_Base>
<UserName>GB-2ee813a2-9677-4437-9f09-0173420ef283</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-2ee813a2-9677-4437-9f09-0173420ef283" Password="hOH54Gt" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-18 04:12:41.0 GMT</TimeStamp>
<Title>lonely is the night</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lonely is the Night.mp3</FileName>

windstream_20110523-0728.txt

```
<FileSize>3921003</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-6bc2221a-225b-4baf-812d-62ccf0dcccc1
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:43 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-6bc2221a-225b-4baf-812d-62ccf0dcccc1 2011-04-18 04:12:41.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost In Love.mp3  was infringed upon by a computer at IP
Address 98.23.141.108 on 2011-04-18 04:12:41.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-6bc2221a-225b-4baf-812d-62ccf0dcccc1

2.      Enter this password: fmKs7gC

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to

Page 317

windstream_20110523-0728.txt
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-6bc2221a-225b-4baf-812d-62ccf0dcccc1

Password: fmKs7gC

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-6bc2221a-225b-4baf-812d-62ccf0dcccc1.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-18 04:12:41.0 GMT

Infringers IP Address: 98.23.141.108

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of 01 - Air Supply - Lost In Love.mp3 | 2011-04-18 04:12:41.0 | SHA1 |

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-6bc2221a-225b-4baf-812d-62ccf0dcccc1</ID>
```

windstream_20110523-0728.txt

```
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-6bc2221a-225b-4baf-812d-62cc
f0dcccc1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-18 04:12:41.0 GMT</TimeStamp>
<IP_Address>98.23.141.108</IP_Address>
<Port>6346</Port>
<DNS_Name>98.23.141.108:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-6bc2221a-225b-4baf-812d-62c
cf0dcccc1</URL_Base>
<UserName>GB-6bc2221a-225b-4baf-812d-62ccf0dcccc1</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-6bc2221a-225b-4baf-812d-62ccf0dcccc1" Password="fmKs7gC" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-18 04:12:41.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost In Love.mp3</FileName>
<FileSize>5602551</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-d104e819-a768-4479-861d-3afda2c056bb
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:43 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d104e819-a768-4479-861d-3afda2c056bb 2011-04-18 04:12:41.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.

windstream_20110523-0728.txt
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am 1..mp3  was infringed upon by a computer at IP
Address 98.23.141.108 on 2011-04-18 04:12:41.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d104e819-a768-4479-861d-3afda2c056bb

2.      Enter this password: NEVsWbh

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d104e819-a768-4479-861d-3afda2c056bb

Password: NEVsWbh

Very truly yours,

windstream_20110523-0728.txt

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d104e819-a768-4479-861d-3afda2c056bb.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-18 04:12:41.0 GMT

Infringers IP Address: 98.23.141.108

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am 1..mp3 | 2011-04-18 04:12:41.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d104e819-a768-4479-861d-3afda2c056bb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d104e819-a768-4479-861d-3afd
a2c056bb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-18 04:12:41.0 GMT</TimeStamp>
<IP_Address>98.23.141.108</IP_Address>
<Port>6346</Port>
<DNS_Name>98.23.141.108:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d104e819-a768-4479-861d-3af
da2c056bb</URL_Base>
<UserName>GB-d104e819-a768-4479-861d-3afda2c056bb</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d104e819-a768-4479-861d-3afda2c056bb" Password="NEVsWbh" />
</Source>
<Content>

windstream_20110523-0728.txt
```
<Item>
<TimeStamp>2011-04-18 04:12:41.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am 1..mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-0745d7af-5bde-4e88-90b9-95ee108093f4
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-0745d7af-5bde-4e88-90b9-95ee108093f4 2011-04-18 11:12:30.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-18 11:12:30.0
GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-0745d7af-5bde-4e88-90b9-95ee108093f4

2.        Enter this password: vfMzDOt

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitues copyright infringement

windstream_20110523-0728.txt

under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-0745d7af-5bde-4e88-90b9-95ee108093f4

Password: vfMzDOt

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-0745d7af-5bde-4e88-90b9-95ee108093f4.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-18 11:12:30.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-04-18 11:12:30.0 | SHA1 |

windstream_20110523-0728.txt
--Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-0745d7af-5bde-4e88-90b9-95ee108093f4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-0745d7af-5bde-4e88-90b9-95ee
108093f4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-18 11:12:30.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-0745d7af-5bde-4e88-90b9-95e
e108093f4</URL_Base>
<UserName>GB-0745d7af-5bde-4e88-90b9-95ee108093f4</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-0745d7af-5bde-4e88-90b9-95ee108093f4" Password="vfMzDOt" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-18 11:12:30.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-43b1208d-ba8a-4d01-816f-470435850eac
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-43b1208d-ba8a-4d01-816f-470435850eac 2011-04-18 11:12:30.0 GMT

windstream_20110523-0728.txt

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-18 11:12:30.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-43b1208d-ba8a-4d01-816f-470435850eac

2.      Enter this password: OflUyPT

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:
                              Page 325

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-43b1208d-ba8a-4d01-816f-470435850eac

Password: OfIUyPT

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-43b1208d-ba8a-4d01-816f-470435850eac.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-18 11:12:30.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-18 11:12:30.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-43b1208d-ba8a-4d01-816f-470435850eac</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-43b1208d-ba8a-4d01-816f-4704
35850eac</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-18 11:12:30.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>

windstream_20110523-0728.txt

<URL_Base>https://secure.digitalrightscorp.com/settle/GB-43b1208d-ba8a-4d01-816f-470
435850eac</URL_Base>
<UserName>GB-43b1208d-ba8a-4d01-816f-470435850eac</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-43b1208d-ba8a-4d01-816f-470435850eac" Password="0flUyPT" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-18 11:12:30.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-e720eae7-bef5-4db4-853a-07b8301fa2c9
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-e720eae7-bef5-4db4-853a-07b8301fa2c9 2011-04-18 11:12:30.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3 was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-18 11:12:30.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e720eae7-bef5-4db4-853a-07b8301fa2c9

2.      Enter this password: TjrWK1o

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that

windstream_20110523-0728.txt

Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitues copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e720eae7-bef5-4db4-853a-07b8301fa2c9

Password: TjrWK1o

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e720eae7-bef5-4db4-853a-07b8301fa2c9.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-18 11:12:30.0 GMT

Infringers IP Address: 173.187.159.30

windstream_20110523-0728.txt

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-18 11:12:30.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e720eae7-bef5-4db4-853a-07b8301fa2c9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e720eae7-bef5-4db4-853a-07b8301fa2c9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-18 11:12:30.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e720eae7-bef5-4db4-853a-07b8301fa2c9</URL_Base>
<UserName>GB-e720eae7-bef5-4db4-853a-07b8301fa2c9</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e720eae7-bef5-4db4-853a-07b8301fa2c9" Password="TjrWK1o" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-18 11:12:30.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-02409373-36e6-4fce-b1b3-b9129390fc1c
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

windstream_20110523-0728.txt

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-02409373-36e6-4fce-b1b3-b9129390fc1c 2011-04-19 05:12:38.0 GMT

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    This is not spam.
    Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-19 05:12:38.0 GMT.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.    Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-02409373-36e6-4fce-b1b3-b9129390fc1c

2.    Enter this password: ZyS5czf

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

windstream_20110523-0728.txt
In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-02409373-36e6-4fce-b1b3-b9129390fc1c

Password: ZyS5czf

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-02409373-36e6-4fce-b1b3-b9129390fc1c.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-19 05:12:38.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-04-19 05:12:38.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-02409373-36e6-4fce-b1b3-b9129390fc1c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-02409373-36e6-4fce-b1b3-b912
9390fc1c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>

windstream_20110523-0728.txt

&lt;TimeStamp&gt;2011-04-19 05:12:38.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.187.159.30&lt;/IP_Address&gt;
&lt;Port&gt;9551&lt;/Port&gt;
&lt;DNS_Name&gt;173.187.159.30:9551&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-02409373-36e6-4fce-b1b3-b91
29390fc1c&lt;/URL_Base&gt;
&lt;UserName&gt;GB-02409373-36e6-4fce-b1b3-b9129390fc1c&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-02409373-36e6-4fce-b1b3-b9129390fc1c" Password="ZyS5czf" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-19 05:12:38.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;i&amp;#39;ll play the blues for you&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - I&amp;#39;ll Play The Blues For You.mp3&lt;/FileName&gt;
&lt;FileSize&gt;7026688&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-52a645c6-4834-4494-a079-f6e54fce2db5
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-52a645c6-4834-4494-a079-f6e54fce2db5 2011-04-19 05:12:38.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-19 05:12:38.0
GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-52a645c6-4834-4494-a079-f6e54fce2db5

2.      Enter this password: rUPG2Jf

Page 332

windstream_20110523-0728.txt

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-52a645c6-4834-4494-a079-f6e54fce2db5

Password: rUPG2Jf

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-52a645c6-4834-4494-a079-f6e54fce2db5.

If you need immediate assistance or if you have general questions please call the number listed above.

windstream_20110523-0728.txt

Infringement Source: Limewire

Timestamp: 2011-04-19 05:12:38.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-04-19 05:12:38.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-52a645c6-4834-4494-a079-f6e54fce2db5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-52a645c6-4834-4494-a079-f6e5
4fce2db5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-19 05:12:38.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-52a645c6-4834-4494-a079-f6e
54fce2db5</URL_Base>
<UserName>GB-52a645c6-4834-4494-a079-f6e54fce2db5</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-52a645c6-4834-4494-a079-f6e54fce2db5" Password="rUPG2Jf" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-19 05:12:38.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134 2011-04-19 05:12:38.0 GMT

Dear Sir or Madam:

> Your ISP has forwarded you this notice.
> This is not spam.
> Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
> Your ISP service could be suspended if this matter is not resolved.
> You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3 was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-19 05:12:38.0 GMT.

> We represent the copyright owner.
> This notice is an offer of settlement.
> If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134

2.      Enter this password: QmIUwcV

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of

windstream_20110523-0728.txt
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134

Password: QmIUwcV

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-19 05:12:38.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-19 05:12:38.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>

windstream_20110523-0728.txt
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-19 05:12:38.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e4b7fbaa-4ccb-4d92-b26c-f31
32c31d134</URL_Base>
<UserName>GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e4b7fbaa-4ccb-4d92-b26c-f3132c31d134" Password="QmIUwcV" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-19 05:12:38.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-53b19755-abe2-4cdc-8771-325790f4bb4a
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-53b19755-abe2-4cdc-8771-325790f4bb4a 2011-04-20 11:56:13.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.159.30 on 2011-04-20 11:56:13.0
GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release

windstream_20110523-0728.txt
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-53b19755-abe2-4cdc-8771-325790f4bb4a

2.      Enter this password: 8p2bqNh

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-53b19755-abe2-4cdc-8771-325790f4bb4a

Password: 8p2bqNh

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt
** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-53b19755-abe2-4cdc-8771-325790f4bb4a.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-20 11:56:13.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-04-20 11:56:13.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-53b19755-abe2-4cdc-8771-325790f4bb4a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-53b19755-abe2-4cdc-8771-3257
90f4bb4a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-20 11:56:13.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-53b19755-abe2-4cdc-8771-325
790f4bb4a</URL_Base>
<UserName>GB-53b19755-abe2-4cdc-8771-325790f4bb4a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-53b19755-abe2-4cdc-8771-325790f4bb4a" Password="8p2bqNh" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-20 11:56:13.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>

Page 339

windstream_20110523-0728.txt
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-6e33492e-d7e0-47bd-bd1a-401e5853c382
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-6e33492e-d7e0-47bd-bd1a-401e5853c382 2011-04-20 11:56:13.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-20 11:56:13.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-6e33492e-d7e0-47bd-bd1a-401e5853c382

2.      Enter this password: FqOhrVy

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a

windstream_20110523-0728.txt

result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-6e33492e-d7e0-47bd-bd1a-401e5853c382

Password: FqOhrVy

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-6e33492e-d7e0-47bd-bd1a-401e5853c382.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-20 11:56:13.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 | 2011-04-20 11:56:13.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-6e33492e-d7e0-47bd-bd1a-401e5853c382</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-6e33492e-d7e0-47bd-bd1a-401e5853c382</Ref_URL>
<Status>Pending</Status>

```
                        windstream_20110523-0728.txt
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-20 11:56:13.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-6e33492e-d7e0-47bd-bd1a-401
e5853c382</URL_Base>
<UserName>GB-6e33492e-d7e0-47bd-bd1a-401e5853c382</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-6e33492e-d7e0-47bd-bd1a-401e5853c382" Password="FqOhrVy" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-20 11:56:13.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-92f2932d-be03-4312-ac6b-2964bde586cd
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-92f2932d-be03-4312-ac6b-2964bde586cd 2011-04-21 08:32:02.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni &amp; Enya - Dance With A Stranger.mp3  was infringed upon by a

windstream_20110523-0728.txt
computer at IP Address 98.18.133.58 on 2011-04-21 08:32:02.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-92f2932d-be03-4312-ac6b-2964bde586cd

2.      Enter this password: BTntdmw

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Yanni compositions, including but not limited to those items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-92f2932d-be03-4312-ac6b-2964bde586cd

Password: BTntdmw

Very truly yours,

Christopher Sabec

CEO

Page 343

windstream_20110523-0728.txt

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-92f2932d-be03-4312-ac6b-2964bde586cd.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-21 08:32:02.0 GMT

Infringers IP Address: 98.18.133.58

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): dance with a stranger |
Copy of 01 - Yanni &amp; Enya - Dance With A Stranger.mp3 | 2011-04-21 08:32:02.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-92f2932d-be03-4312-ac6b-2964bde586cd</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-92f2932d-be03-4312-ac6b-2964
bde586cd</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<IP_Address>98.18.133.58</IP_Address>
<Port>27759</Port>
<DNS_Name>98.18.133.58:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-92f2932d-be03-4312-ac6b-296
4bde586cd</URL_Base>
<UserName>GB-92f2932d-be03-4312-ac6b-2964bde586cd</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-92f2932d-be03-4312-ac6b-2964bde586cd" Password="BTntdmw" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<Title>dance with a stranger</Title>

windstream_20110523-0728.txt

```
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni &amp; Enya - Dance With A Stranger.mp3</FileName>
<FileSize>6541780</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-a5087d14-85af-4fae-a1e0-df4cc0d81662
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:53 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-a5087d14-85af-4fae-a1e0-df4cc0d81662 2011-04-20 11:56:13.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.159.30 on 2011-04-20 11:56:13.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a5087d14-85af-4fae-a1e0-df4cc0d81662

2.      Enter this password: H45rlsR

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar

windstream_20110523-0728.txt

activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a5087d14-85af-4fae-a1e0-df4cc0d81662

Password: H45rlsR

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a5087d14-85af-4fae-a1e0-df4cc0d81662.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-20 11:56:13.0 GMT

Infringers IP Address: 173.187.159.30

Infringers Port: 9551

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-04-20 11:56:13.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>

windstream_20110523-0728.txt

```
<Case>
<ID>GB-a5087d14-85af-4fae-a1e0-df4cc0d81662</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a5087d14-85af-4fae-a1e0-df4c
c0d81662</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-20 11:56:13.0 GMT</TimeStamp>
<IP_Address>173.187.159.30</IP_Address>
<Port>9551</Port>
<DNS_Name>173.187.159.30:9551</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a5087d14-85af-4fae-a1e0-df4
cc0d81662</URL_Base>
<UserName>GB-a5087d14-85af-4fae-a1e0-df4cc0d81662</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a5087d14-85af-4fae-a1e0-df4cc0d81662" Password="H45rlsR" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-20 11:56:13.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-2d586aec-95e7-4329-a846-b5279e8a2a51
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:54 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-2d586aec-95e7-4329-a846-b5279e8a2a51 2011-04-21 08:32:02.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload

windstream_20110523-0728.txt
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni and Kenny G - Forbidden Dreams.mp3  was infringed upon by a computer
at IP Address 98.18.133.58 on 2011-04-21 08:32:02.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-2d586aec-95e7-4329-a846-b5279e8a2a51

2.      Enter this password: qL9kTdB

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-2d586aec-95e7-4329-a846-b5279e8a2a51

Password: qL9kTdB

windstream_20110523-0728.txt

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-2d586aec-95e7-4329-a846-b5279e8a2a51.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-21 08:32:02.0 GMT

Infringers IP Address: 98.18.133.58

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): forbidden dreams | Copy
of 01 - Yanni and Kenny G - Forbidden Dreams.mp3 | 2011-04-21 08:32:02.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-2d586aec-95e7-4329-a846-b5279e8a2a51</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-2d586aec-95e7-4329-a846-b527
9e8a2a51</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<IP_Address>98.18.133.58</IP_Address>
<Port>27759</Port>
<DNS_Name>98.18.133.58:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-2d586aec-95e7-4329-a846-b52
79e8a2a51</URL_Base>
<UserName>GB-2d586aec-95e7-4329-a846-b5279e8a2a51</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-2d586aec-95e7-4329-a846-b5279e8a2a51" Password="qL9kTdB" />
</Source>

windstream_20110523-0728.txt

```
<Content>
<Item>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<Title>forbidden dreams</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni and Kenny G - Forbidden Dreams.mp3</FileName>
<FileSize>4905088</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:54 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4 2011-04-21 08:32:02.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni - Reflections Of Passion.mp3  was infringed upon by a computer at IP
Address 98.18.133.58 on 2011-04-21 08:32:02.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4

2.      Enter this password: NjaC2Fs

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement

windstream_20110523-0728.txt

under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Yanni compositions, including but not limited to those items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4

Password: NjaC2Fs

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-21 08:32:02.0 GMT

Infringers IP Address: 98.18.133.58

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): reflections of passion | Copy of 01 - Yanni - Reflections Of Passion.mp3 | 2011-04-21 08:32:02.0 | SHA1 |

  --Start ACNS XML

windstream_20110523-0728.txt

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<IP_Address>98.18.133.58</IP_Address>
<Port>27759</Port>
<DNS_Name>98.18.133.58:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4</URL_Base>
<UserName>GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-4c742d54-b273-4a14-ab9a-ad03cebcadd4" Password="NjaC2Fs" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<Title>reflections of passion</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni - Reflections Of Passion.mp3</FileName>
<FileSize>4791784</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-78e4f319-a55b-4099-80ff-14a840d5333f
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:54 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-78e4f319-a55b-4099-80ff-14a840d5333f 2011-04-21 08:32:02.0 GMT

Dear Sir or Madam:

windstream_20110523-0728.txt
Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni - Forbidden Dreams.mp3  was infringed upon by a computer at IP
Address 98.18.133.58 on 2011-04-21 08:32:02.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.       Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-78e4f319-a55b-4099-80ff-14a840d5333f

2.       Enter this password: raT4fSq

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-78e4f319-a55b-4099-80ff-14a840d5333f

windstream_20110523-0728.txt

Password: raT4fSq

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-78e4f319-a55b-4099-80ff-14a840d5333f.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-21 08:32:02.0 GMT

Infringers IP Address: 98.18.133.58

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): forbidden dreams | Copy
of 01 - Yanni - Forbidden Dreams.mp3 | 2011-04-21 08:32:02.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-78e4f319-a55b-4099-80ff-14a840d5333f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-78e4f319-a55b-4099-80ff-14a8
40d5333f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<IP_Address>98.18.133.58</IP_Address>
<Port>27759</Port>
<DNS_Name>98.18.133.58:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-78e4f319-a55b-4099-80ff-14a
840d5333f</URL_Base>
<UserName>GB-78e4f319-a55b-4099-80ff-14a840d5333f</UserName>

windstream_20110523-0728.txt

&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-78e4f319-a55b-4099-80ff-14a840d5333f" Password="raT4fSq" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-21 08:32:02.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;forbidden dreams&lt;/Title&gt;
&lt;Artist&gt;Yanni&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Yanni - Forbidden Dreams.mp3&lt;/FileName&gt;
&lt;FileSize&gt;4900992&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-b58afa16-ffa0-4078-904e-4f74b6354828
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:54 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-b58afa16-ffa0-4078-904e-4f74b6354828 2011-04-21 08:32:02.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni - The Rain Must Fall.mp3 was infringed upon by a computer at IP
Address 98.18.133.58 on 2011-04-21 08:32:02.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-b58afa16-ffa0-4078-904e-4f74b6354828

2.      Enter this password: tCAwRBp

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed

windstream_20110523-0728.txt
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-b58afa16-ffa0-4078-904e-4f74b6354828

Password: tCAwRBp

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-b58afa16-ffa0-4078-904e-4f74b6354828.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-21 08:32:02.0 GMT

Infringers IP Address: 98.18.133.58

Infringers Port: 27759

Listing of infringement(s) (Title/Filename/Timestamp/Hash): the rain must fall |

windstream_20110523-0728.txt
Copy of 01 - Yanni - The Rain Must Fall.mp3 | 2011-04-21 08:32:02.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-b58afa16-ffa0-4078-904e-4f74b6354828</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-b58afa16-ffa0-4078-904e-4f74b6354828</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<IP_Address>98.18.133.58</IP_Address>
<Port>27759</Port>
<DNS_Name>98.18.133.58:27759</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-b58afa16-ffa0-4078-904e-4f74b6354828</URL_Base>
<UserName>GB-b58afa16-ffa0-4078-904e-4f74b6354828</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-b58afa16-ffa0-4078-904e-4f74b6354828" Password="tCAwRBp" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-21 08:32:02.0 GMT</TimeStamp>
<Title>the rain must fall</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni - The Rain Must Fall.mp3</FileName>
<FileSize>7111068</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-16613001-aa19-4fa7-90fd-c3a026fd02e2
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:56 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

windstream_20110523-0728.txt
Reference#: GB-16613001-aa19-4fa7-90fd-c3a026fd02e2 2011-04-22 01:33:29.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Sweet Dreams.mp3  was infringed upon by a computer at IP
Address 98.17.247.109 on 2011-04-22 01:33:29.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-16613001-aa19-4fa7-90fd-c3a026fd02e2

2.      Enter this password: NAsZYy3

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

windstream_20110523-0728.txt
To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-16613001-aa19-4fa7-90fd-c3a026fd02e2

Password: NAsZYy3

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-16613001-aa19-4fa7-90fd-c3a026fd02e2.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 01:33:29.0 GMT

Infringers IP Address: 98.17.247.109

Infringers Port: 18490

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet dreams | Copy of
01 - Air Supply - Sweet Dreams.mp3 | 2011-04-22 01:33:29.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-16613001-aa19-4fa7-90fd-c3a026fd02e2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-16613001-aa19-4fa7-90fd-c3a0
26fd02e2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 01:33:29.0 GMT</TimeStamp>
<IP_Address>98.17.247.109</IP_Address>
<Port>18490</Port>
<DNS_Name>98.17.247.109:18490</DNS_Name>

windstream_20110523-0728.txt

```
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-16613001-aa19-4fa7-90fd-c3a
026fd02e2</URL_Base>
<UserName>GB-16613001-aa19-4fa7-90fd-c3a026fd02e2</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-16613001-aa19-4fa7-90fd-c3a026fd02e2" Password="NAsZYy3" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 01:33:29.0 GMT</TimeStamp>
<Title>sweet dreams</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Sweet Dreams.mp3</FileName>
<FileSize>5137264</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-c26cc8b7-b32a-440d-8f2b-3c3aacca4af9
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:56 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-c26cc8b7-b32a-440d-8f2b-3c3aacca4af9 2011-04-22 01:33:28.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address
98.17.247.109 on 2011-04-22 01:33:28.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-c26cc8b7-b32a-440d-8f2b-3c3aacca4af9

2.      Enter this password: HdEZ1CV

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

windstream_20110523-0728.txt

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-c26cc8b7-b32a-440d-8f2b-3c3aacca4af9

Password: HdEZ1CV

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-c26cc8b7-b32a-440d-8f2b-3c3aacca4af9.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 01:33:28.0 GMT

windstream_20110523-0728.txt
Infringers IP Address: 98.17.247.109

Infringers Port: 18490

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-22 01:33:28.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-c26cc8b7-b32a-440d-8f2b-3c3aacca4af9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-c26cc8b7-b32a-440d-8f2b-3c3a
acca4af9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 01:33:28.0 GMT</TimeStamp>
<IP_Address>98.17.247.109</IP_Address>
<Port>18490</Port>
<DNS_Name>98.17.247.109:18490</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-c26cc8b7-b32a-440d-8f2b-3c3
aacca4af9</URL_Base>
<UserName>GB-c26cc8b7-b32a-440d-8f2b-3c3aacca4af9</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-c26cc8b7-b32a-440d-8f2b-3c3aacca4af9" Password="HdEZ1CV" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 01:33:28.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-d6934d68-fb6c-4b76-8b70-9a285dd7914f
From: DMCA@DigitalRightsCorp.com
Date: Fri, 22 Apr 2011 14:50:56 -0700 (PDT)
To: abuse@windstream.net

windstream_20110523-0728.txt
**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d6934d68-fb6c-4b76-8b70-9a285dd7914f 2011-04-22 01:33:29.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3 was infringed upon by a computer at IP Address
98.17.247.109 on 2011-04-22 01:33:29.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d6934d68-fb6c-4b76-8b70-9a285dd7914f

2.        Enter this password: m4DOfJN

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
Page 363

windstream_20110523-0728.txt
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d6934d68-fb6c-4b76-8b70-9a285dd7914f

Password: m4DOfJN

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d6934d68-fb6c-4b76-8b70-9a285dd7914f.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 01:33:29.0 GMT

Infringers IP Address: 98.17.247.109

Infringers Port: 18490

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-22 01:33:29.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d6934d68-fb6c-4b76-8b70-9a285dd7914f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d6934d68-fb6c-4b76-8b70-9a28
5dd7914f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>

```
                          windstream_20110523-0728.txt
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 01:33:29.0 GMT</TimeStamp>
<IP_Address>98.17.247.109</IP_Address>
<Port>18490</Port>
<DNS_Name>98.17.247.109:18490</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d6934d68-fb6c-4b76-8b70-9a2
85dd7914f</URL_Base>
<UserName>GB-d6934d68-fb6c-4b76-9a285dd7914f</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d6934d68-fb6c-4b76-9a285dd7914f" Password="m4DOfJN" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 01:33:29.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-0412b66d-ccd5-415c-8f1e-97388c40bc39
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-0412b66d-ccd5-415c-8f1e-97388c40bc39 2011-04-22 09:10:30.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Even The Nights Are Better.mp3  was infringed upon by a
computer at IP Address 98.19.253.154 on 2011-04-22 09:10:30.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:
                          Page 365

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-0412b66d-ccd5-415c-8f1e-97388c40bc39

2.       Enter this password: SkLf7Mq

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-0412b66d-ccd5-415c-8f1e-97388c40bc39

Password: SkLf7Mq

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-0412b66d-ccd5-415c-8f1e-97388c40bc39.

windstream_20110523-0728.txt

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:10:30.0 GMT

Infringers IP Address: 98.19.253.154

Infringers Port: 21921

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are
better | Copy of 01 - Air Supply - Even The Nights Are Better.mp3 | 2011-04-22
09:10:30.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-0412b66d-ccd5-415c-8f1e-97388c40bc39</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-0412b66d-ccd5-415c-8f1e-9738
8c40bc39</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<IP_Address>98.19.253.154</IP_Address>
<Port>21921</Port>
<DNS_Name>98.19.253.154:21921</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-0412b66d-ccd5-415c-8f1e-973
88c40bc39</URL_Base>
<UserName>GB-0412b66d-ccd5-415c-8f1e-97388c40bc39</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-0412b66d-ccd5-415c-8f1e-97388c40bc39" Password="SkLf7Mq" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<Title>even the nights are better</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Even The Nights Are Better.mp3</FileName>
<FileSize>3757453</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-16528a62-0890-4bd8-ad99-1b6eff856ebe
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-16528a62-0890-4bd8-ad99-1b6eff856ebe 2011-04-22 09:14:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Every Woman In the World.mp3  was infringed upon by a computer
at IP Address 174.130.131.250 on 2011-04-22 09:14:24.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-16528a62-0890-4bd8-ad99-1b6eff856ebe

2.      Enter this password: CfXhkyg

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of

windstream_20110523-0728.txt

NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-16528a62-0890-4bd8-ad99-1b6eff856ebe

Password: CfXhkyg

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-16528a62-0890-4bd8-ad99-1b6eff856ebe.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:14:24.0 GMT

Infringers IP Address: 174.130.131.250

Infringers Port: 33920

Listing of infringement(s) (Title/Filename/Timestamp/Hash): every woman in the world | Copy of 01 - Air Supply - Every Woman In the World.mp3 | 2011-04-22 09:14:24.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-16528a62-0890-4bd8-ad99-1b6eff856ebe</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-16528a62-0890-4bd8-ad99-1b6eff856ebe</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>

Page 369

windstream_20110523-0728.txt
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<IP_Address>174.130.131.250</IP_Address>
<Port>33920</Port>
<DNS_Name>174.130.131.250:33920</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-16528a62-0890-4bd8-ad99-1b6
eff856ebe</URL_Base>
<UserName>GB-16528a62-0890-4bd8-ad99-1b6eff856ebe</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-16528a62-0890-4bd8-ad99-1b6eff856ebe" Password="CfXhkyg" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<Title>every woman in the world</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Every Woman In the World.mp3</FileName>
<FileSize>3356870</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-37a715df-8e6a-4f43-97a2-71db3f596b4d
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-37a715df-8e6a-4f43-97a2-71db3f596b4d 2011-04-22 09:14:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address
174.130.131.250 on 2011-04-22 09:14:24.0 .

windstream_20110523-0728.txt
We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-37a715df-8e6a-4f43-97a2-71db3f596b4d

2.      Enter this password: WNKR6ZA

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-37a715df-8e6a-4f43-97a2-71db3f596b4d

Password: WNKR6ZA

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.

Page 371

windstream_20110523-0728.txt
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-37a715df-8e6a-4f43-97a2-71db3f596b4d.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:14:24.0 GMT

Infringers IP Address: 174.130.131.250

Infringers Port: 33920

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-22 09:14:24.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-37a715df-8e6a-4f43-97a2-71db3f596b4d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-37a715df-8e6a-4f43-97a2-71db
3f596b4d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<IP_Address>174.130.131.250</IP_Address>
<Port>33920</Port>
<DNS_Name>174.130.131.250:33920</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-37a715df-8e6a-4f43-97a2-71d
b3f596b4d</URL_Base>
<UserName>GB-37a715df-8e6a-4f43-97a2-71db3f596b4d</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-37a715df-8e6a-4f43-97a2-71db3f596b4d" Password="WNKR6ZA" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3576521</FileSize>

Page 372

windstream_20110523-0728.txt

```
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-4c379fd1-ba70-4a83-91c6-913fd374b5e8
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-4c379fd1-ba70-4a83-91c6-913fd374b5e8 2011-04-22 09:10:30.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3 was infringed upon by a computer at IP
Address 98.19.253.154 on 2011-04-22 09:10:30.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-4c379fd1-ba70-4a83-91c6-913fd374b5e8

2.      Enter this password: n7VZqS3

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

windstream_20110523-0728.txt

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-4c379fd1-ba70-4a83-91c6-913fd374b5e8

Password: n7VZqS3

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-4c379fd1-ba70-4a83-91c6-913fd374b5e8.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:10:30.0 GMT

Infringers IP Address: 98.19.253.154

Infringers Port: 21921

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy of 01 - Air Supply - All Out Of Love.mp3 | 2011-04-22 09:10:30.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-4c379fd1-ba70-4a83-91c6-913fd374b5e8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-4c379fd1-ba70-4a83-91c6-913f
Page 374

windstream_20110523-0728.txt

d374b5e8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<IP_Address>98.19.253.154</IP_Address>
<Port>21921</Port>
<DNS_Name>98.19.253.154:21921</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-4c379fd1-ba70-4a83-91c6-913
fd374b5e8</URL_Base>
<UserName>GB-4c379fd1-ba70-4a83-91c6-913fd374b5e8</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-4c379fd1-ba70-4a83-91c6-913fd374b5e8" Password="n7VZqS3" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-4e3bcdcb-05f1-467b-936b-6039bd10faee
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-4e3bcdcb-05f1-467b-936b-6039bd10faee 2011-04-22 09:10:30.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
Page 375

windstream_20110523-0728.txt
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address 98.19.253.154 on 2011-04-22 09:10:30.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-4e3bcdcb-05f1-467b-936b-6039bd10faee

2.      Enter this password: eAz3fHj

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-4e3bcdcb-05f1-467b-936b-6039bd10faee

Password: eAz3fHj

Very truly yours,

windstream_20110523-0728.txt

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-4e3bcdcb-05f1-467b-936b-6039bd10faee.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:10:30.0 GMT

Infringers IP Address: 98.19.253.154

Infringers Port: 21921

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-04-22 09:10:30.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-4e3bcdcb-05f1-467b-936b-6039bd10faee</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-4e3bcdcb-05f1-467b-936b-6039
bd10faee</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<IP_Address>98.19.253.154</IP_Address>
<Port>21921</Port>
<DNS_Name>98.19.253.154:21921</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-4e3bcdcb-05f1-467b-936b-603
9bd10faee</URL_Base>
<UserName>GB-4e3bcdcb-05f1-467b-936b-6039bd10faee</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-4e3bcdcb-05f1-467b-936b-6039bd10faee" Password="eAz3fHj" />
</Source>
<Content>
<Item>
```

windstream_20110523-0728.txt
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML



Subject: Unauthorized Use of Copyrights RE: GB-7c46f74a-9e14-42c0-8b80-05c50b74fc3a
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-7c46f74a-9e14-42c0-8b80-05c50b74fc3a 2011-04-22 09:14:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
174.130.131.250 on 2011-04-22 09:14:24.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-7c46f74a-9e14-42c0-8b80-05c50b74fc3a

2.      Enter this password: thMvBO2

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement

windstream_20110523-0728.txt

under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-7c46f74a-9e14-42c0-8b80-05c50b74fc3a

Password: thMvB02

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-7c46f74a-9e14-42c0-8b80-05c50b74fc3a.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:14:24.0 GMT

Infringers IP Address: 174.130.131.250

Infringers Port: 33920

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps - original rip from cd) (80&#39;s music).mp3 | 2011-04-22 09:14:24.0 | SHA1 |

Page 379

windstream_20110523-0728.txt
--Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-7c46f74a-9e14-42c0-8b80-05c50b74fc3a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-7c46f74a-9e14-42c0-05c5
0b74fc3a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<IP_Address>174.130.131.250</IP_Address>
<Port>33920</Port>
<DNS_Name>174.130.131.250:33920</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-7c46f74a-9e14-42c0-8b80-05c
50b74fc3a</URL_Base>
<UserName>GB-7c46f74a-9e14-42c0-8b80-05c50b74fc3a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-7c46f74a-9e14-42c0-8b80-05c50b74fc3a" Password="thMvBO2" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4836540</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-8aaf62ba-0a77-4207-aae3-bdfb0ac11a71
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-8aaf62ba-0a77-4207-aae3-bdfb0ac11a71 2011-04-22 09:10:30.0

windstream_20110523-0728.txt

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost in Love.mp3  was infringed upon by a computer at IP
Address 98.19.253.154 on 2011-04-22 09:10:30.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8aaf62ba-0a77-4207-aae3-bdfb0ac11a71

2.      Enter this password: kEwpCbv

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser

windstream_20110523-0728.txt
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8aaf62ba-0a77-4207-aae3-bdfb0ac11a71

Password: kEwpCbv

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8aaf62ba-0a77-4207-aae3-bdfb0ac11a71.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:10:30.0 GMT

Infringers IP Address: 98.19.253.154

Infringers Port: 21921

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost in Love.mp3 | 2011-04-22 09:10:30.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8aaf62ba-0a77-4207-aae3-bdfb0ac11a71</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8aaf62ba-0a77-4207-aae3-bdfb
0ac11a71</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<IP_Address>98.19.253.154</IP_Address>
<Port>21921</Port>
<DNS_Name>98.19.253.154:21921</DNS_Name>
<Type>Limewire</Type>

windstream_20110523-0728.txt

<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8aaf62ba-0a77-4207-aae3-bdf
b0ac11a71</URL_Base>
<UserName>GB-8aaf62ba-0a77-4207-aae3-bdfb0ac11a71</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8aaf62ba-0a77-4207-aae3-bdfb0ac11a71" Password="kEwpCbv" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost in Love.mp3</FileName>
<FileSize>5602551</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-8d553af5-0ede-41a2-919f-d9bce74289c6
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-8d553af5-0ede-41a2-919f-d9bce74289c6 2011-04-22 09:14:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All .mp3  was infringed upon by
a computer at IP Address 174.130.131.250 on 2011-04-22 09:14:24.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8d553af5-0ede-41a2-919f-d9bce74289c6

2.      Enter this password: BDWwmnO

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,

windstream_20110523-0728.txt
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8d553af5-0ede-41a2-919f-d9bce74289c6

Password: BDWwmnO

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8d553af5-0ede-41a2-919f-d9bce74289c6.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:14:24.0 GMT

Infringers IP Address: 174.130.131.250

windstream_20110523-0728.txt

Infringers Port: 33920

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All .mp3 | 2011-04-22 09:14:24.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8d553af5-0ede-41a2-919f-d9bce74289c6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8d553af5-0ede-41a2-919f-d9bce74289c6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<IP_Address>174.130.131.250</IP_Address>
<Port>33920</Port>
<DNS_Name>174.130.131.250:33920</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8d553af5-0ede-41a2-919f-d9bce74289c6</URL_Base>
<UserName>GB-8d553af5-0ede-41a2-919f-d9bce74289c6</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8d553af5-0ede-41a2-919f-d9bce74289c6" Password="BDWwmn0" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All .mp3</FileName>
<FileSize>4836540</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-98219579-1bed-43f3-b33f-439b59619372
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

windstream_20110523-0728.txt

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-98219579-1bed-43f3-b33f-439b59619372 2011-04-22 09:10:30.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     This is not spam.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All.mp3  was infringed upon by a computer at IP Address 98.19.253.154 on 2011-04-22 09:10:30.0 .

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.     Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-98219579-1bed-43f3-b33f-439b59619372

2.     Enter this password: p5VN71k

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB

windstream_20110523-0728.txt

believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-98219579-1bed-43f3-b33f-439b59619372

Password: p5VN71k

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-98219579-1bed-43f3-b33f-439b59619372.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:10:30.0 GMT

Infringers IP Address: 98.19.253.154

Infringers Port: 21921

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3 | 2011-04-22 09:10:30.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-98219579-1bed-43f3-b33f-439b59619372</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-98219579-1bed-43f3-b33f-439b59619372</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
Page 387

windstream_20110523-0728.txt

<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<IP_Address>98.19.253.154</IP_Address>
<Port>21921</Port>
<DNS_Name>98.19.253.154:21921</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-98219579-1bed-43f3-b33f-439b59619372</URL_Base>
<UserName>GB-98219579-1bed-43f3-b33f-439b59619372</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-98219579-1bed-43f3-b33f-439b59619372" Password="p5VN71k" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-cc59500b-2e01-4aea-81a2-83b60f76635b
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-cc59500b-2e01-4aea-81a2-83b60f76635b 2011-04-22 09:14:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Even The Nights Are Better.mp3  was infringed upon by a computer at IP Address 174.130.131.250 on 2011-04-22 09:14:24.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

windstream_20110523-0728.txt
https://secure.digitalrightscorp.com/settle/GB-cc59500b-2e01-4aea-81a2-83b60f76635b

2.      Enter this password: jareP2X

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-cc59500b-2e01-4aea-81a2-83b60f76635b

Password: jareP2X

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-cc59500b-2e01-4aea-81a2-83b60f76635b.

windstream_20110523-0728.txt
If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:14:24.0 GMT

Infringers IP Address: 174.130.131.250

Infringers Port: 33920

Listing of infringement(s) (Title/Filename/Timestamp/Hash): even the nights are
better | Copy of 01 - Air Supply - Even The Nights Are Better.mp3 | 2011-04-22
09:14:24.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-cc59500b-2e01-4aea-81a2-83b60f76635b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-cc59500b-2e01-4aea-81a2-83b6
0f76635b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<IP_Address>174.130.131.250</IP_Address>
<Port>33920</Port>
<DNS_Name>174.130.131.250:33920</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-cc59500b-2e01-4aea-81a2-83b
60f76635b</URL_Base>
<UserName>GB-cc59500b-2e01-4aea-81a2-83b60f76635b</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-cc59500b-2e01-4aea-81a2-83b60f76635b" Password="jareP2X" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<Title>even the nights are better</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Even The Nights Are Better.mp3</FileName>
<FileSize>3761677</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

windstream_20110523-0728.txt


Subject: Unauthorized Use of Copyrights RE: GB-ce839070-8733-450d-83d1-4615d3fa3f9a
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-ce839070-8733-450d-83d1-4615d3fa3f9a 2011-04-22 09:14:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - I&#39;m So Lost Without You.mp3  was infringed upon by a
computer at IP Address 174.130.131.250 on 2011-04-22 09:14:24.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-ce839070-8733-450d-83d1-4615d3fa3f9a

2.      Enter this password: IOsHzZ8

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The

windstream_20110523-0728.txt
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-ce839070-8733-450d-83d1-4615d3fa3f9a

Password: IOsHzZ8

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-ce839070-8733-450d-83d1-4615d3fa3f9a.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:14:24.0 GMT

Infringers IP Address: 174.130.131.250

Infringers Port: 33920

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01 - Air Supply - I&#39;m So Lost Without You.mp3 | 2011-04-22 09:14:24.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-ce839070-8733-450d-83d1-4615d3fa3f9a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-ce839070-8733-450d-83d1-4615d3fa3f9a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED

windstream_20110523-0728.txt
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<IP_Address>174.130.131.250</IP_Address>
<Port>33920</Port>
<DNS_Name>174.130.131.250:33920</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-ce839070-8733-450d-83d1-461
5d3fa3f9a</URL_Base>
<UserName>GB-ce839070-8733-450d-83d1-4615d3fa3f9a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-ce839070-8733-450d-83d1-4615d3fa3f9a" Password="IOsHzZ8" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:14:24.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - I&#39;m So Lost Without You.mp3</FileName>
<FileSize>3900481</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-d21dbbf6-528f-4e1a-9f3a-df2e32a1d32d
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:36:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-d21dbbf6-528f-4e1a-9f3a-df2e32a1d32d 2011-04-22 09:10:30.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - I&#39;m So Lost Without You(1).mp3  was infringed upon by a
computer at IP Address 98.19.253.154 on 2011-04-22 09:10:30.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
                            Page 393

windstream_20110523-0728.txt

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d21dbbf6-528f-4e1a-9f3a-df2e32a1d32d

2.      Enter this password: sSFLKIb

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d21dbbf6-528f-4e1a-9f3a-df2e32a1d32d

Password: sSFLKIb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405

Page 394

windstream_20110523-0728.txt
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d21dbbf6-528f-4e1a-9f3a-df2e32a1d32d.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 09:10:30.0 GMT

Infringers IP Address: 98.19.253.154

Infringers Port: 21921

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01
- Air Supply - I&#39;m So Lost Without You(1).mp3 | 2011-04-22 09:10:30.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d21dbbf6-528f-4e1a-9f3a-df2e32a1d32d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d21dbbf6-528f-4e1a-9f3a-df2e
32a1d32d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<IP_Address>98.19.253.154</IP_Address>
<Port>21921</Port>
<DNS_Name>98.19.253.154:21921</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d21dbbf6-528f-4e1a-9f3a-df2
e32a1d32d</URL_Base>
<UserName>GB-d21dbbf6-528f-4e1a-9f3a-df2e32a1d32d</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d21dbbf6-528f-4e1a-9f3a-df2e32a1d32d" Password="sSFLKIb" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:10:30.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - I&#39;m So Lost Without You(1).mp3</FileName>
<FileSize>3900481</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>

windstream_20110523-0728.txt
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-1b536a27-1059-401a-a270-d80900a73e12
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:37:00 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-1b536a27-1059-401a-a270-d80900a73e12 2011-04-22 09:29:17.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - I Can&#39;t Live If Living Is Without You.mp3  was infringed
upon by a computer at IP Address 98.23.141.108 on 2011-04-22 09:29:17.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1b536a27-1059-401a-a270-d80900a73e12

2.      Enter this password: 2rGbUAQ

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
Page 396

windstream_20110523-0728.txt

attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-1b536a27-1059-401a-a270-d80900a73e12

Password: 2rGbUAQ

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-1b536a27-1059-401a-a270-d80900a73e12.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-22 09:29:17.0 GMT

Infringers IP Address: 98.23.141.108

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01 - Air Supply - I Can&#39;t Live If Living Is Without You.mp3 | 2011-04-22 09:29:17.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-1b536a27-1059-401a-a270-d80900a73e12</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1b536a27-1059-401a-a270-d80900a73e12</Ref_URL>

windstream_20110523-0728.txt

<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:29:17.0 GMT</TimeStamp>
<IP_Address>98.23.141.108</IP_Address>
<Port>6346</Port>
<DNS_Name>98.23.141.108:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-1b536a27-1059-401a-a270-d80
900a73e12</URL_Base>
<UserName>GB-1b536a27-1059-401a-a270-d80900a73e12</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-1b536a27-1059-401a-a270-d80900a73e12" Password="2rGbUAQ" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:29:17.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - I Can&#39;t Live If Living Is Without
You.mp3</FileName>
<FileSize>4563387</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-91fa980a-8624-4f8d-a782-297a3fe134db
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:37:00 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-91fa980a-8624-4f8d-a782-297a3fe134db 2011-04-22 09:29:17.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.

windstream_20110523-0728.txt
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lonely is the Night.mp3  was infringed upon by a computer at
IP Address 98.23.141.108 on 2011-04-22 09:29:17.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-91fa980a-8624-4f8d-a782-297a3fe134db

2.      Enter this password: igecl08

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-91fa980a-8624-4f8d-a782-297a3fe134db

Password: igecl08

Very truly yours,

windstream_20110523-0728.txt

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-91fa980a-8624-4f8d-a782-297a3fe134db.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-22 09:29:17.0 GMT

Infringers IP Address: 98.23.141.108

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lonely is the night |
Copy of 01 - Air Supply - Lonely is the Night.mp3 | 2011-04-22 09:29:17.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-91fa980a-8624-4f8d-a782-297a3fe134db</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-91fa980a-8624-4f8d-a782-297a
3fe134db</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:29:17.0 GMT</TimeStamp>
<IP_Address>98.23.141.108</IP_Address>
<Port>6346</Port>
<DNS_Name>98.23.141.108:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-91fa980a-8624-4f8d-a782-297
a3fe134db</URL_Base>
<UserName>GB-91fa980a-8624-4f8d-a782-297a3fe134db</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-91fa980a-8624-4f8d-a782-297a3fe134db" Password="igecIO8" />
</Source>
<Content>
<Item>

windstream_20110523-0728.txt
<TimeStamp>2011-04-22 09:29:17.0 GMT</TimeStamp>
<Title>lonely is the night</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lonely is the Night.mp3</FileName>
<FileSize>3921003</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML




Subject: Unauthorized Use of Copyrights RE: GB-93121c94-95d7-4d23-89ff-e9e834ab2173
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:37:00 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-93121c94-95d7-4d23-89ff-e9e834ab2173 2011-04-22 09:29:17.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am 1..mp3  was infringed upon by a computer at IP
Address 98.23.141.108 on 2011-04-22 09:29:17.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-93121c94-95d7-4d23-89ff-e9e834ab2173

2.      Enter this password: UcXIs19

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as

windstream_20110523-0728.txt
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-93121c94-95d7-4d23-89ff-e9e834ab2173

Password: UcXls19

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-93121c94-95d7-4d23-89ff-e9e834ab2173.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-22 09:29:17.0 GMT

Infringers IP Address: 98.23.141.108

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am 1..mp3 | 2011-04-22 09:29:17.0 | SHA1 |

  --Start ACNS XML

```
                         windstream_20110523-0728.txt
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-93121c94-95d7-4d23-89ff-e9e834ab2173</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-93121c94-95d7-4d23-89ff-e9e8
34ab2173</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:29:17.0 GMT</TimeStamp>
<IP_Address>98.23.141.108</IP_Address>
<Port>6346</Port>
<DNS_Name>98.23.141.108:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-93121c94-95d7-4d23-89ff-e9e
834ab2173</URL_Base>
<UserName>GB-93121c94-95d7-4d23-89ff-e9e834ab2173</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-93121c94-95d7-4d23-89ff-e9e834ab2173" Password="UcXls19" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:29:17.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am 1..mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-b91f8a9d-b10a-42f6-bcce-864200b44909
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:37:00 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-b91f8a9d-b10a-42f6-bcce-864200b44909 2011-04-22 09:29:17.0

Dear Sir or Madam:

windstream_20110523-0728.txt
Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost In Love.mp3  was infringed upon by a computer at IP
Address 98.23.141.108 on 2011-04-22 09:29:17.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-b91f8a9d-b10a-42f6-bcce-864200b44909

2.      Enter this password: H64bRtF

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-b91f8a9d-b10a-42f6-bcce-864200b44909

windstream_20110523-0728.txt

Password: H64bRtF

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-b91f8a9d-b10a-42f6-bcce-864200b44909.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-22 09:29:17.0 GMT

Infringers IP Address: 98.23.141.108

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost In Love.mp3 | 2011-04-22 09:29:17.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-b91f8a9d-b10a-42f6-bcce-864200b44909</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-b91f8a9d-b10a-42f6-bcce-8642
00b44909</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 09:29:17.0 GMT</TimeStamp>
<IP_Address>98.23.141.108</IP_Address>
<Port>6346</Port>
<DNS_Name>98.23.141.108:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-b91f8a9d-b10a-42f6-bcce-864
200b44909</URL_Base>
<UserName>GB-b91f8a9d-b10a-42f6-bcce-864200b44909</UserName>

```
                        windstream_20110523-0728.txt
<Number_Files>1</Number_Files>
<Login Username="GB-b91f8a9d-b10a-42f6-bcce-864200b44909" Password="H64bRtF" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 09:29:17.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost In Love.mp3</FileName>
<FileSize>5602551</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-9ed3e2cc-3d0e-4a8a-b8b0-028f0405ae17
From: DMCA@DigitalRightsCorp.com
Date: Wed, 27 Apr 2011 10:37:01 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-9ed3e2cc-3d0e-4a8a-b8b0-028f0405ae17 2011-04-22 10:05:45.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am 1.mp3  was infringed upon by a computer at IP
Address 98.19.178.54 on 2011-04-22 10:05:45.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-9ed3e2cc-3d0e-4a8a-b8b0-028f0405ae17

2.      Enter this password: UBdGDHf

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
                                    Page 406

windstream_20110523-0728.txt
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-9ed3e2cc-3d0e-4a8a-b8b0-028f0405ae17

Password: UBdGDHf

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-9ed3e2cc-3d0e-4a8a-b8b0-028f0405ae17.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-22 10:05:45.0 GMT

Infringers IP Address: 98.19.178.54

Infringers Port: 23375

```
                    windstream_20110523-0728.txt
Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am 1.mp3 | 2011-04-22 10:05:45.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-9ed3e2cc-3d0e-4a8a-b8b0-028f0405ae17</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-9ed3e2cc-3d0e-4a8a-b8b0-028f
0405ae17</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-22 10:05:45.0 GMT</TimeStamp>
<IP_Address>98.19.178.54</IP_Address>
<Port>23375</Port>
<DNS_Name>98.19.178.54:23375</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-9ed3e2cc-3d0e-4a8a-b8b0-028
f0405ae17</URL_Base>
<UserName>GB-9ed3e2cc-3d0e-4a8a-b8b0-028f0405ae17</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-9ed3e2cc-3d0e-4a8a-b8b0-028f0405ae17" Password="UBdGDHf" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-22 10:05:45.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am 1.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 10:11:55 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music
                            Page 408
```

windstream_20110523-0728.txt

Reference#: GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba 2011-04-26 01:28:26.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am 1.mp3 was infringed upon by a computer at IP Address 173.190.6.255 on 2011-04-26 01:28:26.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba

2.      Enter this password: k8YqbzN

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

windstream_20110523-0728.txt

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba

Password: k8YqbzN

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-26 01:28:26.0 GMT

Infringers IP Address: 173.190.6.255

Infringers Port: 23375

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 - Air Supply - Here I Am 1.mp3 | 2011-04-26 01:28:26.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-26 01:28:26.0 GMT</TimeStamp>
<IP_Address>173.190.6.255</IP_Address>
<Port>23375</Port>

windstream_20110523-0728.txt
<DNS_Name>173.190.6.255:23375</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-51f3fe8a-5aad-424f-adb2-725
4219ae5ba</URL_Base>
<UserName>GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-51f3fe8a-5aad-424f-adb2-7254219ae5ba" Password="k8YqbzN" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-26 01:28:26.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am 1.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-0ca22e9d-4935-486d-a84f-7b392592f4de
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-0ca22e9d-4935-486d-a84f-7b392592f4de 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 Before I Go.m4a  was infringed upon by a computer at IP Address
98.21.186.82 on 2011-04-23 06:17:55.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-0ca22e9d-4935-486d-a84f-7b392592f4de

2.      Enter this password: Es4zvlK

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

windstream_20110523-0728.txt

23rd is the exclusive owners of copyrights for Yanni musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Yanni compositions, including but not limited to those items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-0ca22e9d-4935-486d-a84f-7b392592f4de

Password: Es4zvlK

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-0ca22e9d-4935-486d-a84f-7b392592f4de.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

windstream_20110523-0728.txt
Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): before i go | Copy of 01
- 05 Before I Go.m4a | 2011-04-23 06:17:55.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-0ca22e9d-4935-486d-a84f-7b392592f4de</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-0ca22e9d-4935-486d-a84f-7b39
2592f4de</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-0ca22e9d-4935-486d-a84f-7b3
92592f4de</URL_Base>
<UserName>GB-0ca22e9d-4935-486d-a84f-7b392592f4de</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-0ca22e9d-4935-486d-a84f-7b392592f4de" Password="Es4zvlK" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>before i go</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 05 Before I Go.m4a</FileName>
<FileSize>4435334</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-0de63614-5df1-49db-b7fc-e7776ec6a459
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

windstream_20110523-0728.txt
**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-0de63614-5df1-49db-b7fc-e7776ec6a459 2011-04-23 01:09:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Nina Simone - House of the Rising Sun.mp3 was infringed upon by a computer
at IP Address 75.117.18.229 on 2011-04-23 01:09:24.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-0de63614-5df1-49db-b7fc-e7776ec6a459

2.      Enter this password: u2OCNUs

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Nina Simone musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Nina Simone compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

windstream_20110523-0728.txt

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-0de63614-5df1-49db-b7fc-e7776ec6a459

Password: u2OCNUs

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-0de63614-5df1-49db-b7fc-e7776ec6a459.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-23 01:09:24.0 GMT

Infringers IP Address: 75.117.18.229

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): house of the rising sun | Copy of 01 - Nina Simone - House of the Rising Sun.mp3 | 2011-04-23 01:09:24.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-0de63614-5df1-49db-b7fc-e7776ec6a459</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-0de63614-5df1-49db-b7fc-e7776ec6a459</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>

windstream_20110523-0728.txt

&lt;Source&gt;
&lt;TimeStamp&gt;2011-04-23 01:09:24.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;75.117.18.229&lt;/IP_Address&gt;
&lt;Port&gt;6346&lt;/Port&gt;
&lt;DNS_Name&gt;75.117.18.229:6346&lt;/DNS_Name&gt;
&lt;Type&gt;Shareaza&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-0de63614-5df1-49db-b7fc-e7776ec6a459&lt;/URL_Base&gt;
&lt;UserName&gt;GB-0de63614-5df1-49db-b7fc-e7776ec6a459&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-0de63614-5df1-49db-b7fc-e7776ec6a459" Password="u2OCNUs" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-04-23 01:09:24.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;house of the rising sun&lt;/Title&gt;
&lt;Artist&gt;Nina Simone&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Nina Simone - House of the Rising Sun.mp3&lt;/FileName&gt;
&lt;FileSize&gt;6459392&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-53c22fb0-d643-4646-b1c4-556dc1f72d00
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-53c22fb0-d643-4646-b1c4-556dc1f72d00 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 Felitsa.m4a was infringed upon by a computer at IP Address 98.21.186.82
on 2011-04-23 06:17:55.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-53c22fb0-d643-4646-b1c4-556dc1f72d00

2.      Enter this password: kSRy1d8

windstream_20110523-0728.txt

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-53c22fb0-d643-4646-b1c4-556dc1f72d00

Password: kSRy1d8

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-53c22fb0-d643-4646-b1c4-556dc1f72d00.

If you need immediate assistance or if you have general questions please call the
number listed above.

windstream_20110523-0728.txt
Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): felitsa | Copy of 01 -
09 Felitsa.m4a | 2011-04-23 06:17:55.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-53c22fb0-d643-4646-b1c4-556dc1f72d00</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-53c22fb0-d643-4646-b1c4-556d
c1f72d00</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-53c22fb0-d643-4646-b1c4-556
dc1f72d00</URL_Base>
<UserName>GB-53c22fb0-d643-4646-b1c4-556dc1f72d00</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-53c22fb0-d643-4646-b1c4-556dc1f72d00" Password="kSRy1d8" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>felitsa</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 09 Felitsa.m4a</FileName>
<FileSize>4755550</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-73cdd520-e008-4ce3-9273-c71e3f06618e 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 First Touch.m4a was infringed upon by a computer at IP Address
98.21.186.82 on 2011-04-23 06:17:55.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-73cdd520-e008-4ce3-9273-c71e3f06618e

2.      Enter this password: PIHQFbw

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the

windstream_20110523-0728.txt

owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-73cdd520-e008-4ce3-9273-c71e3f06618e

Password: PlHQFbw

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-73cdd520-e008-4ce3-9273-c71e3f06618e.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): first touch | Copy of 01
- 07 First Touch.m4a | 2011-04-23 06:17:55.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-73cdd520-e008-4ce3-9273-c71e3f06618e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-73cdd520-e008-4ce3-9273-c71e
3f06618e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

windstream_20110523-0728.txt
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-73cdd520-e008-4ce3-9273-c71
e3f06618e</URL_Base>
<UserName>GB-73cdd520-e008-4ce3-9273-c71e3f06618e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-73cdd520-e008-4ce3-9273-c71e3f06618e" Password="PIHQFbw" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>first touch</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 07 First Touch.m4a</FileName>
<FileSize>2850676</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-a77fb3e8-45fd-456e-9e8f-c881baefb8ad
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-a77fb3e8-45fd-456e-9e8f-c881baefb8ad 2011-04-23 01:09:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file nina simone - Ne me quitte pas (If you go away).mp3  was infringed upon by
a computer at IP Address 75.117.18.229 on 2011-04-23 01:09:24.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

windstream_20110523-0728.txt
https://secure.digitalrightscorp.com/settle/GB-a77fb3e8-45fd-456e-9e8f-c881baefb8ad

2.      Enter this password: Cbu6ZdR

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Nina Simone musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Nina Simone compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a77fb3e8-45fd-456e-9e8f-c881baefb8ad

Password: Cbu6ZdR

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a77fb3e8-45fd-456e-9e8f-c881baefb8ad.

Page 422

windstream_20110523-0728.txt
If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-04-23 01:09:24.0 GMT

Infringers IP Address: 75.117.18.229

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): ne me quitte pas | Copy
of 01 - nina simone - Ne me quitte pas (If you go away).mp3 | 2011-04-23 01:09:24.0
| SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a77fb3e8-45fd-456e-9e8f-c881baefb8ad</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a77fb3e8-45fd-456e-9e8f-c881
baefb8ad</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 01:09:24.0 GMT</TimeStamp>
<IP_Address>75.117.18.229</IP_Address>
<Port>6346</Port>
<DNS_Name>75.117.18.229:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a77fb3e8-45fd-456e-9e8f-c88
1baefb8ad</URL_Base>
<UserName>GB-a77fb3e8-45fd-456e-9e8f-c881baefb8ad</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a77fb3e8-45fd-456e-9e8f-c881baefb8ad" Password="Cbu6ZdR" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 01:09:24.0 GMT</TimeStamp>
<Title>ne me quitte pas</Title>
<Artist>Nina Simone</Artist>
<FileName>Copy of 01 - nina simone - Ne me quitte pas (If you go
away).mp3</FileName>
<FileSize>3481024</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34 2011-04-23 06:17:55.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     This is not spam.
     Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 Almost A Whisper.m4a was infringed upon by a computer at IP Address
98.21.186.82 on 2011-04-23 06:17:55.0 .

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.     Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34

2.     Enter this password: F8M2uYC

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The

windstream_20110523-0728.txt
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34

Password: F8M2uYC

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): almost a whisper | Copy of 01 - 04 Almost A Whisper.m4a | 2011-04-23 06:17:55.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED

windstream_20110523-0728.txt

STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-c0c12e9e-386e-4c5f-b113-e43
cabe2dc34</URL_Base>
<UserName>GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-c0c12e9e-386e-4c5f-b113-e43cabe2dc34" Password="F8M2uYC" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>almost a whisper</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 04 Almost A Whisper.m4a</FileName>
<FileSize>3082313</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-cc80d3af-c09e-425e-9e4a-81a98d0156d7
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-cc80d3af-c09e-425e-9e4a-81a98d0156d7 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 So Long My Friend.m4a  was infringed upon by a computer at IP Address
98.21.186.82 on 2011-04-23 06:17:55.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated

windstream_20110523-0728.txt
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-cc80d3af-c09e-425e-9e4a-81a98d0156d7

2.      Enter this password: TgNdGuj

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-cc80d3af-c09e-425e-9e4a-81a98d0156d7

Password: TgNdGuj

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

Page 427

windstream_20110523-0728.txt

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-cc80d3af-c09e-425e-9e4a-81a98d0156d7.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): so long my friend | Copy
of 01 - 02 So Long My Friend.m4a | 2011-04-23 06:17:55.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-cc80d3af-c09e-425e-9e4a-81a98d0156d7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-cc80d3af-c09e-425e-9e4a-81a9
8d0156d7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-cc80d3af-c09e-425e-9e4a-81a
98d0156d7</URL_Base>
<UserName>GB-cc80d3af-c09e-425e-9e4a-81a98d0156d7</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-cc80d3af-c09e-425e-9e4a-81a98d0156d7" Password="TgNdGuj" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>so long my friend</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 02 So Long My Friend.m4a</FileName>
<FileSize>3689741</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>

                        windstream_20110523-0728.txt

</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-cff711a8-28dc-43e3-9f87-7899d680e026
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-cff711a8-28dc-43e3-9f87-7899d680e026 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file O3 To The One Who Knows.m4a  was infringed upon by a computer at IP Address
98.21.186.82 on 2011-04-23 06:17:55.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-cff711a8-28dc-43e3-9f87-7899d680e026

2.      Enter this password: vl9sLiE

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted

windstream_20110523-0728.txt

from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-cff711a8-28dc-43e3-9f87-7899d680e026

Password: vI9sLiE

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-cff711a8-28dc-43e3-9f87-7899d680e026.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): to the one who knows |
Copy of 01 - 03 To The One Who Knows.m4a | 2011-04-23 06:17:55.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-cff711a8-28dc-43e3-9f87-7899d680e026</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-cff711a8-28dc-43e3-9f87-7899
d680e026</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>

windstream_20110523-0728.txt
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-cff711a8-28dc-43e3-9f87-789
9d680e026</URL_Base>
<UserName>GB-cff711a8-28dc-43e3-9f87-7899d680e026</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-cff711a8-28dc-43e3-9f87-7899d680e026" Password="vl9sLiE" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>to the one who knows</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 03 To The One Who Knows.m4a</FileName>
<FileSize>5347216</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-d257ea8c-0cd9-402e-8830-7936d07e3783
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-d257ea8c-0cd9-402e-8830-7936d07e3783 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 Whispers In The Dark.m4a  was infringed upon by a computer at IP Address
98.21.186.82 on 2011-04-23 06:17:55.0 .

windstream_20110523-0728.txt

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-d257ea8c-0cd9-402e-8830-7936d07e3783

2.      Enter this password: uE9z6vD

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-d257ea8c-0cd9-402e-8830-7936d07e3783

Password: uE9z6vD

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.

windstream_20110523-0728.txt
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-d257ea8c-0cd9-402e-8830-7936d07e3783.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): whispers in the dark |
Copy of 01 - 11 Whispers In The Dark.m4a | 2011-04-23 06:17:55.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-d257ea8c-0cd9-402e-8830-7936d07e3783</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-d257ea8c-0cd9-402e-8830-7936
d07e3783</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-d257ea8c-0cd9-402e-8830-793
6d07e3783</URL_Base>
<UserName>GB-d257ea8c-0cd9-402e-8830-7936d07e3783</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-d257ea8c-0cd9-402e-8830-7936d07e3783" Password="uE9z6vD" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>whispers in the dark</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 11 Whispers In The Dark.m4a</FileName>
<FileSize>5317550</FileSize>

windstream_20110523-0728.txt
```
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-e0b4edea-1e6a-4781-af7e-ca6eb0b04223
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-e0b4edea-1e6a-4781-af7e-ca6eb0b04223 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 Enchantment.m4a  was infringed upon by a computer at IP Address
98.21.186.82 on 2011-04-23 06:17:55.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e0b4edea-1e6a-4781-af7e-ca6eb0b04223

2.      Enter this password: 1bCpcRw

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Yanni compositions, including but not limited to those
items listed in this correspondence.

windstream_20110523-0728.txt

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e0b4edea-1e6a-4781-af7e-ca6eb0b04223

Password: 1bCpcRw

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e0b4edea-1e6a-4781-af7e-ca6eb0b04223.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): enchantment | Copy of 01 - 08 Enchantment.m4a | 2011-04-23 06:17:55.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e0b4edea-1e6a-4781-af7e-ca6eb0b04223</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e0b4edea-1e6a-4781-af7e-ca6e
b0b04223</Ref_URL>

windstream_20110523-0728.txt
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e0b4edea-1e6a-4781-af7e-ca6
eb0b04223</URL_Base>
<UserName>GB-e0b4edea-1e6a-4781-af7e-ca6eb0b04223</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e0b4edea-1e6a-4781-af7e-ca6eb0b04223" Password="1bCpcRw" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>enchantment</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 08 Enchantment.m4a</FileName>
<FileSize>3808385</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML




Subject: Unauthorized Use of Copyrights RE: GB-e8474d2a-dc9f-44d6-9111-e19b1c1f09fc
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-e8474d2a-dc9f-44d6-9111-e19b1c1f09fc 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

Page 436

windstream_20110523-0728.txt

The file 06 In The Mirror.m4a  was infringed upon by a computer at IP Address 98.21.186.82 on 2011-04-23 06:17:55.0.

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e8474d2a-dc9f-44d6-9111-e19b1c1f09fc

2.      Enter this password:  3Bpzhxu

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Yanni compositions, including but not limited to those items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e8474d2a-dc9f-44d6-9111-e19b1c1f09fc

Password:  3Bpzhxu

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e8474d2a-dc9f-44d6-9111-e19b1c1f09fc.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): in the mirror | Copy of
01 - 06 In The Mirror.m4a | 2011-04-23 06:17:55.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e8474d2a-dc9f-44d6-9111-e19b1c1f09fc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e8474d2a-dc9f-44d6-9111-e19b
1c1f09fc</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e8474d2a-dc9f-44d6-9111-e19
b1c1f09fc</URL_Base>
<UserName>GB-e8474d2a-dc9f-44d6-9111-e19b1c1f09fc</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e8474d2a-dc9f-44d6-9111-e19b1c1f09fc" Password="3Bpzhxu" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>in the mirror</Title>
```

windstream_20110523-0728.txt
```
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 06 In The Mirror.m4a</FileName>
<FileSize>4045092</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-ed58ecd2-c3c3-4cb8-ae0b-b400f29d8d12
From: DMCA@DigitalRightsCorp.com
Date: Thu, 28 Apr 2011 11:00:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-ed58ecd2-c3c3-4cb8-ae0b-b400f29d8d12 2011-04-23 06:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 10 Secret Vows.m4a  was infringed upon by a computer at IP Address
98.21.186.82 on 2011-04-23 06:17:55.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-ed58ecd2-c3c3-4cb8-ae0b-b400f29d8d12

2.      Enter this password: 1LTC23j

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar

windstream_20110523-0728.txt

activities) of recordings of Yanni compositions, including but not limited to those items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-ed58ecd2-c3c3-4cb8-ae0b-b400f29d8d12

Password: 1LTC23j

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-ed58ecd2-c3c3-4cb8-ae0b-b400f29d8d12.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-04-23 06:17:55.0 GMT

Infringers IP Address: 98.21.186.82

Infringers Port: 19420

Listing of infringement(s) (Title/Filename/Timestamp/Hash): secret vows | Copy of 01 - 10 Secret Vows.m4a | 2011-04-23 06:17:55.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>

windstream_20110523-0728.txt
<ID>GB-ed58ecd2-c3c3-4cb8-ae0b-b400f29d8d12</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-ed58ecd2-c3c3-4cb8-ae0b-b400
f29d8d12</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<IP_Address>98.21.186.82</IP_Address>
<Port>19420</Port>
<DNS_Name>98.21.186.82:19420</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-ed58ecd2-c3c3-4cb8-ae0b-b40
0f29d8d12</URL_Base>
<UserName>GB-ed58ecd2-c3c3-4cb8-ae0b-b400f29d8d12</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-ed58ecd2-c3c3-4cb8-ae0b-b400f29d8d12" Password="1LTC23j" />
</Source>
<Content>
<Item>
<TimeStamp>2011-04-23 06:17:55.0 GMT</TimeStamp>
<Title>secret vows</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 10 Secret Vows.m4a</FileName>
<FileSize>3778020</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-410fa2a0-ee63-45c8-8c98-f4eb87ce20b1
From: DMCA@DigitalRightsCorp.com
Date: Fri, 6 May 2011 09:24:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-410fa2a0-ee63-45c8-8c98-f4eb87ce20b1 2011-05-03 09:03:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload

windstream_20110523-0728.txt
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All.mp3 was infringed upon by a
computer at IP Address 98.21.66.212 on 2011-05-03 09:03:09.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-410fa2a0-ee63-45c8-8c98-f4eb87ce20b1

2.      Enter this password: 1agIlUm

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-410fa2a0-ee63-45c8-8c98-f4eb87ce20b1

Password: 1agIlUm

windstream_20110523-0728.txt

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-410fa2a0-ee63-45c8-8c98-f4eb87ce20b1.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-03 09:03:09.0 GMT

Infringers IP Address: 98.21.66.212

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3 |
2011-05-03 09:03:09.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-410fa2a0-ee63-45c8-8c98-f4eb87ce20b1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-410fa2a0-ee63-45c8-f4eb
87ce20b1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-03 09:03:09.0 GMT</TimeStamp>
<IP_Address>98.21.66.212</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.66.212:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-410fa2a0-ee63-45c8-8c98-f4e
b87ce20b1</URL_Base>
<UserName>GB-410fa2a0-ee63-45c8-8c98-f4eb87ce20b1</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-410fa2a0-ee63-45c8-8c98-f4eb87ce20b1" Password="1agIIUm" />

windstream_20110523-0728.txt

```
</Source>
<Content>
<Item>
<TimeStamp>2011-05-03 09:03:09.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3</FileName>
<FileSize>4842625</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-835613e7-302a-4eac-936c-b59827613495
From: DMCA@DigitalRightsCorp.com
Date: Fri, 6 May 2011 09:24:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-835613e7-302a-4eac-936c-b59827613495 2011-05-03 09:20:21.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 Making Love Out of Nothing at All.mp3  was infringed upon by a computer
at IP Address 98.19.69.250 on 2011-05-03 09:20:21.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-835613e7-302a-4eac-936c-b59827613495

2.      Enter this password: i41MD6w

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

Page 444

windstream_20110523-0728.txt

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-835613e7-302a-4eac-936c-b59827613495

Password: i41MD6w

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-835613e7-302a-4eac-936c-b59827613495.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-05-03 09:20:21.0 GMT

Infringers IP Address: 98.19.69.250

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - 06 Making Love Out of Nothing at All.mp3 | 2011-05-03

windstream_20110523-0728.txt

09:20:21.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-835613e7-302a-4eac-936c-b59827613495</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-835613e7-302a-4eac-936c-b598
27613495</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-03 09:20:21.0 GMT</TimeStamp>
<IP_Address>98.19.69.250</IP_Address>
<Port>6346</Port>
<DNS_Name>98.19.69.250:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-835613e7-302a-4eac-936c-b59
827613495</URL_Base>
<UserName>GB-835613e7-302a-4eac-936c-b59827613495</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-835613e7-302a-4eac-936c-b59827613495" Password="i41MD6w" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-03 09:20:21.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - 06 Making Love Out of Nothing at All.mp3</FileName>
<FileSize>4554880</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-e4ef1d95-3ea7-4b10-9160-16c64880c58d
From: DMCA@DigitalRightsCorp.com
Date: Fri, 6 May 2011 09:24:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

windstream_20110523-0728.txt
Reference#: GB-e4ef1d95-3ea7-4b10-9160-16c64880c58d 2011-05-03 09:03:09.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3 was infringed upon by a computer at IP
Address 98.21.66.212 on 2011-05-03 09:03:09.0 .

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e4ef1d95-3ea7-4b10-9160-16c64880c58d

2.      Enter this password: JQKRTWj

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

windstream_20110523-0728.txt
To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e4ef1d95-3ea7-4b10-9160-16c64880c58d

Password: JQKRTWj

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e4ef1d95-3ea7-4b10-9160-16c64880c58d.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-03 09:03:09.0 GMT

Infringers IP Address: 98.21.66.212

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out Of Love.mp3 | 2011-05-03 09:03:09.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e4ef1d95-3ea7-4b10-9160-16c64880c58d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e4ef1d95-3ea7-4b10-16c6
4880c58d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-03 09:03:09.0 GMT</TimeStamp>
<IP_Address>98.21.66.212</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.66.212:29280</DNS_Name>

windstream_20110523-0728.txt
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e4ef1d95-3ea7-4b10-9160-16c
64880c58d</URL_Base>
<UserName>GB-e4ef1d95-3ea7-4b10-9160-16c64880c58d</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e4ef1d95-3ea7-4b10-9160-16c64880c58d" Password="JQKRTWj" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-03 09:03:09.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of O1 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML




Subject: Unauthorized Use of Copyrights RE: GB-f27756bf-7449-429a-a525-863792e32b52
From: DMCA@DigitalRightsCorp.com
Date: Fri, 6 May 2011 09:24:52 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-f27756bf-7449-429a-a525-863792e32b52 2011-05-03 09:03:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address
98.21.66.212 on 2011-05-03 09:03:09.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-f27756bf-7449-429a-a525-863792e32b52

2.      Enter this password: 6j7ULXI

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

windstream_20110523-0728.txt

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-f27756bf-7449-429a-a525-863792e32b52

Password: 6j7ULXI

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-f27756bf-7449-429a-a525-863792e32b52.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-03 09:03:09.0 GMT

```
                        windstream_20110523-0728.txt
Infringers IP Address: 98.21.66.212

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-05-03 09:03:09.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-f27756bf-7449-429a-a525-863792e32b52</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-f27756bf-7449-429a-a525-8637
92e32b52</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-03 09:03:09.0 GMT</TimeStamp>
<IP_Address>98.21.66.212</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.66.212:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-f27756bf-7449-429a-a525-863
792e32b52</URL_Base>
<UserName>GB-f27756bf-7449-429a-a525-863792e32b52</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-f27756bf-7449-429a-a525-863792e32b52" Password="6j7ULXI" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-03 09:03:09.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-2c2906b6-3bdb-4572-85eb-eefa2011a65b
From: DMCA@DigitalRightsCorp.com
Date: Fri, 6 May 2011 09:24:54 -0700 (PDT)
To: abuse@windstream.net
```

windstream_20110523-0728.txt
**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-2c2906b6-3bdb-4572-85eb-eefa2011a65b 2011-05-04 08:36:34.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out of Love.mp3  was infringed upon by a computer at IP
Address 139.55.212.166 on 2011-05-04 08:36:34.0 .

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-2c2906b6-3bdb-4572-85eb-eefa2011a65b

2.      Enter this password: 4L7dNBv

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly

windstream_20110523-0728.txt
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-2c2906b6-3bdb-4572-85eb-eefa2011a65b

Password: 4L7dNBv

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-2c2906b6-3bdb-4572-85eb-eefa2011a65b.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-05-04 08:36:34.0 GMT

Infringers IP Address: 139.55.212.166

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out of Love.mp3 | 2011-05-04 08:36:34.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-2c2906b6-3bdb-4572-85eb-eefa2011a65b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-2c2906b6-3bdb-4572-85eb-eefa
2011a65b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>

Page 453

windstream_20110523-0728.txt
```
<Source>
<TimeStamp>2011-05-04 08:36:34.0 GMT</TimeStamp>
<IP_Address>139.55.212.166</IP_Address>
<Port>6346</Port>
<DNS_Name>139.55.212.166:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-2c2906b6-3bdb-4572-85eb-eef
a2011a65b</URL_Base>
<UserName>GB-2c2906b6-3bdb-4572-85eb-eefa2011a65b</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-2c2906b6-3bdb-4572-85eb-eefa2011a65b" Password="4L7dNBv" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-04 08:36:34.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out of Love.mp3</FileName>
<FileSize>5822464</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197
From: DMCA@DigitalRightsCorp.com
Date: Mon, 9 May 2011 13:49:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197 2011-05-04 09:37:36.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.139.103 on 2011-05-04 09:37:36.0
.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197

windstream_20110523-0728.txt

2.      Enter this password: ndZqtMB

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197

Password: ndZqtMB

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197.

If you need immediate assistance or if you have general questions please call the number listed above.

windstream_20110523-0728.txt

Infringement Source: Limewire

Timestamp: 2011-05-04 09:37:36.0 GMT

Infringers IP Address: 173.187.139.103

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-05-04 09:37:36.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-04 09:37:36.0 GMT</TimeStamp>
<IP_Address>173.187.139.103</IP_Address>
<Port>26882</Port>
<DNS_Name>173.187.139.103:26882</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197</URL_Base>
<UserName>GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-7f0edd03-eec3-4c7b-9dd3-a5820bf51197" Password="ndZqtMB" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-04 09:37:36.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-a988dfd2-2610-4595-ab3c-8d864aa62805
From: DMCA@DigitalRightsCorp.com
Date: Mon, 9 May 2011 13:49:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-a988dfd2-2610-4595-ab3c-8d864aa62805 2011-05-04 09:37:36.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.139.103 on 2011-05-04 09:37:36.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a988dfd2-2610-4595-ab3c-8d864aa62805

2.      Enter this password: XVn4s7G

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

Page 457

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a988dfd2-2610-4595-ab3c-8d864aa62805

Password: XVn4s7G

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-a988dfd2-2610-4595-ab3c-8d864aa62805.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-04 09:37:36.0 GMT

Infringers IP Address: 173.187.139.103

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-05-04 09:37:36.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a988dfd2-2610-4595-ab3c-8d864aa62805</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a988dfd2-2610-4595-ab3c-8d864aa62805</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>

windstream_20110523-0728.txt

&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream Communications Inc&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-05-04 09:37:36.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;173.187.139.103&lt;/IP_Address&gt;
&lt;Port&gt;26882&lt;/Port&gt;
&lt;DNS_Name&gt;173.187.139.103:26882&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-a988dfd2-2610-4595-ab3c-8d8
64aa62805&lt;/URL_Base&gt;
&lt;UserName&gt;GB-a988dfd2-2610-4595-ab3c-8d864aa62805&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-a988dfd2-2610-4595-ab3c-8d864aa62805" Password="XVn4s7G" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-05-04 09:37:36.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;born under a bad sign&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3&lt;/FileName&gt;
&lt;FileSize&gt;4048906&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-ae353220-da0e-49b9-b34b-f446b7529c10
From: DMCA@DigitalRightsCorp.com
Date: Mon, 9 May 2011 13:49:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-ae353220-da0e-49b9-b34b-f446b7529c10 2011-05-04 09:37:36.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.139.103 on 2011-05-04 09:37:36.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release

windstream_20110523-0728.txt
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-ae353220-da0e-49b9-b34b-f446b7529c10

2.      Enter this password: YnQ5iw7

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-ae353220-da0e-49b9-b34b-f446b7529c10

Password: YnQ5iw7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt
** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-ae353220-da0e-49b9-b34b-f446b7529c10.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-04 09:37:36.0 GMT

Infringers IP Address: 173.187.139.103

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-05-04 09:37:36.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-ae353220-da0e-49b9-b34b-f446b7529c10</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-ae353220-da0e-49b9-b34b-f446
b7529c10</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-04 09:37:36.0 GMT</TimeStamp>
<IP_Address>173.187.139.103</IP_Address>
<Port>26882</Port>
<DNS_Name>173.187.139.103:26882</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-ae353220-da0e-49b9-b34b-f44
6b7529c10</URL_Base>
<UserName>GB-ae353220-da0e-49b9-b34b-f446b7529c10</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-ae353220-da0e-49b9-b34b-f446b7529c10" Password="YnQ5iw7" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-04 09:37:36.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>

windstream_20110523-0728.txt

</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-05040691-54f5-4049-9540-c616f513205b
From: DMCA@DigitalRightsCorp.com
Date: Mon, 9 May 2011 13:49:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-05040691-54f5-4049-9540-c616f513205b 2011-05-03 04:12:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.139.103 on 2011-05-03 04:12:49.0
.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-05040691-54f5-4049-9540-c616f513205b

2.      Enter this password: 4AcMS8y

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a

windstream_20110523-0728.txt

result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-05040691-54f5-4049-9540-c616f513205b

Password: 4AcMS8y

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-05040691-54f5-4049-9540-c616f513205b.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-03 04:12:49.0 GMT

Infringers IP Address: 173.187.139.103

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-05-03 04:12:49.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-05040691-54f5-4049-9540-c616f513205b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-05040691-54f5-4049-9540-c616
f513205b</Ref_URL>
<Status>Pending</Status>

windstream_20110523-0728.txt

</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-03 04:12:49.0 GMT</TimeStamp>
<IP_Address>173.187.139.103</IP_Address>
<Port>26882</Port>
<DNS_Name>173.187.139.103:26882</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-05040691-54f5-4049-9540-c616f513205b</URL_Base>
<UserName>GB-05040691-54f5-4049-9540-c616f513205b</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-05040691-54f5-4049-9540-c616f513205b" Password="4AcMS8y" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-03 04:12:49.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-c85fdba1-7cec-44cb-a2a6-626b76c297ba
From: DMCA@DigitalRightsCorp.com
Date: Mon, 9 May 2011 13:49:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-c85fdba1-7cec-44cb-a2a6-626b76c297ba 2011-05-03 04:12:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.139.103 on 2011-05-03 04:12:49.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-c85fdba1-7cec-44cb-a2a6-626b76c297ba

2.      Enter this password: SDOrahO

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-c85fdba1-7cec-44cb-a2a6-626b76c297ba

Password: SDOrahO

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-c85fdba1-7cec-44cb-a2a6-626b76c297ba.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-03 04:12:49.0 GMT

Infringers IP Address: 173.187.139.103

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-05-03 04:12:49.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-c85fdba1-7cec-44cb-a2a6-626b76c297ba</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-c85fdba1-7cec-44cb-a2a6-626b
76c297ba</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-03 04:12:49.0 GMT</TimeStamp>
<IP_Address>173.187.139.103</IP_Address>
<Port>26882</Port>
<DNS_Name>173.187.139.103:26882</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-c85fdba1-7cec-44cb-a2a6-626
b76c297ba</URL_Base>
<UserName>GB-c85fdba1-7cec-44cb-a2a6-626b76c297ba</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-c85fdba1-7cec-44cb-a2a6-626b76c297ba" Password="SDOrahO" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-03 04:12:49.0 GMT</TimeStamp>

windstream_20110523-0728.txt
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1
From: DMCA@DigitalRightsCorp.com
Date: Mon, 9 May 2011 13:49:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1 2011-05-03 04:12:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.139.103 on 2011-05-03 04:12:49.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1

2.      Enter this password: HImX8NV

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not

windstream_20110523-0728.txt

limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1

Password: HImX8NV

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-03 04:12:49.0 GMT

Infringers IP Address: 173.187.139.103

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-05-03 04:12:49.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>

windstream_20110523-0728.txt

<Infringement>
<Case>
<ID>GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-03 04:12:49.0 GMT</TimeStamp>
<IP_Address>173.187.139.103</IP_Address>
<Port>26882</Port>
<DNS_Name>173.187.139.103:26882</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1</URL_Base>
<UserName>GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-f9592ec3-9a85-4ab1-acc8-1ce698709bf1" Password="HlmX8NV" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-03 04:12:49.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-5e1108ea-6650-490f-9b54-2392eb4322af
From: DMCA@DigitalRightsCorp.com
Date: Wed, 11 May 2011 13:33:12 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-5e1108ea-6650-490f-9b54-2392eb4322af 2011-05-09 06:05:39.0

Dear Sir or Madam:

          Your ISP has forwarded you this notice.
                    Page 469

windstream_20110523-0728.txt
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out of Love.mp3 was infringed upon by a computer at IP
Address 139.55.212.166 on 2011-05-09 06:05:39.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-5e1108ea-6650-490f-9b54-2392eb4322af

2.      Enter this password: giXxBMz

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-5e1108ea-6650-490f-9b54-2392eb4322af

windstream_20110523-0728.txt

Password: giXxBMz

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-5e1108ea-6650-490f-9b54-2392eb4322af.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-05-09 06:05:39.0 GMT

Infringers IP Address: 139.55.212.166

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out of Love.mp3 | 2011-05-09 06:05:39.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-5e1108ea-6650-490f-9b54-2392eb4322af</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-5e1108ea-6650-490f-9b54-2392
eb4322af</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-09 06:05:39.0 GMT</TimeStamp>
<IP_Address>139.55.212.166</IP_Address>
<Port>6346</Port>
<DNS_Name>139.55.212.166:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-5e1108ea-6650-490f-9b54-239
2eb4322af</URL_Base>
<UserName>GB-5e1108ea-6650-490f-9b54-2392eb4322af</UserName>
<Number_Files>1</Number_Files>

windstream_20110523-0728.txt
<Login Username="GB-5e1108ea-6650-490f-9b54-2392eb4322af" Password="giXxBMz" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-09 06:05:39.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>5822464</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-61f03c5e-df81-433b-95bb-945c8f519505
From: DMCA@DigitalRightsCorp.com
Date: Wed, 11 May 2011 13:35:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-61f03c5e-df81-433b-95bb-945c8f519505 2011-05-10 12:55:45.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.145.44 on 2011-05-10 12:55:45.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-61f03c5e-df81-433b-95bb-945c8f519505

2.      Enter this password: YgFd3KS

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

windstream_20110523-0728.txt

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-61f03c5e-df81-433b-95bb-945c8f519505

Password: YgFd3KS

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-61f03c5e-df81-433b-95bb-945c8f519505.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-10 12:55:45.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-05-10 12:55:45.0 |
Page 473

```
                        windstream_20110523-0728.txt
SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-61f03c5e-df81-433b-95bb-945c8f519505</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-61f03c5e-df81-433b-95bb-945c
8f519505</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-10 12:55:45.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>26882</Port>
<DNS_Name>173.187.145.44:26882</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-61f03c5e-df81-433b-95bb-945
c8f519505</URL_Base>
<UserName>GB-61f03c5e-df81-433b-95bb-945c8f519505</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-61f03c5e-df81-433b-95bb-945c8f519505" Password="YgFd3KS" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-10 12:55:45.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML



Subject: Unauthorized Use of Copyrights RE: GB-8b063e83-bfea-467a-95c4-3119bdfe1d94
From: DMCA@DigitalRightsCorp.com
Date: Wed, 11 May 2011 13:35:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-8b063e83-bfea-467a-95c4-3119bdfe1d94 2011-05-10 12:55:45.0
```

windstream_20110523-0728.txt

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.145.44 on 2011-05-10 12:55:45.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8b063e83-bfea-467a-95c4-3119bdfe1d94

2.      Enter this password: WjTsGBD

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser

windstream_20110523-0728.txt
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8b063e83-bfea-467a-95c4-3119bdfe1d94

Password: WjTsGBD

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8b063e83-bfea-467a-95c4-3119bdfe1d94.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-10 12:55:45.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-05-10 12:55:45.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8b063e83-bfea-467a-95c4-3119bdfe1d94</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8b063e83-bfea-467a-95c4-3119
bdfe1d94</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-10 12:55:45.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>26882</Port>
<DNS_Name>173.187.145.44:26882</DNS_Name>

windstream_20110523-0728.txt

```
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8b063e83-bfea-467a-95c4-311
9bdfe1d94</URL_Base>
<UserName>GB-8b063e83-bfea-467a-95c4-3119bdfe1d94</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8b063e83-bfea-467a-95c4-3119bdfe1d94" Password="WjTsGBD" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-10 12:55:45.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-8c6a9076-60a3-4096-8bef-90ca04ef7873
From: DMCA@DigitalRightsCorp.com
Date: Wed, 11 May 2011 13:35:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-8c6a9076-60a3-4096-8bef-90ca04ef7873 2011-05-10 12:55:45.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.145.44 on 2011-05-10 12:55:45.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8c6a9076-60a3-4096-8bef-90ca04ef7873

2.      Enter this password: NGilz82

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

windstream_20110523-0728.txt
TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8c6a9076-60a3-4096-8bef-90ca04ef7873

Password: NGilz82

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8c6a9076-60a3-4096-8bef-90ca04ef7873.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-10 12:55:45.0 GMT

windstream_20110523-0728.txt
Infringers IP Address: 173.187.145.44

Infringers Port: 26882

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-05-10 12:55:45.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8c6a9076-60a3-4096-8bef-90ca04ef7873</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8c6a9076-60a3-4096-8bef-90ca
04ef7873</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-10 12:55:45.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>26882</Port>
<DNS_Name>173.187.145.44:26882</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8c6a9076-60a3-4096-8bef-90c
a04ef7873</URL_Base>
<UserName>GB-8c6a9076-60a3-4096-8bef-90ca04ef7873</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8c6a9076-60a3-4096-8bef-90ca04ef7873" Password="NGilz82" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-10 12:55:45.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-59b35939-523d-49f6-82e3-d0205057c936
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:26 -0700 (PDT)
To: abuse@windstream.net
Page 479

windstream_20110523-0728.txt

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-59b35939-523d-49f6-82e3-d0205057c936 2011-05-12 10:32:41.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file air supply [extended concert version].mp3  was infringed upon by a computer
at IP Address 98.20.13.82 on 2011-05-12 10:32:41.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-59b35939-523d-49f6-82e3-d0205057c936

2.      Enter this password: kfhyG8V

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB

windstream_20110523-0728.txt

believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-59b35939-523d-49f6-82e3-d0205057c936

Password: kfhyG8V

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-59b35939-523d-49f6-82e3-d0205057c936.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-12 10:32:41.0 GMT

Infringers IP Address: 98.20.13.82

Infringers Port: 7539

Listing of infringement(s) (Title/Filename/Timestamp/Hash): once | Copy of 01 - air supply [extended concert version].mp3 | 2011-05-12 10:32:41.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-59b35939-523d-49f6-82e3-d0205057c936</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-59b35939-523d-49f6-82e3-d020
5057c936</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>

windstream_20110523-0728.txt

&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-05-12 10:32:41.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;98.20.13.82&lt;/IP_Address&gt;
&lt;Port&gt;7539&lt;/Port&gt;
&lt;DNS_Name&gt;98.20.13.82:7539&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-59b35939-523d-49f6-82e3-d02
05057c936&lt;/URL_Base&gt;
&lt;UserName&gt;GB-59b35939-523d-49f6-82e3-d0205057c936&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-59b35939-523d-49f6-82e3-d0205057c936" Password="kfhyG8V" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-05-12 10:32:41.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;once&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - air supply [extended concert version].mp3&lt;/FileName&gt;
&lt;FileSize&gt;5248294&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-89755bdf-b7f8-45da-8af5-bc44b30d251d
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:34 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-89755bdf-b7f8-45da-8af5-bc44b30d251d 2011-05-13 06:03:14.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 Making Love Out of Nothing at All.mp3  was infringed upon by a computer
at IP Address 98.17.237.25 on 2011-05-13 06:03:14.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-89755bdf-b7f8-45da-8af5-bc44b30d251d

windstream_20110523-0728.txt

2.      Enter this password: dzeODt2

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-89755bdf-b7f8-45da-8af5-bc44b30d251d

Password: dzeODt2

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-89755bdf-b7f8-45da-8af5-bc44b30d251d.

If you need immediate assistance or if you have general questions please call the

windstream_20110523-0728.txt

number listed above.

Infringement Source: Shareaza

Timestamp: 2011-05-13 06:03:14.0 GMT

Infringers IP Address: 98.17.237.25

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - 06 Making Love Out of Nothing at All.mp3 | 2011-05-13
06:03:14.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-89755bdf-b7f8-45da-8af5-bc44b30d251d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-89755bdf-b7f8-45da-8af5-bc44
b30d251d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-13 06:03:14.0 GMT</TimeStamp>
<IP_Address>98.17.237.25</IP_Address>
<Port>6346</Port>
<DNS_Name>98.17.237.25:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-89755bdf-b7f8-45da-8af5-bc4
4b30d251d</URL_Base>
<UserName>GB-89755bdf-b7f8-45da-8af5-bc44b30d251d</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-89755bdf-b7f8-45da-8af5-bc44b30d251d" Password="dzeODt2" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 06:03:14.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - 06 Making Love Out of Nothing at All.mp3</FileName>
<FileSize>4554880</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-528acda9-debe-4f2a-b370-59e40724b1e5
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:35 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-528acda9-debe-4f2a-b370-59e40724b1e5 2011-05-13 06:14:43.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address
98.21.94.73 on 2011-05-13 06:14:43.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-528acda9-debe-4f2a-b370-59e40724b1e5

2.        Enter this password: qOUkLJi

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-528acda9-debe-4f2a-b370-59e40724b1e5

Password: qOUkLJi

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-528acda9-debe-4f2a-b370-59e40724b1e5.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-13 06:14:43.0 GMT

Infringers IP Address: 98.21.94.73

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 - Air Supply - Here I Am.mp3 | 2011-05-13 06:14:43.0 | SHA1 |

   --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-528acda9-debe-4f2a-b370-59e40724b1e5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-528acda9-debe-4f2a-b370-59e40724b1e5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>

windstream_20110523-0728.txt

<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-13 06:14:43.0 GMT</TimeStamp>
<IP_Address>98.21.94.73</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.94.73:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-528acda9-debe-4f2a-b370-59e
40724b1e5</URL_Base>
<UserName>GB-528acda9-debe-4f2a-b370-59e40724b1e5</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-528acda9-debe-4f2a-b370-59e40724b1e5" Password="qOUkLJi" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 06:14:43.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:35 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb 2011-05-13 06:14:43.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 98.21.94.73 on 2011-05-13 06:14:43.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated

windstream_20110523-0728.txt
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb

2.      Enter this password: jXdVZar

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb

Password: jXdVZar

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-13 06:14:43.0 GMT

Infringers IP Address: 98.21.94.73

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out Of Love.mp3 | 2011-05-13 06:14:43.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-13 06:14:43.0 GMT</TimeStamp>
<IP_Address>98.21.94.73</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.94.73:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb</URL_Base>
<UserName>GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-90ecb1c6-53fc-46d5-b4ea-be3306f2cbcb" Password="jXdVZar" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 06:14:43.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>

windstream_20110523-0728.txt

</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:35 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7 2011-05-13 06:14:43.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All.mp3  was infringed upon by a
computer at IP Address 98.21.94.73 on 2011-05-13 06:14:43.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7

2.      Enter this password: eaqFJPf

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
Page 490

windstream_20110523-0728.txt

result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7

Password: eaqFJPf

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-13 06:14:43.0 GMT

Infringers IP Address: 98.21.94.73

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3 | 2011-05-13 06:14:43.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7</Ref_URL>
<Status>Pending</Status>

windstream_20110523-0728.txt

```
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-13 06:14:43.0 GMT</TimeStamp>
<IP_Address>98.21.94.73</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.94.73:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-ac9deaf1-38e1-4bb4-aa66-d5f
be66f7ea7</URL_Base>
<UserName>GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-ac9deaf1-38e1-4bb4-aa66-d5fbe66f7ea7" Password="eaqFJPf" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 06:14:43.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3</FileName>
<FileSize>4842625</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-213e7ea2-e379-4dfc-acc2-ca7d76162583
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-213e7ea2-e379-4dfc-acc2-ca7d76162583 2011-05-16 01:00:50.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Air Supply - Making Love Out of Nothing At All.mp3  was infringed upon by a
computer at IP Address 98.21.80.87 on 2011-05-16 01:00:50.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-213e7ea2-e379-4dfc-acc2-ca7d76162583

2.      Enter this password: iQpIVC3

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-213e7ea2-e379-4dfc-acc2-ca7d76162583

Password: iQpIVC3

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-213e7ea2-e379-4dfc-acc2-ca7d76162583.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-16 01:00:50.0 GMT

Infringers IP Address: 98.21.80.87

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3 |
2011-05-16 01:00:50.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-213e7ea2-e379-4dfc-acc2-ca7d76162583</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-213e7ea2-e379-4dfc-acc2-ca7d
76162583</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-16 01:00:50.0 GMT</TimeStamp>
<IP_Address>98.21.80.87</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.80.87:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-213e7ea2-e379-4dfc-acc2-ca7
d76162583</URL_Base>
<UserName>GB-213e7ea2-e379-4dfc-acc2-ca7d76162583</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-213e7ea2-e379-4dfc-acc2-ca7d76162583" Password="iQpIVC3" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-16 01:00:50.0 GMT</TimeStamp>

Page 494

windstream_20110523-0728.txt
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3</FileName>
<FileSize>4842625</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-5f87c520-3880-456e-a2e6-336f537ee82e
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-5f87c520-3880-456e-a2e6-336f537ee82e 2011-05-16 01:00:50.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 98.21.80.87 on 2011-05-16 01:00:50.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-5f87c520-3880-456e-a2e6-336f537ee82e

2.      Enter this password: eh1ZalA

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently

windstream_20110523-0728.txt

cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-5f87c520-3880-456e-a2e6-336f537ee82e

Password: eh1ZalA

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-5f87c520-3880-456e-a2e6-336f537ee82e.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-16 01:00:50.0 GMT

Infringers IP Address: 98.21.80.87

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy of 01 - Air Supply - All Out Of Love.mp3 | 2011-05-16 01:00:50.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>

windstream_20110523-0728.txt
```
<Infringement>
<Case>
<ID>GB-5f87c520-3880-456e-a2e6-336f537ee82e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-5f87c520-3880-456e-a2e6-336f
537ee82e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-16 01:00:50.0 GMT</TimeStamp>
<IP_Address>98.21.80.87</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.80.87:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-5f87c520-3880-456e-a2e6-336
f537ee82e</URL_Base>
<UserName>GB-5f87c520-3880-456e-a2e6-336f537ee82e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-5f87c520-3880-456e-a2e6-336f537ee82e" Password="eh1ZalA" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-16 01:00:50.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-b4212b04-59e6-4ba8-8df8-49dfbf10cad9
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:49 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-b4212b04-59e6-4ba8-8df8-49dfbf10cad9 2011-05-16 01:00:50.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
                        Page 497

windstream_20110523-0728.txt

This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3 was infringed upon by a computer at IP Address 98.21.80.87 on 2011-05-16 01:00:50.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-b4212b04-59e6-4ba8-8df8-49dfbf10cad9

2.      Enter this password: kX9Nmt6

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-b4212b04-59e6-4ba8-8df8-49dfbf10cad9

windstream_20110523-0728.txt

Password: kX9Nmt6

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-b4212b04-59e6-4ba8-8df8-49dfbf10cad9.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-16 01:00:50.0 GMT

Infringers IP Address: 98.21.80.87

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-05-16 01:00:50.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-b4212b04-59e6-4ba8-8df8-49dfbf10cad9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-b4212b04-59e6-4ba8-49df
bf10cad9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-16 01:00:50.0 GMT</TimeStamp>
<IP_Address>98.21.80.87</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.80.87:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-b4212b04-59e6-4ba8-8df8-49d
fbf10cad9</URL_Base>
<UserName>GB-b4212b04-59e6-4ba8-8df8-49dfbf10cad9</UserName>
<Number_Files>1</Number_Files>

Page 499

windstream_20110523-0728.txt

&lt;Login Username="GB-b4212b04-59e6-4ba8-8df8-49dfbf10cad9" Password="kX9Nmt6" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-05-16 01:00:50.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;here i am&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Here I Am.mp3&lt;/FileName&gt;
&lt;FileSize&gt;3572425&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-a3b7a68c-c213-4d82-83a3-6d59bce3d043
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-a3b7a68c-c213-4d82-83a3-6d59bce3d043 2011-05-16 09:56:50.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 69.66.232.108 on 2011-05-16 09:56:50.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a3b7a68c-c213-4d82-83a3-6d59bce3d043

2.      Enter this password: dGRSFZE

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive

windstream_20110523-0728.txt
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a3b7a68c-c213-4d82-83a3-6d59bce3d043

Password: dGRSFZE

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a3b7a68c-c213-4d82-83a3-6d59bce3d043.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-16 09:56:50.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
Page 501

windstream_20110523-0728.txt
of 01 - Air Supply - All Out Of Love.mp3 | 2011-05-16 09:56:50.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a3b7a68c-c213-4d82-83a3-6d59bce3d043</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a3b7a68c-c213-4d82-83a3-6d59
bce3d043</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-16 09:56:50.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a3b7a68c-c213-4d82-83a3-6d5
9bce3d043</URL_Base>
<UserName>GB-a3b7a68c-c213-4d82-83a3-6d59bce3d043</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a3b7a68c-c213-4d82-83a3-6d59bce3d043" Password="dGRSFZE" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-16 09:56:50.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-a538af77-ab76-4918-a1a0-2308e55f0386
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

windstream_20110523-0728.txt
Reference#: GB-a538af77-ab76-4918-a1a0-2308e55f0386 2011-05-16 09:56:50.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    This is not spam.
    Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Sweet Dreams.mp3  was infringed upon by a computer at IP
Address 69.66.232.108 on 2011-05-16 09:56:50.0 .

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.    Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a538af77-ab76-4918-a1a0-2308e55f0386

2.    Enter this password: hrjHicx

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

windstream_20110523-0728.txt
To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a538af77-ab76-4918-a1a0-2308e55f0386

Password: hrjHicx

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a538af77-ab76-4918-a1a0-2308e55f0386.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-16 09:56:50.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet dreams | Copy of
01 - Air Supply - Sweet Dreams.mp3 | 2011-05-16 09:56:50.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a538af77-ab76-4918-a1a0-2308e55f0386</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a538af77-ab76-4918-a1a0-2308
e55f0386</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-16 09:56:50.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>

windstream_20110523-0728.txt

```
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a538af77-ab76-4918-a1a0-230
8e55f0386</URL_Base>
<UserName>GB-a538af77-ab76-4918-a1a0-2308e55f0386</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a538af77-ab76-4918-a1a0-2308e55f0386" Password="hrjHicx" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-16 09:56:50.0 GMT</TimeStamp>
<Title>sweet dreams</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Sweet Dreams.mp3</FileName>
<FileSize>5137264</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-aab9ec2f-db17-4d68-bdc4-2e06e972d5a9
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:27:51 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-aab9ec2f-db17-4d68-bdc4-2e06e972d5a9 2011-05-16 09:56:50.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Oldies - Air Supply - Making Love Out of Nothing At All.mp3  was infringed
upon by a computer at IP Address 69.66.232.108 on 2011-05-16 09:56:50.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-aab9ec2f-db17-4d68-bdc4-2e06e972d5a9

2.      Enter this password: KjxROTs

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

windstream_20110523-0728.txt

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-aab9ec2f-db17-4d68-bdc4-2e06e972d5a9

Password: KjxROTs

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-aab9ec2f-db17-4d68-bdc4-2e06e972d5a9.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-16 09:56:50.0 GMT

windstream_20110523-0728.txt
Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3 | 2011-05-16 09:56:50.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-aab9ec2f-db17-4d68-bdc4-2e06e972d5a9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-aab9ec2f-db17-bdc4-2e06
e972d5a9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-16 09:56:50.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-aab9ec2f-db17-4d68-bdc4-2e0
6e972d5a9</URL_Base>
<UserName>GB-aab9ec2f-db17-4d68-bdc4-2e06e972d5a9</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-aab9ec2f-db17-4d68-bdc4-2e06e972d5a9" Password="KjxROTs" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-16 09:56:50.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3</FileName>
<FileSize>4836540</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-052245bb-5f34-48ef-b88a-a0f63de67aee
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:33 -0700 (PDT)

windstream_20110523-0728.txt

To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-052245bb-5f34-48ef-b88a-a0f63de67aee 2011-05-13 04:02:49.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign.mp3  was infringed upon by a computer
at IP Address 71.7.121.16 on 2011-05-13 04:02:49.0 .

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-052245bb-5f34-48ef-b88a-a0f63de67aee

2.      Enter this password: bf0y7IL

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR

windstream_20110523-0728.txt
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-052245bb-5f34-48ef-b88a-a0f63de67aee

Password: bf0y7IL

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-052245bb-5f34-48ef-b88a-a0f63de67aee.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Shareaza

Timestamp: 2011-05-13 04:02:49.0 GMT

Infringers IP Address: 71.7.121.16

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign.mp3 | 2011-05-13 04:02:49.0 | SHA1
|

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-052245bb-5f34-48ef-b88a-a0f63de67aee</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-052245bb-5f34-48ef-b88a-a0f6
3de67aee</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>

Page 509

windstream_20110523-0728.txt

&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-05-13 04:02:49.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;71.7.121.16&lt;/IP_Address&gt;
&lt;Port&gt;6346&lt;/Port&gt;
&lt;DNS_Name&gt;71.7.121.16:6346&lt;/DNS_Name&gt;
&lt;Type&gt;Shareaza&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-052245bb-5f34-48ef-b88a-a0f
63de67aee&lt;/URL_Base&gt;
&lt;UserName&gt;GB-052245bb-5f34-48ef-b88a-a0f63de67aee&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-052245bb-5f34-48ef-b88a-a0f63de67aee" Password="bf0y7IL" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-05-13 04:02:49.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;born under a bad sign&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - Born Under a Bad Sign.mp3&lt;/FileName&gt;
&lt;FileSize&gt;2710525&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-12754ece-7c18-49ee-87aa-9a6b6a155ada
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:33 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-12754ece-7c18-49ee-87aa-9a6b6a155ada 2011-05-13 08:22:00.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.145.44 on 2011-05-13 08:22:00.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-12754ece-7c18-49ee-87aa-9a6b6a155ada

windstream_20110523-0728.txt

2.      Enter this password: 3Vs184f

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-12754ece-7c18-49ee-87aa-9a6b6a155ada

Password: 3Vs184f

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-12754ece-7c18-49ee-87aa-9a6b6a155ada.

If you need immediate assistance or if you have general questions please call the

windstream_20110523-0728.txt
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-13 08:22:00.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-05-13 08:22:00.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-12754ece-7c18-49ee-87aa-9a6b6a155ada</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-12754ece-7c18-49ee-87aa-9a6b
6a155ada</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-13 08:22:00.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-12754ece-7c18-49ee-87aa-9a6
b6a155ada</URL_Base>
<UserName>GB-12754ece-7c18-49ee-87aa-9a6b6a155ada</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-12754ece-7c18-49ee-87aa-9a6b6a155ada" Password="3Vs184f" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 08:22:00.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt


Subject: Unauthorized Use of Copyrights RE: GB-309b1aec-6992-4d7f-b139-ae3390bb4f18
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:33 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-309b1aec-6992-4d7f-b139-ae3390bb4f18 2011-05-13 08:22:00.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.145.44 on 2011-05-13 08:22:00.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-309b1aec-6992-4d7f-b139-ae3390bb4f18

2.      Enter this password: OJVixcM

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-309b1aec-6992-4d7f-b139-ae3390bb4f18

Password: OJVixcM

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-309b1aec-6992-4d7f-b139-ae3390bb4f18.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-13 08:22:00.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign | Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-05-13 08:22:00.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-309b1aec-6992-4d7f-b139-ae3390bb4f18</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-309b1aec-6992-4d7f-b139-ae3390bb4f18</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED

windstream_20110523-0728.txt
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-13 08:22:00.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-309b1aec-6992-4d7f-b139-ae3
390bb4f18</URL_Base>
<UserName>GB-309b1aec-6992-4d7f-b139-ae3390bb4f18</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-309b1aec-6992-4d7f-b139-ae3390bb4f18" Password="OJVixcM" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 08:22:00.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-e1f2efc0-14e7-4adb-9997-bce31a32ba03
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:33 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-e1f2efc0-14e7-4adb-9997-bce31a32ba03 2011-05-13 08:22:00.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.145.44 on 2011-05-13 08:22:00.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated

windstream_20110523-0728.txt

settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-e1f2efc0-14e7-4adb-9997-bce31a32ba03

2.      Enter this password: 8rUsoBJ

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC ('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-e1f2efc0-14e7-4adb-9997-bce31a32ba03

Password: 8rUsoBJ

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-e1f2efc0-14e7-4adb-9997-bce31a32ba03.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-13 08:22:00.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 |
2011-05-13 08:22:00.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-e1f2efc0-14e7-4adb-9997-bce31a32ba03</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-e1f2efc0-14e7-4adb-9997-bce3
1a32ba03</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-13 08:22:00.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-e1f2efc0-14e7-4adb-9997-bce
31a32ba03</URL_Base>
<UserName>GB-e1f2efc0-14e7-4adb-9997-bce31a32ba03</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-e1f2efc0-14e7-4adb-9997-bce31a32ba03" Password="8rUsoBJ" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 08:22:00.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>

windstream_20110523-0728.txt

```
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:34 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c 2011-05-14 12:27:14.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.145.44 on 2011-05-14 12:27:14.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c

2.      Enter this password: SCzFEop

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a

windstream_20110523-0728.txt

result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c

Password: SCzFEop

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-14 12:27:14.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 | 2011-05-14 12:27:14.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c</Ref_URL>
<Status>Pending</Status>

windstream_20110523-0728.txt

```
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-14 12:27:14.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-01fa431b-a4a0-4540-8fd3-0db
d63376c3c</URL_Base>
<UserName>GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-01fa431b-a4a0-4540-8fd3-0dbd63376c3c" Password="SCzFEop" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-14 12:27:14.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of O1 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-0ee3a071-024a-4aed-99b5-5118be82234a
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:34 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-0ee3a071-024a-4aed-99b5-5118be82234a 2011-05-14 12:27:14.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a

windstream_20110523-0728.txt
computer at IP Address 173.187.145.44 on 2011-05-14 12:27:14.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.       Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-0ee3a071-024a-4aed-99b5-5118be82234a

2.       Enter this password: ju7fenG

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-0ee3a071-024a-4aed-99b5-5118be82234a

Password: ju7fenG

Very truly yours,

Christopher Sabec

CEO

windstream_20110523-0728.txt

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-0ee3a071-024a-4aed-99b5-5118be82234a.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-14 12:27:14.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-05-14 12:27:14.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-0ee3a071-024a-4aed-99b5-5118be82234a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-0ee3a071-024a-4aed-99b5-5118
be82234a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-14 12:27:14.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-0ee3a071-024a-4aed-99b5-511
8be82234a</URL_Base>
<UserName>GB-0ee3a071-024a-4aed-99b5-5118be82234a</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-0ee3a071-024a-4aed-99b5-5118be82234a" Password="ju7fenG" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-14 12:27:14.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>

windstream_20110523-0728.txt

<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-1956563d-02f7-4a57-9fe9-5f6c062976a0
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:34 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-1956563d-02f7-4a57-9fe9-5f6c062976a0 2011-05-17 02:40:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play The Blues For You.mp3  was infringed upon by a
computer at IP Address 173.187.145.44 on 2011-05-17 02:40:02.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1956563d-02f7-4a57-9fe9-5f6c062976a0

2.      Enter this password: sRYgd93

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar

windstream_20110523-0728.txt

activities) of recordings of Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-1956563d-02f7-4a57-9fe9-5f6c062976a0

Password: sRYgd93

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-1956563d-02f7-4a57-9fe9-5f6c062976a0.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 02:40:02.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3 | 2011-05-17 02:40:02.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>

windstream_20110523-0728.txt

<Case>
<ID>GB-1956563d-02f7-4a57-9fe9-5f6c062976a0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1956563d-02f7-4a57-9fe9-5f6c062976a0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 02:40:02.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-1956563d-02f7-4a57-9fe9-5f6c062976a0</URL_Base>
<UserName>GB-1956563d-02f7-4a57-9fe9-5f6c062976a0</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-1956563d-02f7-4a57-9fe9-5f6c062976a0" Password="sRYgd93" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 02:40:02.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play The Blues For You.mp3</FileName>
<FileSize>7026688</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-529927d3-4e02-41dc-abfa-e4e810132a56
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:34 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-529927d3-4e02-41dc-abfa-e4e810132a56 2011-05-17 02:40:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload

windstream_20110523-0728.txt
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - Born Under a Bad Sign(1)(1).mp3  was infringed upon by a
computer at IP Address 173.187.145.44 on 2011-05-17 02:40:02.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-529927d3-4e02-41dc-abfa-e4e810132a56

2.      Enter this password: a4Kte9s

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-529927d3-4e02-41dc-abfa-e4e810132a56

Password: a4Kte9s

windstream_20110523-0728.txt

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-529927d3-4e02-41dc-abfa-e4e810132a56.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 02:40:02.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): born under a bad sign |
Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3 | 2011-05-17 02:40:02.0 |
SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-529927d3-4e02-41dc-abfa-e4e810132a56</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-529927d3-4e02-41dc-abfa-e4e8
10132a56</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 02:40:02.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-529927d3-4e02-41dc-abfa-e4e
810132a56</URL_Base>
<UserName>GB-529927d3-4e02-41dc-abfa-e4e810132a56</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-529927d3-4e02-41dc-abfa-e4e810132a56" Password="a4Kte9s" />

windstream_20110523-0728.txt

```
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 02:40:02.0 GMT</TimeStamp>
<Title>born under a bad sign</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - Born Under a Bad Sign(1)(1).mp3</FileName>
<FileSize>4048906</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-6985d168-7600-469d-874f-44f74c7e42d6
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:34 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-6985d168-7600-469d-874f-44f74c7e42d6 2011-05-14 12:27:14.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.145.44 on 2011-05-14 12:27:14.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-6985d168-7600-469d-874f-44f74c7e42d6

2.      Enter this password: eY8ahjC

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

windstream_20110523-0728.txt

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  Albert King compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-6985d168-7600-469d-874f-44f74c7e42d6

Password: eY8ahjC

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-6985d168-7600-469d-874f-44f74c7e42d6.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-14 12:27:14.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3 | 2011-05-14 12:27:14.0 | SHA1 |

Page 529

windstream_20110523-0728.txt

--Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-6985d168-7600-469d-874f-44f74c7e42d6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-6985d168-7600-469d-874f-44f7
4c7e42d6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-14 12:27:14.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-6985d168-7600-469d-874f-44f
74c7e42d6</URL_Base>
<UserName>GB-6985d168-7600-469d-874f-44f74c7e42d6</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-6985d168-7600-469d-874f-44f74c7e42d6" Password="eY8ahjC" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-14 12:27:14.0 GMT</TimeStamp>
<Title>i&#39;ll play the blues for you</Title>
<Artist>Albert King</Artist>
<FileName>Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3</FileName>
<FileSize>10510336</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-9ab18c92-2600-47e9-9c62-eb058bd8f5ce
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:31:34 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-9ab18c92-2600-47e9-9c62-eb058bd8f5ce 2011-05-17 02:40:02.0

windstream_20110523-0728.txt

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Albert King - I&#39;ll Play the Blues for You (Parts 1 and 2).mp3  was
infringed upon by a computer at IP Address 173.187.145.44 on 2011-05-17 02:40:02.0 .

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-9ab18c92-2600-47e9-9c62-eb058bd8f5ce

2.      Enter this password: GVw4JIL

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Albert King musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Albert King compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser

windstream_20110523-0728.txt
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-9ab18c92-2600-47e9-9c62-eb058bd8f5ce

Password: GVw4JIL

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-9ab18c92-2600-47e9-9c62-eb058bd8f5ce.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 02:40:02.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): i&#39;ll play the blues
for you | Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3 | 2011-05-17 02:40:02.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-9ab18c92-2600-47e9-9c62-eb058bd8f5ce</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-9ab18c92-2600-47e9-9c62-eb05
8bd8f5ce</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 02:40:02.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>

windstream_20110523-0728.txt

&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-9ab18c92-2600-47e9-9c62-eb0
58bd8f5ce&lt;/URL_Base&gt;
&lt;UserName&gt;GB-9ab18c92-2600-47e9-9c62-eb058bd8f5ce&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-9ab18c92-2600-47e9-9c62-eb058bd8f5ce" Password="GVw4JIL" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-05-17 02:40:02.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;i&#39;ll play the blues for you&lt;/Title&gt;
&lt;Artist&gt;Albert King&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Albert King - I&#39;ll Play the Blues for You (Parts 1 and
2).mp3&lt;/FileName&gt;
&lt;FileSize&gt;10510336&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-1fb2ec69-0b50-403f-90f8-39144ffe23b5
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:44:08 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-1fb2ec69-0b50-403f-90f8-39144ffe23b5 2011-05-14 04:14:24.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Baby Please Don&#39;t Go (2).mp3  was infringed upon by a computer at IP
Address 98.17.237.25 on 2011-05-14 04:14:24.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1fb2ec69-0b50-403f-90f8-39144ffe23b5

2.      Enter this password: wWeotia

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

windstream_20110523-0728.txt

TR is the exclusive owners of copyrights for John Lee Hooker musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of TR's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of John Lee Hooker compositions, including but not limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by TR as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of TR's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While TR is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The TR believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-1fb2ec69-0b50-403f-90f8-39144ffe23b5

Password: wWeotia

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-1fb2ec69-0b50-403f-90f8-39144ffe23b5.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-05-14 04:14:24.0 GMT

windstream_20110523-0728.txt
Infringers IP Address: 98.17.237.25

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): baby please don&#39;t go
| Copy of 01 - Baby Please Don&#39;t Go (2).mp3 | 2011-05-14 04:14:24.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-1fb2ec69-0b50-403f-90f8-39144ffe23b5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1fb2ec69-0b50-403f-3914
4ffe23b5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-14 04:14:24.0 GMT</TimeStamp>
<IP_Address>98.17.237.25</IP_Address>
<Port>6346</Port>
<DNS_Name>98.17.237.25:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-1fb2ec69-0b50-403f-90f8-391
44ffe23b5</URL_Base>
<UserName>GB-1fb2ec69-0b50-403f-90f8-39144ffe23b5</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-1fb2ec69-0b50-403f-90f8-39144ffe23b5" Password="wWeotia" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-14 04:14:24.0 GMT</TimeStamp>
<Title>baby please don&#39;t go</Title>
<Artist>John Lee Hooker</Artist>
<FileName>Copy of 01 - Baby Please Don&#39;t Go (2).mp3</FileName>
<FileSize>2371126</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 15:44:08 -0700 (PDT)
To: abuse@windstream.net

Page 535

windstream_20110523-0728.txt
**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd 2011-05-13 08:12:31.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Baby Please Don&#39;t Go (2).mp3 was infringed upon by a computer at IP
Address 98.17.237.25 on 2011-05-13 08:12:31.0 .

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd

2.      Enter this password: YjySmOO

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for John Lee Hooker musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of John Lee Hooker compositions, including but not
limited to those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

windstream_20110523-0728.txt

In order to help you avoid further legal action from TR, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd

Password: YjySmOO

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Shareaza

Timestamp: 2011-05-13 08:12:31.0 GMT

Infringers IP Address: 98.17.237.25

Infringers Port: 6346

Listing of infringement(s) (Title/Filename/Timestamp/Hash): baby please don&#39;t go | Copy of 01 - Baby Please Don&#39;t Go (2).mp3 | 2011-05-13 08:12:31.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>

windstream_20110523-0728.txt
<TimeStamp>2011-05-13 08:12:31.0 GMT</TimeStamp>
<IP_Address>98.17.237.25</IP_Address>
<Port>6346</Port>
<DNS_Name>98.17.237.25:6346</DNS_Name>
<Type>Shareaza</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3a62ba38-0d24-437d-8d5e-c62
c03cc1abd</URL_Base>
<UserName>GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3a62ba38-0d24-437d-8d5e-c62c03cc1abd" Password="YjySmOO" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 08:12:31.0 GMT</TimeStamp>
<Title>baby please don&#39;t go</Title>
<Artist>John Lee Hooker</Artist>
<FileName>Copy of 01 - Baby Please Don&#39;t Go (2).mp3</FileName>
<FileSize>2371126</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009
From: DMCA@DigitalRightsCorp.com
Date: Tue, 17 May 2011 16:06:24 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009 2011-05-13 10:36:45.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 15-yanni-ritual_de_amore_(desire).mp3  was infringed upon by a computer at
IP Address 162.40.2.224 on 2011-05-13 10:36:45.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009

2.      Enter this password: m53L7rK

Page 538

windstream_20110523-0728.txt

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that Windstream
Communications Inc is the service provider for the IP address listed below, from
which unauthorized copying and distribution (downloading, uploading, file serving,
file 'swapping' or other similar activities) of 23rd's exclusive copyrights listed
below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of Yanni compositions, including but not limited to those
items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by 23rd as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
23rd's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While 23rd is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009

Password: m53L7rK

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

windstream_20110523-0728.txt

Timestamp: 2011-05-13 10:36:45.0 GMT

Infringers IP Address: 162.40.2.224

Infringers Port: 37676

Listing of infringement(s) (Title/Filename/Timestamp/Hash): desire | Copy of 01 - 15-yanni-ritual_de_amore_(desire).mp3 | 2011-05-13 10:36:45.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-13 10:36:45.0 GMT</TimeStamp>
<IP_Address>162.40.2.224</IP_Address>
<Port>37676</Port>
<DNS_Name>162.40.2.224:37676</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009</URL_Base>
<UserName>GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-c8a44188-e4e2-4a19-9ab4-c3c3b2744009" Password="m53L7rK" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-13 10:36:45.0 GMT</TimeStamp>
<Title>desire</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - 15-yanni-ritual_de_amore_(desire).mp3</FileName>
<FileSize>6787376</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-4611b7e9-0967-415f-a195-b02d4725240e
From: DMCA@DigitalRightsCorp.com

windstream_20110523-0728.txt
Date: Wed, 18 May 2011 14:41:08 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-4611b7e9-0967-415f-a195-b02d4725240e 2011-05-17 08:08:04.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    This is not spam.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Chances.mp3  was infringed upon by a computer at IP Address 98.18.95.26 on 2011-05-17 08:08:04.0 .

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.    Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-4611b7e9-0967-415f-a195-b02d4725240e

2.    Enter this password: jQY3Ltk

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the

windstream_20110523-0728.txt

owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-4611b7e9-0967-415f-a195-b02d4725240e

Password: jQY3Ltk

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-4611b7e9-0967-415f-a195-b02d4725240e.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 08:08:04.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): chances | Copy of 01 - Air Supply - Chances.mp3 | 2011-05-17 08:08:04.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-4611b7e9-0967-415f-a195-b02d4725240e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-4611b7e9-0967-415f-a195-b02d4725240e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

windstream_20110523-0728.txt
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-4611b7e9-0967-415f-a195-b02
d4725240e</URL_Base>
<UserName>GB-4611b7e9-0967-415f-a195-b02d4725240e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-4611b7e9-0967-415f-a195-b02d4725240e" Password="jQY3Ltk" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<Title>chances</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Chances.mp3</FileName>
<FileSize>3438591</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-877cb758-1139-481f-a315-124b78e56479
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 14:41:08 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-877cb758-1139-481f-a315-124b78e56479 2011-05-17 08:08:04.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Can&#39;t Live (If living is without you).mp3  was infringed
upon by a computer at IP Address 98.18.95.26 on 2011-05-17 08:08:04.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:
                    Page 543

windstream_20110523-0728.txt

https://secure.digitalrightscorp.com/settle/GB-877cb758-1139-481f-a315-124b78e56479

2.        Enter this password: 5XCrywm

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-877cb758-1139-481f-a315-124b78e56479

Password: 5XCrywm

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-877cb758-1139-481f-a315-124b78e56479.

windstream_20110523-0728.txt

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 08:08:04.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01
- Air Supply - Can&#39;t Live (If living is without you).mp3 | 2011-05-17 08:08:04.0
| SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-877cb758-1139-481f-a315-124b78e56479</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-877cb758-1139-124b
78e56479</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-877cb758-1139-481f-a315-124
b78e56479</URL_Base>
<UserName>GB-877cb758-1139-481f-a315-124b78e56479</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-877cb758-1139-481f-a315-124b78e56479" Password="5XCrywm" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Can&#39;t Live (If living is without
you).mp3</FileName>
<FileSize>4563387</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

windstream_20110523-0728.txt

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-8d8b8412-cd6e-4a41-8074-a274f657b47c
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 14:41:08 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-8d8b8412-cd6e-4a41-8074-a274f657b47c 2011-05-17 08:08:04.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - I&#39;m So Lost Without You.mp3  was infringed upon by a
computer at IP Address 98.18.95.26 on 2011-05-17 08:08:04.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.        Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-8d8b8412-cd6e-4a41-8074-a274f657b47c

2.        Enter this password: FxGtCvN

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts

windstream_20110523-0728.txt

or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-8d8b8412-cd6e-4a41-8074-a274f657b47c

Password: FxGtCvN

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-8d8b8412-cd6e-4a41-8074-a274f657b47c.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 08:08:04.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01
- Air Supply - I&#39;m So Lost Without You.mp3 | 2011-05-17 08:08:04.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-8d8b8412-cd6e-4a41-8074-a274f657b47c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-8d8b8412-cd6e-4a41-8074-a274
f657b47c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>

windstream_20110523-0728.txt
```
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-8d8b8412-cd6e-4a41-8074-a27
4f657b47c</URL_Base>
<UserName>GB-8d8b8412-cd6e-4a41-8074-a274f657b47c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-8d8b8412-cd6e-4a41-8074-a274f657b47c" Password="FxGtCvN" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - I&#39;m So Lost Without You.mp3</FileName>
<FileSize>3900481</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-a30e8d5a-cc48-49be-bbf1-7e76ff70dc51
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 14:41:08 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-a30e8d5a-cc48-49be-bbf1-7e76ff70dc51 2011-05-17 08:08:04.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
98.18.95.26 on 2011-05-17 08:08:04.0 .

windstream_20110523-0728.txt

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a30e8d5a-cc48-49be-bbf1-7e76ff70dc51

2.      Enter this password: TZEf6IY

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a30e8d5a-cc48-49be-bbf1-7e76ff70dc51

Password: TZEf6IY

Very truly yours,

Christopher Sabec

CEO

Page 549

windstream_20110523-0728.txt
Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a30e8d5a-cc48-49be-bbf1-7e76ff70dc51.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 08:08:04.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out Of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-05-17 08:08:04.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a30e8d5a-cc48-49be-bbf1-7e76ff70dc51</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a30e8d5a-cc48-49be-bbf1-7e76
ff70dc51</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a30e8d5a-cc48-49be-bbf1-7e7
6ff70dc51</URL_Base>
<UserName>GB-a30e8d5a-cc48-49be-bbf1-7e76ff70dc51</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a30e8d5a-cc48-49be-bbf1-7e76ff70dc51" Password="TZEf6IY" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>

windstream_20110523-0728.txt
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-b45946e5-4b98-4839-9fbb-f27c8133d08f
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 14:41:08 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-b45946e5-4b98-4839-9fbb-f27c8133d08f 2011-05-17 08:08:04.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost In Love.mp3 was infringed upon by a computer at IP
Address 98.18.95.26 on 2011-05-17 08:08:04.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-b45946e5-4b98-4839-9fbb-f27c8133d08f

2.      Enter this password: 3orAvBD

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not

windstream_20110523-0728.txt

limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-b45946e5-4b98-4839-9fbb-f27c8133d08f

Password: 3orAvBD

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-b45946e5-4b98-4839-9fbb-f27c8133d08f.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 08:08:04.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost In Love.mp3 | 2011-05-17 08:08:04.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>

Page 552

windstream_20110523-0728.txt

&lt;Case&gt;
&lt;ID&gt;GB-b45946e5-4b98-4839-9fbb-f27c8133d08f&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/GB-b45946e5-4b98-4839-9fbb-f27c
8133d08f&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES&lt;/Address&gt;
&lt;Phone&gt;(424) 234-3150&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Windstream Communications Inc&lt;/Entity&gt;
&lt;Email&gt;abuse@windstream.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2011-05-17 08:08:04.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;98.18.95.26&lt;/IP_Address&gt;
&lt;Port&gt;7586&lt;/Port&gt;
&lt;DNS_Name&gt;98.18.95.26:7586&lt;/DNS_Name&gt;
&lt;Type&gt;Limewire&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/GB-b45946e5-4b98-4839-9fbb-f27
c8133d08f&lt;/URL_Base&gt;
&lt;UserName&gt;GB-b45946e5-4b98-4839-9fbb-f27c8133d08f&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="GB-b45946e5-4b98-4839-9fbb-f27c8133d08f" Password="3orAvBD" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2011-05-17 08:08:04.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;lost in love&lt;/Title&gt;
&lt;Artist&gt;air supply&lt;/Artist&gt;
&lt;FileName&gt;Copy of 01 - Air Supply - Lost In Love.mp3&lt;/FileName&gt;
&lt;FileSize&gt;5602551&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;SHA1&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

--End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-bdee8bb2-2232-49e3-9342-c87acc9b6e0d
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 14:41:08 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-bdee8bb2-2232-49e3-9342-c87acc9b6e0d 2011-05-17 08:08:04.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.

windstream_20110523-0728.txt

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address 98.18.95.26 on 2011-05-17 08:08:04.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-bdee8bb2-2232-49e3-9342-c87acc9b6e0d

2.      Enter this password: rhySzLD

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-bdee8bb2-2232-49e3-9342-c87acc9b6e0d

Password: rhySzLD

windstream_20110523-0728.txt

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-bdee8bb2-2232-49e3-9342-c87acc9b6e0d.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 08:08:04.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-05-17 08:08:04.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-bdee8bb2-2232-49e3-9342-c87acc9b6e0d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-bdee8bb2-2232-49e3-9342-c87a
cc9b6e0d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-bdee8bb2-2232-49e3-9342-c87
acc9b6e0d</URL_Base>
<UserName>GB-bdee8bb2-2232-49e3-9342-c87acc9b6e0d</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-bdee8bb2-2232-49e3-9342-c87acc9b6e0d" Password="rhySzLD" />

windstream_20110523-0728.txt
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 08:08:04.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-38ba4d5a-886f-4a35-94c1-8238138c3d03
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 16:13:14 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by 23rd Street Publishing Inc.

Reference#: GB-38ba4d5a-886f-4a35-94c1-8238138c3d03 2011-05-17 04:35:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Yanni--Smooth Jazz Yanni - Almost A Whisper - Romantic Piano (1).mp3  was
infringed upon by a computer at IP Address 69.40.12.93 on 2011-05-17 04:35:29.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-38ba4d5a-886f-4a35-94c1-8238138c3d03

2.      Enter this password: nNaJZ5r

Rightscorp, Inc. represents the following 'copyright owner(s)' 23rd Street
Publishing Inc. ('23rd').

23rd is the exclusive owners of copyrights for Yanni musical compositions, including
the musical compositions listed below. It has come to our attention that ALLTEL
Communications of Georgia is the service provider for the IP address listed below,
from which unauthorized copying and distribution (downloading, uploading, file
serving, file 'swapping' or other similar activities) of 23rd's exclusive copyrights
listed below is taking place.

windstream_20110523-0728.txt

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of Yanni compositions, including but not limited to those items listed in this correspondence.

23rd will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by 23rd as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of 23rd's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While 23rd is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The 23rd believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from 23rd, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-38ba4d5a-886f-4a35-94c1-8238138c3d03

Password: nNaJZ5r

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-38ba4d5a-886f-4a35-94c1-8238138c3d03.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 04:35:29.0 GMT

Infringers IP Address: 69.40.12.93

Infringers Port: 13558

Listing of infringement(s) (Title/Filename/Timestamp/Hash): almost a whisper | Copy of 01 - Yanni--Smooth Jazz Yanni - Almost A Whisper - Romantic Piano (1).mp3 | 2011-05-17 04:35:29.0 | SHA1 |

windstream_20110523-0728.txt

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-38ba4d5a-886f-4a35-94c1-8238138c3d03</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-38ba4d5a-886f-4a35-94c1-8238
138c3d03</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>ALLTEL Communications of Georgia</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 04:35:29.0 GMT</TimeStamp>
<IP_Address>69.40.12.93</IP_Address>
<Port>13558</Port>
<DNS_Name>69.40.12.93:13558</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-38ba4d5a-886f-4a35-94c1-823
8138c3d03</URL_Base>
<UserName>GB-38ba4d5a-886f-4a35-94c1-8238138c3d03</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-38ba4d5a-886f-4a35-94c1-8238138c3d03" Password="nNaJZ5r" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 04:35:29.0 GMT</TimeStamp>
<Title>almost a whisper</Title>
<Artist>Yanni</Artist>
<FileName>Copy of 01 - Yanni--Smooth Jazz Yanni - Almost A Whisper - Romantic Piano
(1).mp3</FileName>
<FileSize>3080192</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-1b4de122-7424-4a25-90af-f1e73cb69d4c
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 16:26:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Music Publishing Company of
America

windstream_20110523-0728.txt
Reference#: GB-1b4de122-7424-4a25-90af-f1e73cb69d4c 2011-05-17 06:16:17.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Stevie Ray Vaughn &amp; Eric Clapton, Buddy Guy, Robert Cray, Jimmy Vaughn
- Sweet Home Chicago (Live 8-26-90)! (1).mp3 was infringed upon by a computer at IP
Address 72.172.54.47 on 2011-05-17 06:16:17.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-1b4de122-7424-4a25-90af-f1e73cb69d4c

2.      Enter this password: 7SWMB4k

Rightscorp, Inc. represents the following 'copyright owner(s)' Music Publishing
Company of America ('MPCA').

MPCA is the exclusive owners of copyrights for Buddy Guy musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of MPCA's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Buddy Guy compositions, including but not limited to
those items listed in this correspondence.

MPCA will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by MPCA as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
MPCA's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While MPCA is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The MPCA
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from MPCA, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

windstream_20110523-0728.txt

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-1b4de122-7424-4a25-90af-f1e73cb69d4c

Password: 7SWMB4k

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-1b4de122-7424-4a25-90af-f1e73cb69d4c.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 06:16:17.0 GMT

Infringers IP Address: 72.172.54.47

Infringers Port: 12009

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet home chicago | Copy of 01 - Stevie Ray Vaughn &amp; Eric Clapton, Buddy Guy, Robert Cray, Jimmy Vaughn - Sweet Home Chicago (Live 8-26-90)! (1).mp3 | 2011-05-17 06:16:17.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-1b4de122-7424-4a25-90af-f1e73cb69d4c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-1b4de122-7424-4a25-90af-f1e73cb69d4c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 06:16:17.0 GMT</TimeStamp>
<IP_Address>72.172.54.47</IP_Address>

windstream_20110523-0728.txt

```
<Port>12009</Port>
<DNS_Name>72.172.54.47:12009</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-1b4de122-7424-4a25-90af-f1e
73cb69d4c</URL_Base>
<UserName>GB-1b4de122-7424-4a25-90af-f1e73cb69d4c</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-1b4de122-7424-4a25-90af-f1e73cb69d4c" Password="7SWMB4k" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 06:16:17.0 GMT</TimeStamp>
<Title>sweet home chicago</Title>
<Artist>Buddy Guy</Artist>
<FileName>Copy of 01 - Stevie Ray Vaughn &amp; Eric Clapton, Buddy Guy, Robert Cray,
Jimmy Vaughn - Sweet Home Chicago (Live 8-26-90)! (1).mp3</FileName>
<FileSize>15984768</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-3817d7d0-43e2-454b-b3f9-2032ed91e748
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 16:26:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Music Publishing Company of
America

Reference#: GB-3817d7d0-43e2-454b-b3f9-2032ed91e748 2011-05-17 11:57:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Stevie Ray Vaughn &amp; Eric Clapton, Buddy Guy, Robert Cray, Jimmy Vaughn
- Sweet Home Chicago (Live 8-26-90)! (1).mp3 was infringed upon by a computer at IP
Address 72.172.54.47 on 2011-05-17 11:57:49.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-3817d7d0-43e2-454b-b3f9-2032ed91e748

2.      Enter this password: DvF7Psq
                        Page 561

windstream_20110523-0728.txt

Rightscorp, Inc. represents the following 'copyright owner(s)' Music Publishing Company of America ('MPCA').

MPCA is the exclusive owners of copyrights for ERIC CLAPTON musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of MPCA's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  ERIC CLAPTON compositions, including but not limited to those items listed in this correspondence.

MPCA will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by MPCA as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of MPCA's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While MPCA is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The MPCA believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from MPCA, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-3817d7d0-43e2-454b-b3f9-2032ed91e748

Password: DvF7Psq

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-3817d7d0-43e2-454b-b3f9-2032ed91e748.

If you need immediate assistance or if you have general questions please call the number listed above.

windstream_20110523-0728.txt
Infringement Source: Limewire

Timestamp: 2011-05-17 11:57:49.0 GMT

Infringers IP Address: 72.172.54.47

Infringers Port: 12009

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet home chicago |
Copy of 01 - Stevie Ray Vaughn &amp; Eric Clapton, Buddy Guy, Robert Cray, Jimmy
Vaughn - Sweet Home Chicago (Live 8-26-90)! (1).mp3 | 2011-05-17 11:57:49.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-3817d7d0-43e2-454b-b3f9-2032ed91e748</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-3817d7d0-43e2-454b-b3f9-2032
ed91e748</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 11:57:49.0 GMT</TimeStamp>
<IP_Address>72.172.54.47</IP_Address>
<Port>12009</Port>
<DNS_Name>72.172.54.47:12009</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-3817d7d0-43e2-454b-b3f9-203
2ed91e748</URL_Base>
<UserName>GB-3817d7d0-43e2-454b-b3f9-2032ed91e748</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-3817d7d0-43e2-454b-b3f9-2032ed91e748" Password="DvF7Psq" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 11:57:49.0 GMT</TimeStamp>
<Title>sweet home chicago</Title>
<Artist>ERIC CLAPTON</Artist>
<FileName>Copy of 01 - Stevie Ray Vaughn &amp; Eric Clapton, Buddy Guy, Robert Cray,
Jimmy Vaughn - Sweet Home Chicago (Live 8-26-90)! (1).mp3</FileName>
<FileSize>15984768</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-ad6fb483-e4d6-4375-9ca7-9292353c9033
From: DMCA@DigitalRightsCorp.com
Date: Wed, 18 May 2011 16:26:47 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Music Publishing Company of
America

Reference#: GB-ad6fb483-e4d6-4375-9ca7-9292353c9033 2011-05-17 04:14:41.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Robert Cray - Sweet Home Chicago with Stevie Ray Vaughan, Buddy Guy, Eric
Clapton, Jimmy Vaughn.mp3 was infringed upon by a computer at IP Address
98.18.95.26 on 2011-05-17 04:14:41.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-ad6fb483-e4d6-4375-9ca7-9292353c9033

2.      Enter this password: dgrnmZD

Rightscorp, Inc. represents the following 'copyright owner(s)' Music Publishing
Company of America ('MPCA').

MPCA is the exclusive owners of copyrights for ERIC CLAPTON musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of MPCA's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of ERIC CLAPTON compositions, including but not limited
to those items listed in this correspondence.

MPCA will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by MPCA as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
MPCA's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While MPCA is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The MPCA
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from MPCA, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-ad6fb483-e4d6-4375-9ca7-9292353c9033

Password: dgrnmZD

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-ad6fb483-e4d6-4375-9ca7-9292353c9033.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-17 04:14:41.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet home chicago |
Copy of 01 - Robert Cray - Sweet Home Chicago with Stevie Ray Vaughan, Buddy Guy,
Eric Clapton, Jimmy Vaughn.mp3 | 2011-05-17 04:14:41.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-ad6fb483-e4d6-4375-9ca7-9292353c9033</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-ad6fb483-e4d6-4375-9ca7-9292
353c9033</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED

windstream_20110523-0728.txt

STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 04:14:41.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-ad6fb483-e4d6-4375-9ca7-929
2353c9033</URL_Base>
<UserName>GB-ad6fb483-e4d6-4375-9ca7-9292353c9033</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-ad6fb483-e4d6-4375-9ca7-9292353c9033" Password="dgrnmZD" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 04:14:41.0 GMT</TimeStamp>
<Title>sweet home chicago</Title>
<Artist>ERIC CLAPTON</Artist>
<FileName>Copy of 01 - Robert Cray - Sweet Home Chicago with Stevie Ray Vaughan,
Buddy Guy, Eric Clapton, Jimmy Vaughn.mp3</FileName>
<FileSize>6748728</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-dc39a7d5-b17e-4b89-9680-b1db31782b32
From: DMCA@DigitalRightsCorp.com
Date: Thu, 19 May 2011 08:50:41 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Music Publishing Company of
America

Reference#: GB-dc39a7d5-b17e-4b89-9680-b1db31782b32 2011-05-18 09:29:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Blues Brothers - Sweet Home Chicago.mp3  was infringed upon by a computer
at IP Address 173.187.145.44 on 2011-05-18 09:29:57.0 .

        We represent the copyright owner.

windstream_20110523-0728.txt

This notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-dc39a7d5-b17e-4b89-9680-b1db31782b32

2.      Enter this password: 5UnEkRi

Rightscorp, Inc. represents the following 'copyright owner(s)' Music Publishing Company of America ('MPCA').

MPCA is the exclusive owners of copyrights for BLUES BROTHERS musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of MPCA's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  BLUES BROTHERS compositions, including but not limited to those items listed in this correspondence.

MPCA will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by MPCA as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of MPCA's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While MPCA is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The MPCA believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from MPCA, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-dc39a7d5-b17e-4b89-9680-b1db31782b32

Password: 5UnEkRi

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,

windstream_20110523-0728.txt
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-dc39a7d5-b17e-4b89-9680-b1db31782b32.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-18 09:29:57.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet home chicago |
Copy of 01 - Blues Brothers - Sweet Home Chicago.mp3 | 2011-05-18 09:29:57.0 | SHA1
|

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-dc39a7d5-b17e-4b89-9680-b1db31782b32</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-dc39a7d5-b17e-4b89-9680-b1db
31782b32</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-18 09:29:57.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-dc39a7d5-b17e-4b89-9680-b1d
b31782b32</URL_Base>
<UserName>GB-dc39a7d5-b17e-4b89-9680-b1db31782b32</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-dc39a7d5-b17e-4b89-9680-b1db31782b32" Password="5UnEkRi" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-18 09:29:57.0 GMT</TimeStamp>
<Title>sweet home chicago</Title>
<Artist>BLUES BROTHERS</Artist>
<FileName>Copy of 01 - Blues Brothers - Sweet Home Chicago.mp3</FileName>
<FileSize>7552566</FileSize>

Page 568

windstream_20110523-0728.txt
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-031904b4-2219-4cf6-92e6-8d2dff6eccdc
From: DMCA@DigitalRightsCorp.com
Date: Thu, 19 May 2011 09:46:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-031904b4-2219-4cf6-92e6-8d2dff6eccdc 2011-05-18 10:50:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - I&#39;m So Lost Without You.mp3  was infringed upon by a
computer at IP Address 98.18.95.26 on 2011-05-18 10:50:22.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-031904b4-2219-4cf6-92e6-8d2dff6eccdc

2.      Enter this password: vWHKOwj

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

windstream_20110523-0728.txt

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-031904b4-2219-4cf6-92e6-8d2dff6eccdc

Password: vWHKOwj

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-031904b4-2219-4cf6-92e6-8d2dff6eccdc.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-18 10:50:22.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01 - Air Supply - I&#39;m So Lost Without You.mp3 | 2011-05-18 10:50:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-031904b4-2219-4cf6-92e6-8d2dff6eccdc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-031904b4-2219-4cf6-92e6-8d2d

windstream_20110523-0728.txt

ff6eccdc</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-031904b4-2219-4cf6-92e6-8d2
dff6eccdc</URL_Base>
<UserName>GB-031904b4-2219-4cf6-92e6-8d2dff6eccdc</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-031904b4-2219-4cf6-92e6-8d2dff6eccdc" Password="vWHKOwj" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - I&#39;m So Lost Without You.mp3</FileName>
<FileSize>3900481</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-51e4fbbb-1678-4b34-8873-a90f72255f92
From: DMCA@DigitalRightsCorp.com
Date: Thu, 19 May 2011 09:46:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-51e4fbbb-1678-4b34-8873-a90f72255f92 2011-05-18 10:50:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.

windstream_20110523-0728.txt
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Lost In Love.mp3 was infringed upon by a computer at IP Address 98.18.95.26 on 2011-05-18 10:50:22.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-51e4fbbb-1678-4b34-8873-a90f72255f92

2.      Enter this password: KXI1kc5

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-51e4fbbb-1678-4b34-8873-a90f72255f92

Password: KXI1kc5

Very truly yours,

windstream_20110523-0728.txt

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-51e4fbbb-1678-4b34-8873-a90f72255f92.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-18 10:50:22.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): lost in love | Copy of
01 - Air Supply - Lost In Love.mp3 | 2011-05-18 10:50:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-51e4fbbb-1678-4b34-8873-a90f72255f92</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-51e4fbbb-1678-4b34-a90f
72255f92</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-51e4fbbb-1678-4b34-8873-a90
f72255f92</URL_Base>
<UserName>GB-51e4fbbb-1678-4b34-8873-a90f72255f92</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-51e4fbbb-1678-4b34-8873-a90f72255f92" Password="KXl1kc5" />
</Source>
<Content>
<Item>

windstream_20110523-0728.txt
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<Title>lost in love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Lost In Love.mp3</FileName>
<FileSize>5602551</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-a2e39793-ddd0-4561-b07d-3c45b4bb6ff1
From: DMCA@DigitalRightsCorp.com
Date: Thu, 19 May 2011 09:46:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-a2e39793-ddd0-4561-b07d-3c45b4bb6ff1 2011-05-18 10:50:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Chances.mp3  was infringed upon by a computer at IP Address
98.18.95.26 on 2011-05-18 10:50:22.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-a2e39793-ddd0-4561-b07d-3c45b4bb6ff1

2.      Enter this password: 38fxQHi

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as

windstream_20110523-0728.txt

actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-a2e39793-ddd0-4561-b07d-3c45b4bb6ff1

Password: 38fxQHi

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-a2e39793-ddd0-4561-b07d-3c45b4bb6ff1.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-18 10:50:22.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): chances | Copy of 01 -
Air Supply - Chances.mp3 | 2011-05-18 10:50:22.0 | SHA1 |

  --Start ACNS XML

Page 575

```
                     windstream_20110523-0728.txt
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-a2e39793-ddd0-4561-b07d-3c45b4bb6ff1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-a2e39793-ddd0-4561-b07d-3c45
b4bb6ff1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-a2e39793-ddd0-4561-b07d-3c4
5b4bb6ff1</URL_Base>
<UserName>GB-a2e39793-ddd0-4561-b07d-3c45b4bb6ff1</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-a2e39793-ddd0-4561-b07d-3c45b4bb6ff1" Password="38fxQHi" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<Title>chances</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Chances.mp3</FileName>
<FileSize>3438591</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-be1c47e0-fb1c-4599-bdf5-e0fe97442426
From: DMCA@DigitalRightsCorp.com
Date: Thu, 19 May 2011 09:46:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-be1c47e0-fb1c-4599-bdf5-e0fe97442426 2011-05-18 10:50:22.0

Dear Sir or Madam:

windstream_20110523-0728.txt
Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Can&#39;t Live (If living is without you).mp3  was infringed
upon by a computer at IP Address 98.18.95.26 on 2011-05-18 10:50:22.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-be1c47e0-fb1c-4599-bdf5-e0fe97442426

2.      Enter this password: k3Hfs6P

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-be1c47e0-fb1c-4599-bdf5-e0fe97442426

windstream_20110523-0728.txt

Password: k3Hfs6P

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-be1c47e0-fb1c-4599-bdf5-e0fe97442426.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-18 10:50:22.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): without you | Copy of 01
- Air Supply - Can&#39;t Live (If living is without you).mp3 | 2011-05-18 10:50:22.0
| SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-be1c47e0-fb1c-4599-bdf5-e0fe97442426</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-be1c47e0-fb1c-4599-bdf5-e0fe
97442426</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-be1c47e0-fb1c-4599-bdf5-e0f
e97442426</URL_Base>

windstream_20110523-0728.txt
<UserName>GB-be1c47e0-fb1c-4599-bdf5-e0fe97442426</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-be1c47e0-fb1c-4599-bdf5-e0fe97442426" Password="k3Hfs6P" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<Title>without you</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Can&#39;t Live (If living is without
you).mp3</FileName>
<FileSize>4563387</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-fcc4df11-09e4-4e46-b627-e395ea01c340
From: DMCA@DigitalRightsCorp.com
Date: Thu, 19 May 2011 09:46:50 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-fcc4df11-09e4-4e46-b627-e395ea01c340 2011-05-18 10:50:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All (128 kbps - original rip
from cd) (80&#39;s music).mp3  was infringed upon by a computer at IP Address
98.18.95.26 on 2011-05-18 10:50:22.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-fcc4df11-09e4-4e46-b627-e395ea01c340

2.      Enter this password: 3Nxh27F

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
                                Page 579

windstream_20110523-0728.txt

including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-fcc4df11-09e4-4e46-b627-e395ea01c340

Password: 3Nxh27F

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-fcc4df11-09e4-4e46-b627-e395ea01c340.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-18 10:50:22.0 GMT

Infringers IP Address: 98.18.95.26

windstream_20110523-0728.txt

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All (128
kbps - original rip from cd) (80&#39;s music).mp3 | 2011-05-18 10:50:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-fcc4df11-09e4-4e46-b627-e395ea01c340</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-fcc4df11-09e4-4e46-b627-e395
ea01c340</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-fcc4df11-09e4-4e46-b627-e39
5ea01c340</URL_Base>
<UserName>GB-fcc4df11-09e4-4e46-b627-e395ea01c340</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-fcc4df11-09e4-4e46-b627-e395ea01c340" Password="3Nxh27F" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All (128 kbps -
original rip from cd) (80&#39;s music).mp3</FileName>
<FileSize>4832444</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-fce3385b-29d8-44b5-b7aa-c616672c51f9
From: DMCA@DigitalRightsCorp.com
Date: Thu, 19 May 2011 09:46:50 -0700 (PDT)
To: abuse@windstream.net

windstream_20110523-0728.txt

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-fce3385b-29d8-44b5-b7aa-c616672c51f9 2011-05-18 10:50:22.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      This is not spam.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address 98.18.95.26 on 2011-05-18 10:50:22.0 .

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-fce3385b-29d8-44b5-b7aa-c616672c51f9

2.      Enter this password: w4Hh6ps

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB

windstream_20110523-0728.txt
believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-fce3385b-29d8-44b5-b7aa-c616672c51f9

Password: w4Hh6ps

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-fce3385b-29d8-44b5-b7aa-c616672c51f9.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-18 10:50:22.0 GMT

Infringers IP Address: 98.18.95.26

Infringers Port: 7586

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 - Air Supply - Here I Am.mp3 | 2011-05-18 10:50:22.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-fce3385b-29d8-44b5-b7aa-c616672c51f9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-fce3385b-29d8-44b5-b7aa-c616672c51f9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>

windstream_20110523-0728.txt

```
</Service_Provider>
<Source>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<IP_Address>98.18.95.26</IP_Address>
<Port>7586</Port>
<DNS_Name>98.18.95.26:7586</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-fce3385b-29d8-44b5-b7aa-c61
6672c51f9</URL_Base>
<UserName>GB-fce3385b-29d8-44b5-b7aa-c616672c51f9</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-fce3385b-29d8-44b5-b7aa-c616672c51f9" Password="w4Hh6ps" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-18 10:50:22.0 GMT</TimeStamp>
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-af07f875-31b3-4e76-85a5-7aac370ced82
From: DMCA@DigitalRightsCorp.com
Date: Thu, 19 May 2011 10:29:41 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Tomato Records LLC

Reference#: GB-af07f875-31b3-4e76-85a5-7aac370ced82 2011-05-17 05:22:54.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Nina Simone - Please Don&#39;t Let me be Misunderstood.mp3  was infringed
upon by a computer at IP Address 69.40.12.93 on 2011-05-17 05:22:54.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-af07f875-31b3-4e76-85a5-7aac370ced82

windstream_20110523-0728.txt
2.       Enter this password:  2KADTFe

Rightscorp, Inc. represents the following 'copyright owner(s)' Tomato Records LLC
('TR').

TR is the exclusive owners of copyrights for Nina Simone musical compositions,
including the musical compositions listed below. It has come to our attention that
ALLTEL Communications of Georgia is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of TR's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  Nina Simone compositions, including but not limited to
those items listed in this correspondence.

TR will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by TR as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
TR's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While TR is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The TR
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from TR, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-af07f875-31b3-4e76-85a5-7aac370ced82

Password: 2KADTFe

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-af07f875-31b3-4e76-85a5-7aac370ced82.

If you need immediate assistance or if you have general questions please call the
number listed above.

windstream_20110523-0728.txt

Infringement Source: Limewire

Timestamp: 2011-05-17 05:22:54.0 GMT

Infringers IP Address: 69.40.12.93

Infringers Port: 13558

Listing of infringement(s) (Title/Filename/Timestamp/Hash): please don&#39;t let me
be misunderstood | Copy of 01 - Nina Simone - Please Don&#39;t Let me be
Misunderstood.mp3 | 2011-05-17 05:22:54.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-af07f875-31b3-4e76-85a5-7aac370ced82</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-af07f875-31b3-4e76-85a5-7aac
370ced82</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>ALLTEL Communications of Georgia</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-17 05:22:54.0 GMT</TimeStamp>
<IP_Address>69.40.12.93</IP_Address>
<Port>13558</Port>
<DNS_Name>69.40.12.93:13558</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-af07f875-31b3-4e76-85a5-7aa
c370ced82</URL_Base>
<UserName>GB-af07f875-31b3-4e76-85a5-7aac370ced82</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-af07f875-31b3-4e76-85a5-7aac370ced82" Password="2KADTFe" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-17 05:22:54.0 GMT</TimeStamp>
<Title>please don&#39;t let me be misunderstood</Title>
<Artist>Nina Simone</Artist>
<FileName>Copy of 01 - Nina Simone - Please Don&#39;t Let me be
Misunderstood.mp3</FileName>
<FileSize>3690496</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

windstream_20110523-0728.txt

Subject: Unauthorized Use of Copyrights RE: GB-94488f63-b464-45e2-9e13-8458c0f8da81
From: DMCA@DigitalRightsCorp.com
Date: Fri, 20 May 2011 08:50:09 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-94488f63-b464-45e2-9e13-8458c0f8da81 2011-05-19 07:53:14.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    This is not spam.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3 was infringed upon by a computer at IP Address 69.66.232.108 on 2011-05-19 07:53:14.0 .

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-94488f63-b464-45e2-9e13-8458c0f8da81

2.      Enter this password: lTPZjKQ

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

windstream_20110523-0728.txt

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-94488f63-b464-45e2-9e13-8458c0f8da81

Password: ITPZjKQ

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-94488f63-b464-45e2-9e13-8458c0f8da81.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-19 07:53:14.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy
of 01 - Air Supply - All Out Of Love.mp3 | 2011-05-19 07:53:14.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-94488f63-b464-45e2-9e13-8458c0f8da81</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-94488f63-b464-45e2-9e13-8458
c0f8da81</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>

windstream_20110523-0728.txt

```
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-19 07:53:14.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-94488f63-b464-45e2-9e13-845
8c0f8da81</URL_Base>
<UserName>GB-94488f63-b464-45e2-9e13-8458c0f8da81</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-94488f63-b464-45e2-9e13-8458c0f8da81" Password="lTPZjKQ" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-19 07:53:14.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-948770c9-bd3e-4079-8c04-b1c50a93de35
From: DMCA@DigitalRightsCorp.com
Date: Fri, 20 May 2011 08:50:09 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-948770c9-bd3e-4079-8c04-b1c50a93de35 2011-05-19 07:53:14.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Sweet Dreams.mp3  was infringed upon by a computer at IP
Address 69.66.232.108 on 2011-05-19 07:53:14.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated

windstream_20110523-0728.txt
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-948770c9-bd3e-4079-8c04-b1c50a93de35

2.      Enter this password: dV7FgbE

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
NFB's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While NFB is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to
offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser
and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-948770c9-bd3e-4079-8c04-b1c50a93de35

Password: dV7FgbE

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

windstream_20110523-0728.txt

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-948770c9-bd3e-4079-8c04-b1c50a93de35.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-19 07:53:14.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet dreams | Copy of
01 - Air Supply - Sweet Dreams.mp3 | 2011-05-19 07:53:14.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-948770c9-bd3e-4079-8c04-b1c50a93de35</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-948770c9-bd3e-4079-8c04-b1c5
0a93de35</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-19 07:53:14.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-948770c9-bd3e-4079-8c04-b1c
50a93de35</URL_Base>
<UserName>GB-948770c9-bd3e-4079-8c04-b1c50a93de35</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-948770c9-bd3e-4079-8c04-b1c50a93de35" Password="dV7FgbE" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-19 07:53:14.0 GMT</TimeStamp>
<Title>sweet dreams</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Sweet Dreams.mp3</FileName>
<FileSize>5137264</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>

windstream_20110523-0728.txt

</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9
From: DMCA@DigitalRightsCorp.com
Date: Fri, 20 May 2011 08:50:09 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes and Bear In Kiva Music

Reference#: GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9 2011-05-19 07:53:14.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Oldies - Air Supply - Making Love Out of Nothing At All.mp3 was infringed
upon by a computer at IP Address 69.66.232.108 on 2011-05-19 07:53:14.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9

2.      Enter this password: xIkQ8KO

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of air supply compositions, including but not limited to
those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by NFB as a

windstream_20110523-0728.txt

result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9

Password: xIkQ8KO

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-19 07:53:14.0 GMT

Infringers IP Address: 69.66.232.108

Infringers Port: 7373

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of nothing at all | Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At All.mp3 | 2011-05-19 07:53:14.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9</Ref_URL>
<Status>Pending</Status>

Page 593

windstream_20110523-0728.txt
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-19 07:53:14.0 GMT</TimeStamp>
<IP_Address>69.66.232.108</IP_Address>
<Port>7373</Port>
<DNS_Name>69.66.232.108:7373</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-fcee2cfc-d209-467e-ae9d-dd2
fae71c0e9</URL_Base>
<UserName>GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-fcee2cfc-d209-467e-ae9d-dd2fae71c0e9" Password="xIkQ8KO" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-19 07:53:14.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Oldies - Air Supply - Making Love Out of Nothing At
All.mp3</FileName>
<FileSize>4836540</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-6e56d165-2373-457b-a18e-c7e433e61f58
From: DMCA@DigitalRightsCorp.com
Date: Fri, 20 May 2011 08:50:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-6e56d165-2373-457b-a18e-c7e433e61f58 2011-05-19 12:08:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

windstream_20110523-0728.txt

The file Air Supply - Here I Am.mp3  was infringed upon by a computer at IP Address 98.21.21.49 on 2011-05-19 12:08:58.0 .

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.    Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-6e56d165-2373-457b-a18e-c7e433e61f58

2.    Enter this password: fY3cdog

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of  air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-6e56d165-2373-457b-a18e-c7e433e61f58

Password: fY3cdog

Very truly yours,

Christopher Sabec

windstream_20110523-0728.txt

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-6e56d165-2373-457b-a18e-c7e433e61f58.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-19 12:08:58.0 GMT

Infringers IP Address: 98.21.21.49

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): here i am | Copy of 01 -
Air Supply - Here I Am.mp3 | 2011-05-19 12:08:58.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-6e56d165-2373-457b-a18e-c7e433e61f58</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-6e56d165-2373-457b-a18e-c7e4
33e61f58</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-19 12:08:58.0 GMT</TimeStamp>
<IP_Address>98.21.21.49</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.21.49:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-6e56d165-2373-457b-a18e-c7e
433e61f58</URL_Base>
<UserName>GB-6e56d165-2373-457b-a18e-c7e433e61f58</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-6e56d165-2373-457b-a18e-c7e433e61f58" Password="fY3cdog" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-19 12:08:58.0 GMT</TimeStamp>
```

windstream_20110523-0728.txt
<Title>here i am</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Here I Am.mp3</FileName>
<FileSize>3572425</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-73d90059-035a-4f7c-9b92-451801084c1e
From: DMCA@DigitalRightsCorp.com
Date: Fri, 20 May 2011 08:50:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-73d90059-035a-4f7c-9b92-451801084c1e 2011-05-19 12:08:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - All Out Of Love.mp3  was infringed upon by a computer at IP
Address 98.21.21.49 on 2011-05-19 12:08:58.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-73d90059-035a-4f7c-9b92-451801084c1e

2.      Enter this password: 9FY4RMG

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of NFB's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently

windstream_20110523-0728.txt

cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-73d90059-035a-4f7c-9b92-451801084c1e

Password: 9FY4RMG

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-73d90059-035a-4f7c-9b92-451801084c1e.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-19 12:08:58.0 GMT

Infringers IP Address: 98.21.21.49

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): all out of love | Copy of 01 - Air Supply - All Out Of Love.mp3 | 2011-05-19 12:08:58.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>

windstream_20110523-0728.txt
```
<Infringement>
<Case>
<ID>GB-73d90059-035a-4f7c-9b92-451801084c1e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-73d90059-035a-4f7c-9b92-4518
01084c1e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-19 12:08:58.0 GMT</TimeStamp>
<IP_Address>98.21.21.49</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.21.49:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-73d90059-035a-4f7c-9b92-451
801084c1e</URL_Base>
<UserName>GB-73d90059-035a-4f7c-9b92-451801084c1e</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-73d90059-035a-4f7c-9b92-451801084c1e" Password="9FY4RMG" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-19 12:08:58.0 GMT</TimeStamp>
<Title>all out of love</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - All Out Of Love.mp3</FileName>
<FileSize>3876848</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Subject: Unauthorized Use of Copyrights RE: GB-aacc0164-d543-421b-8fad-b14ef19af1c6
From: DMCA@DigitalRightsCorp.com
Date: Fri, 20 May 2011 08:50:10 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-aacc0164-d543-421b-8fad-b14ef19af1c6 2011-05-19 12:08:58.0

Dear Sir or Madam:

          Your ISP has forwarded you this notice.

windstream_20110523-0728.txt

This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Air Supply - Making Love Out of Nothing At All.mp3  was infringed upon by a computer at IP Address 98.21.21.49 on 2011-05-19 12:08:58.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-aacc0164-d543-421b-8fad-b14ef19af1c6

2.      Enter this password: 52elbmc

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions, including the musical compositions listed below. It has come to our attention that Windstream Communications Inc is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-aacc0164-d543-421b-8fad-b14ef19af1c6

<center>windstream_20110523-0728.txt</center>

Password: 52elbmc

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to
DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-aacc0164-d543-421b-8fad-b14ef19af1c6.

If you need immediate assistance or if you have general questions please call the
number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-19 12:08:58.0 GMT

Infringers IP Address: 98.21.21.49

Infringers Port: 29280

Listing of infringement(s) (Title/Filename/Timestamp/Hash): making love out of
nothing at all | Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3 |
2011-05-19 12:08:58.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-aacc0164-d543-421b-8fad-b14ef19af1c6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-aacc0164-d543-421b-b14e
f19af1c6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED
STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-19 12:08:58.0 GMT</TimeStamp>
<IP_Address>98.21.21.49</IP_Address>
<Port>29280</Port>
<DNS_Name>98.21.21.49:29280</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-aacc0164-d543-421b-8fad-b14
ef19af1c6</URL_Base>
<UserName>GB-aacc0164-d543-421b-8fad-b14ef19af1c6</UserName>

<center>Page 601</center>

windstream_20110523-0728.txt

<Number_Files>1</Number_Files>
<Login Username="GB-aacc0164-d543-421b-8fad-b14ef19af1c6" Password="52eIbmc" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-19 12:08:58.0 GMT</TimeStamp>
<Title>making love out of nothing at all</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - Air Supply - Making Love Out of Nothing At All.mp3</FileName>
<FileSize>4842625</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

Subject: Unauthorized Use of Copyrights RE: GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed
From: DMCA@DigitalRightsCorp.com
Date: Fri, 20 May 2011 08:50:11 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Nottsongs, Fire From Ashes
and Bear In Kiva Music

Reference#: GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed 2011-05-19 04:37:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        This is not spam.
        Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file air supply[keygenconcert].zip  was infringed upon by a computer at IP
Address 67.140.213.236 on 2011-05-19 04:37:22.0 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed

2.      Enter this password: 650puYF

Rightscorp, Inc. represents the following 'copyright owner(s)' Nottsongs, Fire From
Ashes and Bear In Kiva Music ('NFB').

NFB is the exclusive owners of copyrights for air supply musical compositions,
including the musical compositions listed below. It has come to our attention that
ALLTEL Communications of Georgia is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,

windstream_20110523-0728.txt

file serving, file 'swapping' or other similar activities) of NFB's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of air supply compositions, including but not limited to those items listed in this correspondence.

NFB will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by NFB as a result of any action that is commenced against you. Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of NFB's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While NFB is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The NFB believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from NFB, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed

Password: 65OpuYF

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID:
GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-19 04:37:22.0 GMT

Infringers IP Address: 67.140.213.236

Infringers Port: 3566

windstream_20110523-0728.txt
Listing of infringement(s) (Title/Filename/Timestamp/Hash): once | Copy of 01 - air supply[keygenconcert].zip | 2011-05-19 04:37:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>ALLTEL Communications of Georgia</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-19 04:37:22.0 GMT</TimeStamp>
<IP_Address>67.140.213.236</IP_Address>
<Port>3566</Port>
<DNS_Name>67.140.213.236:3566</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed</URL_Base>
<UserName>GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-66a5dc72-4e23-41c6-ad53-1bd79b93c6ed" Password="650puYF" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-19 04:37:22.0 GMT</TimeStamp>
<Title>once</Title>
<Artist>air supply</Artist>
<FileName>Copy of 01 - air supply[keygenconcert].zip</FileName>
<FileSize>1202846</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


Subject: Unauthorized Use of Copyrights RE: GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d
From: DMCA@DigitalRightsCorp.com
Date: Fri, 20 May 2011 08:58:48 -0700 (PDT)
To: abuse@windstream.net

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Music Publishing Company of America

windstream_20110523-0728.txt

Reference#: GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d 2011-05-19 12:03:04.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload
copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Blues Brothers - Sweet Home Chicago.mp3 was infringed upon by a computer
at IP Address 173.187.145.44 on 2011-05-19 12:03:04.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated
settlement system, for $10.00 per infringement, you will receive a legal release
from the copyright owner.

1.      Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d

2.      Enter this password: b1oaeun

Rightscorp, Inc. represents the following 'copyright owner(s)' Music Publishing
Company of America ('MPCA').

MPCA is the exclusive owners of copyrights for BLUES BROTHERS musical compositions,
including the musical compositions listed below. It has come to our attention that
Windstream Communications Inc is the service provider for the IP address listed
below, from which unauthorized copying and distribution (downloading, uploading,
file serving, file 'swapping' or other similar activities) of MPCA's exclusive
copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement
under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as
actual notice of infringement. We hereby demand you immediately and permanently
cease and desist the unauthorized copying and/or distribution (including, but not
limited to downloading, uploading, file sharing, file 'swapping' or other similar
activities) of recordings of  BLUES BROTHERS compositions, including but not limited
to those items listed in this correspondence.

MPCA will pursue every available remedy including injunctions and recovery of
attorney's fees, costs and any and all other damages which are incurred by MPCA as a
result of any action that is commenced against you. Nothing contained or omitted
from this letter is, or shall be deemed to be either a full statement of the facts
or applicable law, an admission of any fact, or a waiver or limitation of any of
MPCA's rights or remedies, all of which are specifically retained and reserved. The
information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of
herein is not authorized by the copyright owner, its agent, or by operation of law.
I swear, under penalty of perjury, that I am authorized to act on behalf of the
owner of the exclusive rights that have been infringed. While MPCA is entitled to
monetary damages from the infringing party under 17 U.S.C. Section 504, The MPCA
believes that it may be expeditious to settle this matter without the need of costly
and time-consuming litigation.

In order to help you avoid further legal action from MPCA, we have been authorized
to offer a settlement solution that we believe is reasonable for everyone.

windstream_20110523-0728.txt

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d

Password: b1oaeun

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Limewire

Timestamp: 2011-05-19 12:03:04.0 GMT

Infringers IP Address: 173.187.145.44

Infringers Port: 19448

Listing of infringement(s) (Title/Filename/Timestamp/Hash): sweet home chicago | Copy of 01 - Blues Brothers - Sweet Home Chicago.mp3 | 2011-05-19 12:03:04.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Windstream Communications Inc</Entity>
<Email>abuse@windstream.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2011-05-19 12:03:04.0 GMT</TimeStamp>
<IP_Address>173.187.145.44</IP_Address>

windstream_20110523-0728.txt
<Port>19448</Port>
<DNS_Name>173.187.145.44:19448</DNS_Name>
<Type>Limewire</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/GB-cb54aa59-81f3-4b17-bd81-5e9
20dcc927d</URL_Base>
<UserName>GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d</UserName>
<Number_Files>1</Number_Files>
<Login Username="GB-cb54aa59-81f3-4b17-bd81-5e920dcc927d" Password="b1oaeun" />
</Source>
<Content>
<Item>
<TimeStamp>2011-05-19 12:03:04.0 GMT</TimeStamp>
<Title>sweet home chicago</Title>
<Artist>BLUES BROTHERS</Artist>
<FileName>Copy of 01 - Blues Brothers - Sweet Home Chicago.mp3</FileName>
<FileSize>7552566</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML